IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS POWER,

      Plaintiff,                  No. 2:17-cv-00154

v.

HEWLETT-PACKARD COMPANY,

      Defendant.

## **DEFENDANT HP INC.'S DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania, and to enable judges and

magistrate judges to evaluate possible disqualification or recusal, the undersigned counsel for HP

Inc., incorrectly pled as Hewlett-Packard Company., in the above-captioned action, certifies that

there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt

securities to the public.

Respectfully submitted:

BENNETT, BRICKLIN & SALTZBURG LLC

/s/ Michael A. Weiner

_____

Michael A. Weiner, Esquire
Counsel for Defendant, HP Inc., incorrectly pled as
Hewlett-Packard Company
Pa. I.D. 93640
707 Grant Street, Suite 1800
Pittsburgh, PA 15219
Phone: (412) 894-4100
Fax: (412) 894-4111
Email: weiner@bbs-law.com