UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS POWER, | CIVIL DIVISION |
| Plaintiff, | Docket No.: 2:17-CV-00154-MRH |
| vs. | Hon. Mark R. Hornak |
| HEWLETT-PACKARD COMPANY, | |
| Defendants. | |

**STIPULATION OF THE PARTIES**

It is hereby AGREED by and between the undersigned counsel for all parties that the parties' Initial Disclosures pursuant to Fed. R. Civ. Pro. 26(a)(1) are due by September 22, 2017.

| | |
|---|---|
| FRIDAY & COX LLC | BENNETT, BRICKLIN & SALTZBURG LLC |
| /s/ *Joshua S. Licata* | /s/ *Michael A. Weiner* |
| Joshua S. Licata, Esquire | Michael A. Weiner, Esquire |
| PA I.D. # 318783 | PA I.D. # 93640 |
| Attorney for Plaintiff | Attorney for Defendant |
| 1405 McFarland Road | 707 Grant Street, Suite 1800 |
| Pittsburgh, PA 15216 | Pittsburgh, PA 15219 |
| T: (412) 561-4290 | T: (412) 894-4100 |
| F: (412) 561-4291 | F: (412) 894-4111 |
| *(Counsel for Plaintiff)* | *(Counsel for Defendant)* |