UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS POWER, | CIVIL DIVISION |
| Plaintiff, | Docket No.: 2:17-CV-00154-MRH |
| vs. | Hon. Mark R. Hornak |
| HEWLETT-PACKARD COMPANY, | |
| Defendants. | |

### STIPULATION OF THE PARTIES

It is hereby AGREED by and between the undersigned counsel for all parties that the parties' Initial Disclosures pursuant to Fed. R. Civ. Pro. 26(a)(1) are due by September 22, 2017.

| FRIDAY & COX LLC | BENNETT, BRICKLIN & SALTZBURG LLC |
|---|---|
| */s/ Joshua S. Licata* | /s/ *Michael A. Weiner* |
| Joshua S. Licata, Esquire | Michael A. Weiner, Esquire |
| PA I.D. # 318783 | PA I.D. # 93640 |
| Attorney for Plaintiff | Attorney for Defendant |
| 1405 McFarland Road | 707 Grant Street, Suite 1800 |
| Pittsburgh, PA 15216 | Pittsburgh, PA 15219 |
| T: (412) 561-4290 | T: (412) 894-4100 |
| F: (412) 561-4291 | F: (412) 894-4111 |
| *(Counsel for Plaintiff)* | *(Counsel for Defendant)* |

AND NOW, this 21st day of September, 20 17
IT IS SO ORDERED.
s/ Mark R. Hornak
UNITED STATES DISTRICT JUDGE