**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

THOMAS POWER,
Plaintiff,

v.

HEWLETT-PACKARD COMPANY,
Defendant.

Civil Division

Docket No. 2:17-CV-00154-MRH

Hon. Mark R. Hornak

**MOTION FOR ADMISSION PRO HAC VICE OF CHRISTOPHER G. BETKE**

Christopher G. Betke, undersigned counsel for defendant, Hewlett-Packard Company, hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for the defendant, Hewlett-Packard Company in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Christopher G. Betke filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: July 2, 2019

Respectfully submitted,

/s/ Christopher G. Betke

Christopher G. Betke
Massachusetts #552588
New Hampshire #18518
New York #2260065
COUGHLIN BETKE LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
cbetke@coughlinbetke.com

**Certificate of Service**

I, Christopher G. Betke, hereby certify that on this 2nd day of July, 2019, the Motion for Admission Pro Hac Vice of Christopher G. Betke was served on all parties via the Court's Electronic Case Filing System.

/s/ Christopher G. Betke
Christopher G. Betke