**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

THOMAS POWER,
Plaintiff,

v.

HEWLETT-PACKARD COMPANY,
Defendant.

Civil Division

Docket No. 2:17-CV-00154-MRH

Hon. Mark R. Hornak

**AFFIDAVIT OF CHRISTOPHER G. BETKE IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Christopher G. Betke, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant, Hewlett-Packard Company, pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Christopher G. Betke, being duly sworn, do hereby depose and say as follows:

1. I am a partner of the law firm Coughlin Betke LLP.
2. My business address is 175 Federal Street, Boston, MA 02110.
3. I am a member in good standing of the bars of Massachusetts, New Hampshire, and New York; the United States District Court, District of Massachusetts; United States District Court, Northern District of New York; United States District Court: United States District Court, Southern District of New York; United States District Court, Eastern District of New York; the First Circuit Court of Appeals; the United States Supreme Court; and the Seventh Circuit Court of Appeals.

4. My bar identification numbers are: Massachusetts: 552588; New Hampshire 18510; and New York: 2260065.
5. A current certificate of good standing from the Commonwealth of Massachusetts is attached to this Affidavit as Exhibit 1.
6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.
7. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.
8. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: July 2, 2019

/s/ Christopher G. Betke
Christopher G. Betke

**Certificate of Service**

I, Christopher G. Betke, hereby certify that on this 2nd day of July, 2019, the Affidavit of Christopher G. Betke in Support Motion for Admission Pro Hac Vice was served on all parties via the Court's Electronic Case Filing System.

/s/ Christopher G. Betke
Christopher G. Betke