UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS POWER, | CIVIL DIVISION |
| Plaintiff, | Docket No.: 2:17-CV-00154-MRH |
| vs. | Hon. Mark R. Hornak |
| HEWLETT-PACKARD COMPANY, | |
| Defendants. | |

**ORDER OF COURT**

AND NOW, this <u>3rd</u> day of <u>   July   </u>, 2019 it is hereby ORDERED that the Motion for Admission Pro Hac Vice of Christopher G. Betke, is hereby granted.

BY THE COURT:

<u> s/ Mark R. Hornak                           </u>
                                                                 J.