UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS POWER, | CIVIL DIVISION |
| Plaintiff, | Docket No.: 2:17-CV-00154-MRH |
| vs. | Hon. Mark R. Hornak |
| HEWLETT-PACKARD COMPANY, | |
| Defendants. | |

## **ORDER**

AND NOW, this ___ day of _____, 2020, upon consent of all parties, it is hereby ORDERED AND DECREED that Post-Fact Discovery Deadlines shall be as follows:

1. Plaintiff's Expert Disclosures are due on or before October 30, 2020;

2. Defendants' Expert Disclosures are due on or before November 30, 2020;

3. Deposition of Plaintiff's Experts shall be completed on or before December 30, 2020;

4. Deposition of Defendants' Experts shall be completed on or before January 30, 2021;

5. All dispositive motions including Motion for Summary Judgment shall be filed on or before March 15, 2021.

BY THE COURT:

_____
Honorable Mark R. Hornak