UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS POWER, <br>        Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, <br>        Defendant. | Civil Division <br><br> Docket No. 2:17-CV-00154-MRH <br><br> Hon. Mark R. Hornak |

## **ORDER OF COURT**

AND NOW, this \_\_\_\_ day of _____, 2021, it is hereby ORDERED that the Motion to Strike the Plaintiff's Expert Disclosures filed by Defendant, HP, Inc., incorrectly pled as Hewlett-Packard Company ("HP") is GRANTED.

It if further ORDERED, that the expert reports of Mr. Kutchek and Mr. Kitzes are stricken, and the Plaintiff is precluded from using Mr. Kutchek and Mr. Kitzes' reports to supply evidence on a motion, at a hearing, or at trial pursuant to F.R.C.P. 37.

BY THE COURT:

_____
Mark R. Hornak, U.S.D.J.