UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS POWER,<br>            Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br>            Defendant. | Civil Division<br><br>Docket No. 2:17-CV-00154-MRH<br><br>Hon. Mark R. Hornak |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2022, it is hereby ORDERED that the Motion to Preclude Plaintiff's Medical Expert, Michael Drew, MD, FACS, from Offering an Opinion Regarding Plaintiff's Alleged Incontinence, filed by Defendant, HP, Inc., incorrectly pled as Hewlett-Packard Company ("HP") is GRANTED.

It if further ORDERED, that the portions of Dr. Drew's report offering an opinion that plaintiff's incontinence is the result of, or in any way causally connected to, the plaintiff's accident of June 20, 2015, are stricken, and the Plaintiff is precluded from eliciting such testimony from Dr. Drew to supply evidence on a motion, at a hearing, or at trial.

BY THE COURT:

_____
Mark R. Hornak, U.S.D.J.