**EXHIBIT A**

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

1

```
 1          IN THE UNITED STATES DISTRICT COURT

 2          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

 3                      - - -

 4    THOMAS POWER,                )
                                   )
 5                 Plaintiff,      )
                                   )
 6          vs.                    )No.
                                   )2:17-cv-00154-MRH
 7    HEWLETT-PACKARD COMPANY,     )
                                   )
 8                 Defendant.      )

 9                      - - -

10      Videotape Video Conference Deposition of
              KENNETH J. KUTCHEK, P.E.
11
              Tuesday, January 4, 2022
12
                        - - -
13
          The videotape video conference deposition of
14    KENNETH KUTCHEK, P.E., called as a witness by the
      defendant, pursuant to notice and the Federal Rules of
15    Civil Procedure pertaining to the taking of
      depositions, taken before me, the undersigned,
16    Lance E. Hannaford, Notary Public in and for the
      Commonwealth of Pennsylvania, via Zoom, commencing at
17    10:09 o'clock a.m., the day and date above set forth.

18                      - - -

19          NETWORK DEPOSITION SERVICES
              SUITE 1101, GULF TOWER
20          PITTSBURGH, PENNSYLVANIA
                 866-565-1929
21
                        - - -
22

23

24

25
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

2

```
 1   APPEARANCES VIA VIDEO CONFERENCE:

 2        On behalf of the Plaintiff:

 3            Friday & Cox:
             Josh Licata, Esquire
 4            1405 McFarland Road
             Pittsburgh, Pennsylvania  15216
 5            jlicata@fridaylaw.com

 6        On behalf of the Defendant:

 7            Coughlin & Betke:
             Christopher Betke, Esquire
 8            17 S. Federal Street, Suite 1450
             Boston, Massachusetts  02110
 9            cbetke@coughlinbetke.com

10   ALSO PRESENT:

11     Joseph Hagan, Videographer

12                     - - -

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

16

1    indicates it was manufactured in August of 2009.  Does

2    that sound about right to you?

3         A    Yes.  About right.

4         Q    You said 2008.  Pretty close off the top of

5    your head.  You certainly don't have any reason to

6    dispute the date set forth in Bates stamp 2466, do

7    you?

8         A    No.

9         Q    And you would agree with me, sir, would you

10   not, if it was manufactured in 2009, that the process

11   of planning and designing the Elitebook would have

12   occurred at some time before August of 2009.  Right?

13        A    Yes.

14        Q    Would you agree that would mean the

15   Elitebook itself was probably planned and designed

16   some time in 2007 or 2008?

17        A    Yes.

18        Q    Do you hold any professional licensure?

19        A    Yes.  I am a licensed professional engineer

20   in multiple states.

21        Q    What states are you licensed in?

22        A    I think there is 28 of them.  You want all

23   of them?

24        Q    No.  No.

25             Are they in your CV?

```
 1       A     Yes.  They are.

 2       Q     And what is your licensure in?  What

 3  specific engineering field?

 4       A     Most states they just call it a

 5  professional engineer.  But my degree is in electrical

 6  engineering.

 7       Q     Do you have any professional background in

 8  computer design?

 9       A     The application of computers, but not the

10  design of computers.

11       Q     In other words, have you ever worked

12  designing computers?

13       A     No.  I haven't.

14       Q     And have you ever -- have you ever worked

15  in computer manufacturing?

16       A     No.

17       Q     Has your professional engineering work been

18  in the forensic field mostly?

19       A     No.  Just the last six years.

20       Q     Prior to that, what did it consist of,

21  generally?

22       A     I did various roles in electrical

23  engineering, in primarily manufacturing, industrial

24  environments.

25       Q     What types of things were being
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

18

1    manufactured in those environments?

2        A    All different things.  Cars, planes,

3    wastewater systems, concrete.  Just a wide variety of

4    different end products.

5        Q    All right.  Do you have any professional

6    background in battery pack design?

7        A    No.  I have never designed battery packs.

8        Q    How about in cell, battery cell design?

9        A    No.

10       Q    Same question with respect to battery pack

11   cell -- battery pack and cell manufacturing, any

12   background in that?

13       A    No.

14       Q    How about professional background in

15   printer design?

16       A    No.

17       Q    Same question with respect to printer

18   manufacturing?

19       A    No.

20       Q    Have you ever written any peer reviewed

21   articles about notebook computers, lithium ion

22   batteries, or printers?

23       A    No.

24       Q    Have you ever qualified in any court as an

25   expert in human factors?

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

22

```
1        A      Okay.

2        Q      Setting aside the issue of what is on your

3    list of testimony, I am just going to go back over

4    these prior questions.  Have you rendered any opinions

5    in any cases that involve notebook computers besides

6    this one?

7        A      No.

8        Q      Same question with respect to lithium ion

9    batteries.  I guess you are going to say this 7-22-21

10   case.

11              Is that correct?

12       A      Yes.  That would be the only one.

13       Q      What is the name of that case?

14       A      It was DJ Auto versus VL Systems.

15       Q      Where is that case pending?

16       A      It is no longer pending.  But it is in West

17   Virginia.

18       Q      And what was the lithium ion battery in

19   that case?  And what was the issue?

20       A      The summary of that case was there was a

21   fire in an auto shop.  It was believed that the

22   alignment machine that aligns wheels on cars, it

23   contained lithium ion batteries.  And one of the

24   battery cells exploded and started a fire.

25       Q      What side of the case were you on in that
```

23

```
 1    case?

 2        A     That one was plaintiff.

 3        Q     All right.  Was that with Mr. Licata's

 4    firm?

 5        A     No.

 6        Q     What was the name of the firm that you

 7    represented, or that you worked with?

 8        A     I don't recall the firm name.  I don't

 9    recall the attorney's name either.

10        Q     We think we are so important.

11        A     I'm an engineer.  I focus on the technical

12    side.

13        Q     Just a few months later, Josh, they have

14    forgotten us.

