# EXHIBIT "B"

**EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS POWER,<br>　　　　Plaintiff, | Civil Division |
| | Docket No. 2:17-CV-00154-MRH |
| v. | |
| | Hon. Mark R. Hornak |
| HEWLETT-PACKARD COMPANY,<br>　　　　Defendant. | |

**AFFIDAVIT OF CHRISTOPHER G. BETKE  IN SUPPORT OF MOTION IN LIMINE TO PRECLUDE TESTIMONY FROM KENNETH W. KUTCHEK, P.E.**

Christopher G. Betke, being duly sworn, deposes and says as follows:

1. I am over the age of eighteen (18) years and I believe in the obligations of an oath.

2. I represent the Defendant, HP, Inc., incorrectly named as Hewlett-Packard Company's ("HP"), in the above-captioned lawsuit, and my representation of HP in this action commenced on or about January 18, 2017.

3. On December 28, 2020, I served on the plaintiff expert disclosures that included the Report of Quinn Horn, PhD, P.E.

4. In that Report, Dr. Horn opined:

> When the HP 8730W was designed in 2008, two of the relevant industry standards that addressed battery safety were IEEE 1625-2008 and IEEE 1725-2006.

> ***

> Additionally, neither standard required or suggested that manufacturers provide an end user alert, such as a pop-up warning, when a third-party battery pack was installed.

> ***

> [Wozniak] states that this was the industry standard at the time, and that in 2008 there was no industry standard for informing users of whether an approved battery pack was installed. Based on this information, it is my opinion that the HP 8730W was designed to the industry standard for battery authentication as of 2008.

Quinn Rept. at 10.

5. I attended the July 18, 2019 deposition of John Wozniak, who formerly oversaw battery development and qualification for HP, and have reviewed the transcript of his deposition. Mr. Wozniak testified as followed:

> Q: Okay. And would the laptop communicate to the user HP approved battery was the laptop?
> A: No.
>
> Q: And why is that?
>
> A: It wasn't --- in 2008 it was not industry standard. It wasn't --- just wasn't an industry standard.
>
> Q: What was industry standard as far as informing users of whether an HP approved battery was in the laptop?
>
> A: There wasn't one. There wasn't one.
>
> ***
>
> Q. I just have like one or two more. So we talked about whether if you put a non HP approved battery pack into the laptop whether a warning system would pop up. And you said that wasn't the industry standard at the time? And my question is, did that technology exist back when this laptop was being designed and manufactured?
>
> A. I don't know. That's a long time ago. This was not something in our radar at that time.

Tr. at 52-3, 67.

Dated Friday, May 13, 2022 at Boston, Massachusetts.

/s/ Christopher G. Betke

Christopher G. Betke