UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS POWER,<br>        Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br>        Defendant. | Civil Division<br><br>Docket No. 2:17-CV-00154-MRH<br><br>Hon. Mark R. Hornak |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2022, it is hereby ORDERED that the Motion to Preclude Testimony from Kenneth W. Kutchek, P.E., filed by Defendant, HP, Inc., incorrectly pled as Hewlett-Packard Company ("HP") is GRANTED.

It if further ORDERED, that Plaintiff is hereby precluded from entering the report and testimony of Kenneth W. Kutchek, P.E.

BY THE COURT:

_____
Mark R. Hornak, U.S.D.J.