UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS POWER, | Civil Division |
| *Plaintiff*, | Docket No. 2:17-CV-00154-MRH |
| v. | |
| HEWLETT-PACKARD COMPANY, | Hon. Mark R. Hornak |
| *Defendant*. | |

## ORDER OF COURT

AND NOW, this_____day of_____, 2022, upon consideration of Defendant's Motion for Summary Judgment, and any and all opposition thereto, it is hereby ORDERED and DECREED that said Motion for Summary Judgment is GRANTED because Plaintiff has failed to establish a prima facie case of strict liability, negligence, or breach of warranty where he has failed to adduce admissible expert testimony on his product liability claims, *Oddi v. Ford Motor Co.,* 234 F.3d 136, 159 (3d Cir. 2000), and his damages claims, *In re Paoli R.R. Yard PCB Litig.*, 35 F.3d 717, 785 (3d Cir. 1994); where he is presumed to have read and heeded the warnings he was given, *Chandler v. L'Oreal USA, Inc.*, 774 F. App'x 752, 754 (3d Cir. 2019); and where he failed to establish he would have avoided injury with a different warning, *Conti v. Ford Motor Co.*, 743 F.2d 195, 199 (3d Cir. 1984).

BY THE COURT:

_____
Mark R. Hornak, U.S.D.J.