UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS POWER, <br>         Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, <br>         Defendant. | Civil Division <br><br> Docket No. 2:17-CV-00154-MRH <br><br> Hon. Mark R. Hornak |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2022, it is hereby ORDERED that the Motion to Preclude Testimony from William F. Kitzes, J.D. filed by Defendant, HP, Inc., incorrectly pled as Hewlett-Packard Company ("HP") is GRANTED.

It if further ORDERED, that Plaintiff is hereby precluded from entering the report and testimony of William F. Kitzes, J.D.

BY THE COURT:

_____
Mark R. Hornak, U.S.D.J.