15              What type of lithium ion battery was it in

16    that case?

17        A     It was a foil pack battery.

18        Q     That is not what is used generally in

19    notebook computers.

20              Correct?

21        A     Well, not this notebook computer.

22        Q     All right.

23              What type of battery is used in the

24    Elitebook?

25        A     They have a series of 18650 cells.
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

24

```
 1       Q     Unlike the foil pack, the lithium ion
 2   battery, the casing of the 18650 cell is steel.  Is
 3   that not correct?
 4       A     That's correct.
 5       Q     Have you had any cases, in which you
 6   rendered opinions that involved printers?
 7       A     No.
 8       Q     Now, when you initially began work on this
 9   case in January of 2019, did you review the complaint?
10       A     I am sure I did.  Yes.
11       Q     Was it your understanding, when you first
12   began work on this case, that the plaintiff was
13   contending that the battery pack was original to the
14   HP product?
15       A     I don't recall the exact claims.
16       Q     Did you have an understanding, when you --
17   strike that.
18             When was the first time you actually looked
19   at the artifact in this case, the Power notebook and
20   the associated batteries?
21       A     I think it was September of '19.
22       Q     If you take a look at your report, it talks
23   about a visual inspection on Christmas Eve, believe it
24   or not, of 2019, did you look at something before
25   then?
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

25

1    A    Actually, I did just realize that is a

2    mistake.  December 14 should be September 14th -- or

3    September 24th it should be.  Not December 24th.

4    Q    That would be a pretty bad way to spend --

5    no offense.  But it would be a pretty bad way to spend

6    your Christmas Eve.

7              So if I am to understand your testimony,

8    just to make it clear for the record, if I look at

9    page 1 of your report, item 11, where it says computer

10   visual inspection on December 24th, 2019, that should

11   in fact say September 24, 2019.

12             Correct?

13   A    Yes.

14   Q    So as of September 24, 2019, you had an

15   opportunity to review the artifacts, the physical

16   evidence in this case.

17             Correct?

18   A    Yes.  On September 24th.

19   Q    Correct.

20             Did you -- what observations did you make

21   of it at that time?

22   A    I mean, it was just a visual inspection.  I

23   didn't disassemble it, or take anything apart.  I

24   mean, it was just obvious that the battery had an

25   incident, and multiple cells were involved.

```
 1        Q     Let me back up.
 2              Why don't you just tell me everything you
 3   did in the process of rendering your opinions set
 4   forth in Exhibit 1.  Just generically.  Talk to me
 5   what you did.
 6              You don't have to give me like every
 7   specific detail.  Big picture, what did you do to
 8   reach the opinions that are set forth in Exhibit 1?
 9        A     It would be reviewing the information that
10   is listed in the report that was provided to me.  That
11   would be some of the HP documents, the deposition of
12   Power, and the deposition of the two HP persons.
13              There was a video.  I was provided some
14   photos taken by others.  And then I did my own
15   inspection.  I reviewed an x-ray that was done on the
16   battery -- on the laptop.  And then I reviewed the CT
17   scan that was completed on the laptop.
18        Q     And then you also -- just again in
19   fairness, you also did some searching of a patent,
20   presumably a patent database of some sort?
21        A     Yes.
22        Q     What database did you search?
23        A     I don't recall which database it was.  I
24   mean, it was -- I used Google to do that work.
25        Q     And aside from everything we just talked
```

NETWORK DEPOSITION SERVICES
Transcript of Kenneth J. Kutchek, P.E.

30

1    the HP product.

2            Correct?

3        A    Yes.  I think Josh told me that earlier

4    than that.  So that confirmed it.

5        Q    When did you learn that from Josh earlier?

6        A    I don't recall.

7        Q    Just order of magnitude; was it days

8    before, months before, when you first got the file?

9        A    I mean, it was some time from the time I

10   started until September.  So in those nine months.

11       Q    Some time during the nine months.

12            Is there anything, sir, that you could look

13   at, your billing records, email, that would allow you

14   to determine when you were given that information from

15   Josh?

16       A    No.

17       Q    You didn't to any tests as such with

18   respect to your work, did you?

19       A    No.  I didn't.

20       Q    Do you know if the Elitebook was UL listed?

21       A    I don't recall specifically.  But I am

22   pretty sure it was.

23       Q    First of all, what is UL, sir?

24       A    Underwriter Laboratories is a third party

25   testing lab that, basically, certifies the design and

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

1    manufacturing of a product.

2        Q    Do you know what UL standard

3    governs consumer electronic products such as the

4    Elitebook?

5        A    Not offhand.

6        Q    Do you know if the battery pack and/or

7    cells that originally shipped with the Elitebook were

8    UL listed?

9        A    I don't recall.

10        Q    Do you know if there were any materials

11    provided to you, that would indicate that?

12        A    I think it may have been discussed in one

13    of the HP depositions.  And it would have been in the

14    HP production as well.

15        Q    Do you know what UL standard governs

16    lithium ion battery packs?

17        A    I don't recall the number.

18        Q    Have you ever read it?

19        A    Yes.

20        Q    Can you just tell me, for the record,

21    generally, what type of tests are done on battery

22    packs per the UL standard, the applicable UL standard?

23        A    I mean, there is overvoltage, undervoltage.

24    Discharge.  There is flammability tests.  It's a wide

25    range of tests.

33

```
1   8730W.  Right?  That would be an exemplar, if you got
2   another one of those.  Correct?
3       A      Yes.  Well, it would be one that had a
4   similar age and condition as well.
5       Q      All right.
6              Did you obtain any exemplars in connection
7   with your work in this case?
8       A      No.  I didn't.
9       Q      Did you attempt to?
10      A      No.  I didn't.
11      Q      I think you answered this.  But I have it
12  on my list, so I will ask it anyway.  Did you
13  disassemble the Power notebook at all ever?
14      A      No.  I didn't.
15      Q      When you made the visual examination of the
16  cells from the Power notebook to determine whether or
17  not it was -- they were consistent with Sony cells,
18  what did you compare it to?
19      A      I mean, I have reference materials of
20  different cell manufacturers and compared it to that.
21      Q      Where did you find -- can you identify for
22  the record that reference material?
23      A      No.  It's just the various documents that I
24  collected over the years.  Because I have been
25  involved in other 18650 type incidents.
```

```
 1        Q      All right.

 2               I thought I asked you earlier if you had

 3    any other cases that you were involved in with respect

 4    to lithium ion batteries.  Let's just go back to that.

 5               When you say you have been involved in

 6    other 18650 incidents, how is that -- what did I ask

 7    wrong that did not get that in my last question?

 8        A      Your question was did I provide testimony.

 9    So the one that I listed was the one case where I did

10    provide a deposition.

11        Q      I thought I asked it differently after I

12    sort of rebooted.  Just to make it clear, with respect

13    to notebook computers, have you been involved in any

14    cases, whether or not you testified, regarding

15    notebook computers besides this one?

16        A      Notebook computers, no.

17        Q      I am going to get to -- I apparently messed

18    up.  So I'm going back to correct everything I did

19    just to make sure I didn't mess up.

20               With respect to printers, have you been

21    involved in any cases, whether or not you testified or

22    not, have you been involved in any cases involving

23    printers?

24        A      No.

25        Q      With respect to lithium ion batteries,
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

36

1    refer to as 18650 pocket cases.  And they are

2    typically involved in vape device situations.  Where

3    someone may have an 18650 in their pocket, and it

4    short circuits.  And either causes an explosion and

5    causes burns.

6         Q    So it's in that process in handling those

7    cases over the years, these vape cases, that you sort

8    of developed or got some information regarding what

9    different 18650 cells from different manufacturers

10   might look like?

11        A    Exactly.  Yes.

12        Q    All right.  Fair.  I understand now.

13             So in connection with that, that is how you

14   were able to determine for yourself that the artifact

15   cells, the ones from the Power notebook, were not

16   consistent with what Sony cells look like.  Correct?

17        A    Yes.

18        Q    Do you offer any opinions, sir, in your

19   report as to what caused the -- by the way, are you

20   familiar with the term "aftermarket battery"?

21        A    Yes.

22        Q    What do you want to call -- I will go with

23   your nomenclature.  What do you want to call the

24   artifact -- maybe we will just call them artifact

25   cells.

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

38

1          Do you offer any opinion in your report as
2   to what caused the pack or cells to malfunction?
3       A    No.  I do not.
4       Q    Do you know, sir, and can you state for the
5   record the safety features of the Elitebook?
6       A    No.  I would have to refer back to some of
7   the HP documentation.
8       Q    Did you review the schematic that was
9   provided in this case?
10      A    I don't recall.  I mean, I did review all
11  of the documents that were provided.
12      Q    But as you sit here today, you cannot
13  recall whether or not you reviewed the schematic for
14  the Elitebook?
15      A    Correct.
16      Q    Did you do anything to try to determine who
17  manufactured the subject Power battery pack and cells?
18      A    No.  I didn't.
19      Q    Do you know, sir, whether a lithium ion
20  battery is different from a lithium battery?
21      A    A lot of times it is terminology.  People
22  may call them different things.  But they may be the
23  same thing.
24      Q    Can you describe -- state for the record,
25  and I am not asking you to go in gory detail, but can

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

40

 1   circuit, an internal short circuit.  It could be

 2   overvoltage condition from overcharging.  It could be

 3   from overdischarge, which would be a low voltage

 4   condition.

 5           So there is different means to cause the

 6   thermal runaway.

 7      Q    It can be caused by abuse as well, can it

 8   not?

 9      A    Yes.  Abuse is one as well.

10      Q    Have you ever talked to Mr. Power?

11      A    No.

12      Q    So you never interviewed him in connection

13   with your work on this case, correct?

14      A    No.  Just his deposition.

15      Q    You read his deposition?

16      A    Yes.

17      Q    And there was nothing preventing you from

18   talking to Mr. Power, in other words Josh never said

19   to you, "You can't talk to Mr. Power," did he?

20      A    No.

21      Q    Now, Mr. Power's deposition was taken in

22   July of 2018.

23           Correct?

24      A    I don't recall the date.

25      Q    I'm sorry, if you look at page 1 of your

1    52."

2            Is that correct?

3        A    Yes.

4        Q    So let me just ask.  The question I had was

5    what was the basis for your contention that HP was

6    aware that non-HP approved battery packs were

7    available for sale by third party retailers, which

8    could fit into their HP notebooks.

9            Then you referenced, with respect to

10   Mr. Wozniak, a statement where he says the notebook

11   does not notify the user, if a non-HP approved battery

12   was installed into the notebook.

13           What about that supports the notion that HP

14   was aware that retailers sold third party --

15   non-approved third party batteries?

16       A    Well, he was acknowledging there was non-HP

17   approved batteries out there by not saying that they

18   don't exist.

19       Q    I think I got that.

20           With respect to Mr. -- both of these

21   statements, what is your support for the proposition

22   that HP knew this as of 2007, 2008, when the Elitebook

23   was designed?

24       A    I'm not aware of seeing anything about

25   their knowledge in the 2008 period.

1    against it.  Power was exposed to this hazard."

2            One you reference the fact that, according

3    to your report, Mr. Pipho stated that the battery pack

4    contained warning label, quote -- warning, quote,

5    "label that states replace with HP spares from page 94

6    of his deposition."

7            Correct?

8        A    Yes.

9        Q    And then the other two items that you

10   believe support your finding No. 4 is -- one is

11   referenced on page 5 of Exhibit 1, Mr. Wozniak's

12   testimony.

13           And I will read what you wrote in your

14   report.  "Wozniak stated that the battery pack has

15   safety protections to prevent the battery pack from

16   overcharging, quote, 'the primary protection IC

17   monitors, the individual cells,'" close quote.

18           Quote, "It monitors the overall use.  And

19   if it exceeds a particular voltage limit, then it

20   shuts off the current, page 26."  Quote, "The primary

21   protection I see also protects against overcharge --

22   overdischarging, short circuit, page 29."

23           Did I read that correctly?

24       A    Yes.

25       Q    And then the third one is at the top of

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

1  demonstrates that HP was aware of the potential safety

2  hazards of using non-HP approved packs in their HP

3  notebooks?

4      A    Well, Wozniak goes into detail talking

5  about the safety protections that are built into their

6  battery packs.  So that leads me to believe that HP

7  was aware of the hazards of lithium ion batteries.

8          And so HP went to great lengths to include

9  safety protections in the HP approved battery packs to

10  prevent incidents from thermal runaways from

11  happening.

12     Q    But your statement on page 16 doesn't just

13  indicate that HP is aware of potential safety hazards.

14  It says potential safety hazards of using

15  non-approved -- non-HP approved battery packs.

16          There is nothing in either of those

17  statements by Mr. Wozniak in which he suggests that he

18  is aware that non-approved batteries do not have those

19  safety protections, is there?

20     A    He did not say that.  No.

21     Q    Okay.

22     A    That is what I was saying.

23     Q    So the point of it is, as far as

24  Mr. Wozniak's testimony is concerned, that you just

25  referenced, the only thing supportive of that sentence

1    of item 4, that you have of your finding really is the

2    fact that there are safety issues with with battery

3    packs that need to be addressed.  That is the Wozniak

4    part.

5              Correct?

6        A    The Wozniak part, yes.  Pipho I think his

7    name is --

8        Q    I said Pipho.  I'm not saying I have it

9    right, sir.  I'm saying that is how I say it.

10             Do you remember how it was pronounced,

11   Josh?

12             MR. LICATA:  I think it was Pipho.

13       A    Pipho made the other statement warning

14   against not using HP approved products.

15       Q    So setting aside -- Mr. Wozniak's testimony

16   to you demonstrates there is safety issues with

17   respect to battery packs.  But you would agree with

18   me, the parts you referenced certainly here today do

19   not demonstrate that Mr. Wozniak was aware of a safety

20   hazard in using non-approved HP battery packs.

21   Correct?

22             You would agree with that?

23       A    In the statements that we identified, no,

24   he is not making the statement about non-HP packs.

25       Q    Are you aware of any statement of

1   Mr. Wozniak, in which he makes that statement?

2       A    I would have to go through his whole

3   deposition to verify.

4       Q    Well, do you make reference in your report

5   to any statement that you relied upon by Mr. Wozniak

6   in which he makes that statement?

7       A    No.

8       Q    So certainly the only thing that you pulled

9   from his deposition, the only items you pulled from

10  Mr. Wozniak's deposition and used in your report, you

11  would agree, as you sit here today, that they do not

12  support the notion that he was aware of the safety

13  hazard of using non-HP approved battery packs,

14  correct?

15      A    I would say none of the statements reflect

16  that.

17      Q    Then another one is the Mr. Pipho one, on

18  page 5, where you reference his statement from page 94

19  of his deposition in which he indicates that the

20  battery pack that shipped with the Power notebook

21  contained a warning label that states, "Replace with

22  HP spares."

23          Correct?

24      A    Yes.

25      Q    And that is it?  There is nothing else from

55

```
 1        Q     I am not trying to be funny.  You said --
 2   what you said was correct.  I want to get the timeline
 3   correct.
 4              Prior to what we have been calling the
 5   Power notebook, which is the artifact one that is the
 6   subject of this lawsuit, Mr. Power owned another
 7   Elitebook 8730W.
 8              Correct?
 9        A     Yes.
10              I do recall that from his deposition.
11        Q     All right.
12              Do you know whether Mr. Power bought that
13   8730W Elitebook new or used?
14        A     I don't recall.  I would have to refer back
15   to the deposition.
16        Q     Would you like to refer back to it?
17        A     I mean, I have the snippets I have in my
18   report.  But I don't have the full deposition here.
19        Q     Do you consider of any significance to your
20   opinions in this case whether Mr. Power bought the
21   prior version -- the prior unit, the 8730 that he
22   owned before the one in this case, do you consider any
23   significance whether he bought it new or used?
24        A     No.
25        Q     Do you know, sir, would you agree with me
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

56

1    if he bought it new, then he would have gotten it with

2    the user manual and things of that nature, that

3    accompany it; correct?

4         A    That's true.

5         Q    And also, if he bought it new, it would

6    have had a battery pack on it that had the warning you

7    just referenced Mr. Pipho identified in his

8    deposition.

9              Correct?

10        A    Yes.  It should.

11        Q    So if Mr. Power had bought a new unit, and

12   reviewed the owner's manual, or the user's manual, and

13   looked at the unit, he would have received the warning

14   that we have talked about here today.  Isn't that

15   true?

16        A    I assume so.  Yes.

17        Q    And you do not know, as you sit here today,

18   whether Mr. Power himself was aware, prior to

19   purchasing the unit that is at issue in this case, of

20   the fact that if you use a non-approved HP battery in

21   your notebook, it could be a safety issue.  You don't

22   know one way or the other whether he knew that, do

23   you?

24        A    I don't recall that coming up in his

25   deposition.

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

58

1   Correct?

2       A    Yes.

3       Q    And the question I have asked you is, do

4   you know if Mr. Power even needed that warning?  And

5   you can't answer that.  Can you?

6       A    Well, you give warnings to users to remind

7   them.  So even if they read it five years prior

8   doesn't mean they remember it.  So the purpose of pop

9   up warnings is to remind you there for whatever the

10  purpose of the warning is.

11      Q    Okay.

12           But as you sit here today, sir, you don't

13  know if Mr. Power got that warning five years ago --

14  five years before, do you?

15      A    No.  I don't.

16      Q    You don't know if he had that in his head

17  as of the day he was using that computer or not.  Do

18  you?

19      A    No.

20      Q    Because the reality of it is, the only

21  thing you relied upon to determine what Mr. Power did

22  or did not know, or what Mr. Power did or did not

23  think, or what Mr. Power was or was not warned of, was

24  his deposition that took place on July 30th, 2018.

25  Correct?

```
 1    the original -- his first Elitebook 8730, you don't

 2    know whether he went and looked at the user's manual

 3    online, do you?

 4         A    No.  I don't.

 5         Q    Do you think that that would be important

 6    to know in connection with your opinion in this case?

 7         A    I guess do we know the answer to the

 8    question of did he buy it new or not?  Do we know that

 9    answer?

10         Q    I don't know.  You work for him.  Did you

11    ask him?

12         A    Well, was it in his deposition?

13         Q    How about you answer my question.  You work

14    for him.  Did you ask him?

15         A    I never talked to him.

16         Q    So you didn't ask him that question.

17    Right?

18         A    No.

19         Q    At the -- I will represent to you, sir, at

20    the time of his deposition, we were under the

21    impression that the theory in this case was not that

22    plaintiff was saying there was an aftermarket or

23    unapproved battery pack in the notebook.  The theory

24    of the case that was espoused over and over was it was

25    a defective HP product.
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

61

1           Do you understand that?

2     A     I don't know what the theory of the case

3     was during his deposition.

4     Q     So let me back up now.

5           I asked this question.  Would it be of

6     import to you to know whether or not Mr. Power ever

7     went online before this incident and looked at the

8     user's manual for this product before this incident?

9     Would that be of import to you?

10    A     Yes.  I would want to know.

11    Q     Why would you want to know that?

12    A     I would like to determine what warnings he

13    may or may not have received.

14    Q     As you sit here today, you don't know, do

15    you?

16    A     No.

17    Q     Because unless it was asked at his

18    deposition, you weren't going to make any further

19    inquiry about it.

20          Right?

21    A     I don't know.

22    Q     Well, you didn't make any further inquiry

23    about it, did you?

24    A     No.  I didn't.

25    Q     So you looked at thousands of pages of HP

```
 1    documents.  You read two HP deposition transcripts.

 2    You went and researched things on the patent -- from

 3    the patent office.  But you never picked up the phone

 4    and called your client to say, "Hey, what did you

 5    know, and when did you know it?"

 6         A     I already told you I didn't talk to him.

 7         Q     All right.

 8               Do you know, sir, who Mr. Power bought the

 9    Power notebook, or we are talking about as the

10    artifact notebook from, do you know who he bought it

11    from?

12         A     My understanding is he bought it on eBay.

13         Q     Are you aware Mr. Power has a receipt or a

14    credit card transaction that indicates from whom he

15    bought it?

16         A     I vaguely remember there being some

17    purchasing records from eBay.

18         Q     Did you review those records?

19         A     Yes.

20         Q     I don't believe you reference reviewing

21    those records in your report.

22               Do you?

23         A     It would have been included in the list of

24    materials reviewed.

25         Q     All right.
```

1          If you could just take a look at your

2     available information, which I understand that is a

3     list of materials reviewed.

4          Is that fair?

5     A     Yes.

6     Q     Can you identify for me where in that list

7     of materials reviewed is the eBay purchase

8     information?

9     A     I don't see it listed.  I think it may have

10    been discussed in his deposition.

11    Q     All right.

12          Did you make any effort to contact the

13    seller?

14    A     No.  I didn't.

15    Q     Do you know how much Mr. Power paid for the

16    computer he bought off of eBay?

17    A     I don't recall the exact number.  But it

18    was a couple hundred dollars.

19    Q     Would you be -- are you aware that he

20    initially bought it for one price, then he got a

21    discount of 100 bucks afterwards?

22    A     I do recall something of the fact at his

23    deposition.

24    Q     Do you know when he bought it?

25    A     I don't recall.

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

64

1      Q      Is it fair to say, sir, that because you

2   never talked to the eBay seller, that you don't know

3   what the eBay seller did to this notebook computer

4   prior to selling it to Mr. Power.  Correct?

5      A      Correct.

6      Q      Do you know if the seller installed any

7   software?

8      A      I don't know.

9      Q      Do you know if the seller uninstalled any

10   software?

11      A      I don't know.

12      Q      Do you know if the seller had any computer

13   expertise?

14      A      I don't have any information about the

15   seller and the laptop prior to Mr. Power's --

16      Q      So it's fair to say you don't know, aside

17   from the battery pack, do you know if the seller did

18   anything else to the hardware?

19      A      No.  I don't.

20      Q      Did you make any effort to determine what

21   aspects of the Power notebook were original to the

22   notebook and what were not?

23      A      I think it was determined that, again, I

24   think it came out of one of the HP reps saying that

25   they believe the battery pack was to be a non-HP

1    approved pack, but they did believe the charger was an

2    HP product, HP approved product.

3         Q    Do you know if the HP -- the charger, the

4    AC adapter, can we use those terms synonymously?

5         A    Yes.

6         Q    I like AC adapter.  Do we know if the AC

7    adapter was original to this notebook?  Or just an HP

8    product?

9         A    I don't think we know if it is original or

10   not.

11        Q    So setting aside the battery pack and the

12   AC adapter, did you do anything to determine if any

13   other aspects of the notebook computer were original

14   to the computer?

15        A    No.  I didn't.

16        Q    Did you do anything -- I am not trying to

17   be difficult here, but I have to put things on the

18   record.  I know you said you never talked to the

19   seller.  Is it fair to say that you do not know

20   whether or not the seller physically abused this

21   notebook before it was sold, do you?

22        A    I don't know what they did to the notebook.

23        Q    Do you know if the prior seller did

24   anything to the safety features of this notebook

25   before selling it?

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

66

```
 1      A      No.  I don't.

 2      Q      You don't know what caused this battery

 3    pack to go into thermal runaway, do you?

 4      A      No.  I don't.

 5      Q      So as you sit here today, you do not know

 6    whether the battery pack went into thermal runaway

 7    because it was a non-approved HP battery pack, or for

 8    some other reason related to the actions taken by the

 9    seller, isn't that true?

10      A      I don't know what actions you are referring

11    to by the seller that would have caused a thermal

12    runaway some time later.

13      Q      But you don't know, because you never

14    investigated whether the notebook itself was in

15    substantially similar condition as it was when it left

16    HP's hands.

17             Correct?

18      A      Say that again.

19      Q      Mr. Hannaford, can you please read that

20    back?

21             (Record read.)

22      A      I inspected the laptop after it was heavily

23    fired -- heat damaged, so it is difficult to say the

24    condition it was in prior to the incident.

25      Q      Well, you never took it apart, did you?
```

1        A        I did not.

2        Q        So you never disassembled it and compared

3    it to a disassembled exemplar to determine if it looks

4    the same.

5             Correct?

6        A        No.  I thought we may do that as a joint

7    inspection.  But we never did.  I would never touch

8    evidence like that without other parties being there.

9        Q        Did you ever proffer a protocol for such a

10    joint inspection?

11        A        No.  I didn't.  I don't recall anything in

12    HP depositions that said anything about, specifically,

13    that after the CT scan whether any components within

14    the laptop were not HP components.

15        Q        Do you know if any of those HP people even

16    ever looked at those CT scans, sir?

17        A        No.  I don't.

18        Q        Okay.

19             Have you ever obtained a patent?

20        A        No.  I haven't.

21        Q        Have you ever filed for one?

22        A        No.  I haven't.

23        Q        Do you have any legal training in patent

24    law?

25        A        No.  I don't.

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

68

```
 1       Q     Do you know what the typical time between
 2  filing of a patent and when a patent is issued is?
 3       A     No.  I don't.
 4       Q     Do you know what different types of patents
 5  there are?
 6       A     I don't recall.
 7       Q     Is it you don't recall -- did you ever
 8  know, or do you just not recall today?
 9       A     I am aware there are different type
10  patents.  But I don't recall what they are today.
11       Q     Does the fact that a patent is either
12  applied for or issued mean that the technology
13  referenced in the patent is going to come to market?
14       A     No.  It doesn't.
15       Q     In fact, there is a zillion patents that
16  have been issued by the patent office that have never
17  seen the light of day.  Isn't that true?
18       A     I don't know about your quantification of a
19  zillion.  But there may be some, yes.
20       Q     Kudos to you, sir, because that was a
21  freebie for you.  I wanted to see if you would nail me
22  on the zillion part, because I was having a little fun
23  there.
24             In seriousness, you would agree that there
25  are multitudes of patents that have been issued by the
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

69

1    patent office, that have never gone to market.  True?

2        A    Yes.

3        Q    And the reason for that, at least one

4    reason, is that there is an incentive to file for

5    patents to protect your intellectual property.

6             In other words, if you come up with an idea

7    or an invention, you want to file the patent as soon

8    as you can reasonably do it, so you get your

9    intellectual property protected.  And then you figure

10   out, basically, whether you can bring it to market in

11   a manner that is successful and will make you money,

12   and things of that nature.

13             Isn't that true?

14       A    Yes.

15             I agree that filing a patent is for

16   intellectual property reasons.

17       Q    But my point is, there is incentive to do

18   it sooner than later, because you get protection of

19   your intellectual property upon filing, but you don't

20   necessarily -- you don't get protection, if you don't

21   file, right?  Somebody could steal your invention,

22   basically, right?

23       A    Correct.

24       Q    You reference -- why don't you tell me, you

25   reference some patents beginning on page 14 over to

1   15, you reference some patents that you contend

2   pertain to component part authentication, or I guess

3   your word, if you are not happy with that word,

4   replaceable component authentication.  Is that

5   correct?

6        A    Yes.

7        Q    Can you just tell me for the record what

8   you did to identify these patents as being applicable?

9        A    I searched numerous patents regarding

10  laptop batteries and authentication of components,

11  inkjet cartridges, and telephones.  I was just

12  searching on authentication of components in

13  electronic products.

14       Q    All right.

15            Maybe your question is more thoughtful --

16  or answer is more thoughtful than my question.

17            What did you do?  I think earlier you said

18  you went to Google.  Right?  Is that what you did?

19  What did you Google?

20       A    I would Google all of -- any and all of

21  those words.  It took multiple searches to find these.

22  It was Googling words like "authentication" and

23  "electronic power products."  "Authentication of

24  components."  So it was numerous searches to identify

25  various patents.

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

71

```
 1      Q      Did you do anything, sir, to determine
 2   whether any of these patents actually went to market?
 3      A      No.  I didn't.  I mean, it doesn't matter
 4   if they went to market.  It is saying the technology
 5   was out there, and people were aware of it.  When
 6   someone files for a patent, that means it is public
 7   knowledge at that point.
 8      Q      All right.
 9             So with respect to my question, you didn't
10   do anything to determine whether or not these patents
11   actually made it to the marketplace.
12             Correct?
13      A      Correct.
14      Q      All right.
15             You are not suggesting in your testimony
16   that someone could copy what is in those patents.
17   Correct?
18      A      You know, a patent -- no.  Short answer is
19   no.  But the idea of a topic is presented.  And the
20   method that one manufacturer uses to accompish
21   something may be different than what another
22   manufacturer uses.
23             But for example, authentication could be
24   done in different ways.  So it was just saying that
25   the ability to do authentication was known at that
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

73

    1       A       Not specifically as detailed in the patent.
    2   Correct.
    3       Q       Well, you are not an expert in patent law.
    4   So you say "not specifically."  What do you think --
    5   why don't you state for the record what you think one
    6   can copy from a patent?
    7       A       If one entity files a patent for a product,
    8   they may be implementing that technique in a very
    9   specific way.  If another manufacturer wants to use a
   10   similar idea, but implement it in a different way,
   11   they are able to do that, as long as they don't
   12   infringe that first patent.
   13       Q       You have no expertise whatsoever in battery
   14   pack or battery cell design.
   15               Correct?
   16       A       Correct.
   17       Q       And you have no expertise whatsoever with
   18   respect to computer notebook design or manufacturing,
   19   correct?
   20       A       Correct.
   21       Q       And so you yourself, as you sit here today,
   22   have no way of knowing what could or could not be used
   23   from any of the patents that you are talking about in
   24   your report by another party.
   25               Correct?

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

1    available at the time.

2        Q    Well, it was certainly, in your estimation,

3    available to the four patent holders indicated.

4    Correct?

5        A    I don't recall the number I referenced in

6    my report.  But yes, those are ones -- those are some

7    of the ones that are available, and I chose to put in

8    the report.

9        Q    And with respect to you say at the time --

10   and that is a good question.  When is the time?  What

11   is the time frame?

12            Because you would agree with me that with

13   respect to the BlackBerry patent, that was applied for

14   and granted long after the manufacture, years after

15   the manufacture of the Power notebook.

16            Correct?

17       A    The BlackBerry one was in 2011.  Yes.  But

18   the others I mentioned are -- the HP one I mentioned

19   is in 2008.

20       Q    I will get to them.  Don't worry.  I will

21   get to them.

22            So the BlackBerry one is not at the time.

23   Correct?

24       A    Correct.  It was after.

25       Q    And the same is, actually, true for the

1    Panasonic one, the battery authentication.

2             Correct?

3    A     It was applied in September 2009.  That

4    would be --

5    Q     Go ahead.

6    A     That time frame is close to the time of

7    manufacturing.

8    Q     But it is after.  Isn't it?  That is just a

9    matter of just looking at a calendar.  If you look at

10   Bates stamp 2466, it says in it, which is part of the

11   documents you reviewed, the manufacturing date of the

12   Power notebook was August 18, 2009.

13            So that Panasonic one is, again, after the

14   manufacture.  And as you indicated, probably a year or

15   two after the design of the notebook.

16            Correct?

17   A     Yes.  It is.

18   Q     And then there are two others you refer to.

19   There is a HP patent with respect to inkjet printer

20   cartridges authentication.

21            And that was applied for in 2008, which is

22   before the manufacture of the Power notebook.  But you

23   don't know whether it was before the design of the

24   notebook.

25            Fair?

NETWORK DEPOSITION SERVICES
Transcript of Kenneth J. Kutchek, P.E.

80

1    Correct?

2        A     Yes.

3        Q     So at least with respect to those two

4    patents, they appear to have been applied for before

5    the manufacturing date.  One of them was issued before

6    the manufacturing date of the Power notebook, and then

7    the other one was issued after the manufacture date.

8    Correct?

9        A     Yes.

10       Q     So of the patents you reference in your

11   report as evidence that authentication technology was,

12   quote, "available at the time," the only ones that

13   were applied for before the manufacturing date of the

14   Power notebook were ones pertaining to inkjet printer

15   cartridges.

16             Correct?

17       A     Yes.

18       Q     Do you know whether inkjet printer

19   cartridges are -- I'm trying to think of a way to say

20   this.

21             Whether they are made and sold by the same

22   manufacturer, meaning in connection with HP, for

23   example the HP printer, do you have an understanding

24   of whether or not the printer cartridges that HP was

25   selling were all under HP's house -- all under HP's

NETWORK DEPOSITION SERVICES
Transcript of Kenneth J. Kutchek, P.E.

82

1    mean as an electronic component, that is what these

2    patents are about is that you can authenticate

3    components used in a product.

4        Q    Right.

5            But I am saying to you, there is specific

6    technology referenced in both of these patents.  And I

7    am just asking you, one could, I am not saying you

8    did, but one could test whether or not the technology

9    in those patents in the HP printer cartridge and the

10   Lexmark printer cartridge patent, whether that could

11   be implemented in a notebook computer.

12           Correct?

13       A    Yes.  One could do that.

14       Q    But you did not do that.

15           Correct?

16       A    No.

17       Q    No, you did not?

18       A    No, I did not.

19       Q    Now, with respect to authentication, did

20   you undertake to determine whether any notebook

21   computers in the marketplace in 2009 used battery

22   authentication?

23       A    I attempted to, but it is difficult to find

24   information on products from ten years ago, 12 years

25   ago.

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

83

1      Q      So is it fair to say you tried to determine

2   whether it was in the marketplace, but you couldn't do

3   so.

4             Is that correct?

5      A      Correct.

6      Q      And are you aware, sir, of whether there

7   were any standards regarding battery pack design, that

8   were in place in 2008 and 2009?

9      A      There is an IEEE standard for laptop

10  battery packs.

11     Q      Had you read that prior to seeing my

12  experts' reports?

13     A      I was aware of it, yes.

14     Q      I asked if you read it.  Had you read it

15  before you saw my experts' reports?

16     A      Yes.

17     Q      You certainly did not consider the IEEE

18  standard as important or necessary to your opinions,

19  because you don't reference it in your report.  Is

20  that fair?

21     A      I wouldn't qualify it as saying it was

22  unimportant.  I just failed to refer to that IEEE

23  standard in my report.

24     Q      And you don't rely upon that report -- that

25  IEEE standard in your report, isn't that true?

1      A      I did not.

2      Q      Now are you -- did you do anything, sir, to

3   determine whether or not knockoff batteries, or the

4   safety issues pertaining to, quote, unquote, "knockoff

5   batteries" was considered -- strike that.  That is not

6   going to make sense.

7              Are you aware, even as you sit here today,

8   whether or not authentication protocols or

9   authentication software are defeated by unscrupulous

10  sellers of things like batteries?

11     A      Some authentication can be defeated,

12  depending on how it is implemented, and how

13  sophisticated it is.

14     Q      Well, let's talk about with respect to

15  notebook computers.

16              How does the authentication system work in

17  notebook computers?

18     A      There is different ways to do it.

19     Q      Why don't you tell me about those.

20     A      I mean, there is different ways a

21  manufacturer can do it.  I don't know all of the

22  possible ways to implement authentication.

23              I mean, in the HP depositions, they

24  referred to two means that were used in this

25  particular laptop.  And that was the way the battery

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

85

1    connects and interfaces mechanically.  And also the

2    three pin -- three conductor electrical connection to

3    the battery pack.  So that is one means of

4    compatibility.  But authentication would be something

5    more extensive than that.

6        Q    Okay.

7             So how would authentication work?

8        A    I mean, the product, the laptop would have

9    to somehow be able to validate the component that is

10   being installed.

11            And so that could be done with some

12   electronic means or some componentry within the

13   product to allow for a validation that it is an

14   authentic product.

15       Q    So isn't it true, sir, that these types of

16   authentication protocols are now routinely defeated by

17   hackers?

18       A    I don't know about routinely.  But they can

19   be defeated at times.

20       Q    Would you be surprised to learn that every

21   single one of the patented items you referenced in

22   your report has knockoff versions of it being sold

23   presently?

24       A    I'm not aware of that.

25       Q    Did you do anything to ascertain whether

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

86

1    the patented items that you reference in your report

2    worked?

3         A    I don't know what you mean by worked.

4         Q    How about that they prevented people from

5    using unauthentic components; how about that for

6    worked?

7         A    No.  I'm not aware of that.

8         Q    You don't know one way or the other as you

9    sit here today.

10             Is that fair?

11        A    Correct.

12        Q    We are at 12:15.  I don't have much more,

13   Josh.  If we could take maybe a five to ten minute

14   break.  Let me look at my notes.  It might save us

15   time.

16             Is that okay with you, Mr. Kutchek, rather

17   than taking a break?  I think we can be done

18   relatively soon, if I make sure I got everything.

19   Okay?

20        A    Yes.

21             MR. LICATA:  Fine with with me.

22             MR. BETKE:  Let's take a five to ten minute

23        break.  I may come back a little sooner.  If I

24        do, and you are here, great.  If not, that's

25        okay, too.

NETWORK DEPOSITION SERVICES
Transcript of Kenneth J. Kutchek, P.E.

87

```
 1              VIDEOGRAPHER:  We are off the record.  Time
 2      is approximately 12:16 p.m.
 3              (Recess taken.)
 4              VIDEOGRAPHER:  We are back on the video
 5      record.  Time indicated is 12:27.
 6      Q      Back on the record.
 7              The issue of whether or not any of the
 8      patents that you referred to in your report, whether
 9      they have been defeated by hackers, that is something
10      you could check, isn't it?
11      A      I'm not aware of what specific products
12      those patents are actively being used in to be able to
13      check that.
14      Q      Well, I mean, one thing you could do is you
15      could get an exemplar of these products, and then just
16      go on and see if you can go online and buy a
17      non-approved product and use it?
18      A      Again, I don't know what products are
19      actively using the patents that are listed.
20      Q      So the point is you never checked that?
21      A      I did not.
22      Q      Okay.
23              And then with respect to we were talking
24      earlier about patents and what they show.  I indicated
25      that I was asking whether HP could or could not
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

88

1    duplicate it.  But hackers operate under no such bar.

2    Right?

3              In other words, while intellectual

4    property -- while patents protect intellectual

5    property, they also provide the opportunity for

6    unscrupulous people to look at the patent and reverse

7    engineer things.

8              Don't they?

9        A    It is possible.  Yes.

10       Q    Are you aware, sir, in the industry, and I

11   am really speaking, specifically, about consumer

12   electronic products, whether there is a timeline, a

13   known timeline between when a particular product goes

14   to market with authentication technology and how long

15   it takes hackers to defeat it?

16       A    I guess I missed the question part.

17       Q    I am saying are you aware of the timeline

18   that is known in the industry between when

19   authentication technology is put into service, and how

20   long it takes hackers to defeat it?

21       A    No.  I'm not aware how quickly hackers

22   attempt to defeat authentication.

23       Q    All right.

24              And you would agree that if a hacker --

25   strike that.

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

89

```
 1                    Are you aware of commercially available

 2    devices that permit unscrupulous people like hackers

 3    to, quote, unquote, "listen in" on the authentication

 4    communications in a notebook and a battery pack, in

 5    order to duplicate it?

 6         A     Am I specifically aware of this?  Is that

 7    the question?

 8         Q     Yes.

 9         A     Not specifically aware.  No.

10         Q     Are you generally aware of it?

11         A     I am aware that that is a technique that

12    can be used.  Yes.

13         Q     Have you ever heard of a device called the

14    Beagle?

15         A     No.  I haven't.

16         Q     Have you ever heard of a company called

17    Saleae, S-A-L-E-A-E?

18         A     No.  I haven't.

19         Q     Which is a logic analyzer.

20         A     No.  I am not specifically aware of that

21    product.

22         Q     Do you know what a logic analyzer is?

23         A     Yes.

24         Q     What is it?

25         A     It's a device that is used to analyze
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Kenneth J. Kutchek, P.E.**

93

1    engineer any of these patents that you were listing in

2    your report?

3         A    No.  I am not.

4         Q    The reason why you are listing these things

5    in your report is just to show that the information

6    and knowledge was available at the time that this

7    machine was manufactured?

8         A    That's correct.

9         Q    You are not -- your expert opinions today

10   are not what caused the explosion in this case?

11        A    That's correct.  I did not --

12        Q    You are not doing any type of fire origin

13   expert opinion?  You are not offering any fire origin

14   opinion?

15        A    That's correct.

16        Q    Your sole opinion is that with --

17   essentially, I know you have your nine summary kind of

18   breakdowns of your opinion, but your opinion in this

19   case is that the technology existed to warn a user

20   like Mr. Power, through a pop up window, that a non-HP

21   approved battery pack being used posed a potential

22   risk of harm.

23             Is that your opinion?

24             MR. BETKE:  Objection to form.

25        A    Yes.  That summarizes a few of the