IN THE U.S. DISTRICT COURT

FOR THE WESTERN DISTRICT OF

PENNSYLVANIA

\* \* \* \* \* \* \* \* \*

THOMAS POWER,                    \*

    Plaintiff            \* Case No.

    vs.                  \* 2:17-CV-00154-MRH

HEWLETT-PACKARD            \*

COMPANY,                       \*

    Defendant            \*

\* \* \* \* \* \* \* \*

CONFIDENTIAL DEPOSITION OF

DAVID PIPHO

NOVEMBER 26, 2018

# ORIGINAL

Any reproduction of this transcript is
prohibited without authorization by
the certifying agency.

2

1              CONFIDENTIAL DEPOSITION

2                      OF

3    DAVID PIPHO, taken on behalf of the

4    Plaintiff herein, pursuant to the

5    Rules of Civil Procedure, taken before

6    me, the undersigned, Lacey C. Scott, a

7    Court Reporter and Notary Public in

8    and for the Commonwealth of

9    Pennsylvania, at the Law Offices of

10   Friday and Cox, 1405 McFarland Road,

11   Pittsburgh, Pennsylvania, on Tuesday,

12   November 26, 2018, beginning at 10:05

13   a.m.

14

15

16

17

18

19

20

21

22

23

24

25

3

1                    A P P E A R A N C E S

2

3     JOSHUA S. LICATA, ESQUIRE

4     Friday & Cox, LLC

5     1405 McFarland Road

6     Pittsburgh, PA  15216

7       COUNSEL FOR PLAINTIFF

8

9     MICHAEL A. WEINER, ESQUIRE

10    Bennett, Bricklin & Saltzburg, LLC

11    707 Grant Street, Suite 1800

12    Pittsburgh, PA  15219

13      COUNSEL FOR DEFENDANT

14

15    CHRISTOPHER BETKE, ESQUIRE

16    Coughlin & Betke, LLP

17    175 Federal Street, Suite 1450

18    Boston, MA  02110

19      NATIONAL COUNSEL FOR DEFENDANT,

20      HEWLETT-PACKARD

21      (Present via Zoom)

22

23

24

25

4

1                          I N D E X

2

3    WITNESS: DAVID PIPHO

4    EXAMINATION

5        By Attorney Licata              7 - 124

6    DISCUSION AMONG PARTIES        124 - 125

7    CERTIFICATE                            126

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

## EXHIBIT PAGE

| NUMBER | DESCRIPTION | PAGE IDENTIFIED |
|---|---|---|
| Number 1 | HIPRO Document Bates HP002519 | 77 |
| Number 2 | Form No. DC-002EA | 90 |
| Number 3 | Defendant's Answers to Plaintiff's Interrogatories | 118 |
| Number 4 | Amended Notice of Deposition | 118 |

6

1   <u>O B J E C T I O N   P A G E</u>

2

3   <u>A T T O R N E Y</u>                                    <u>P A G E</u>

4   Weiner        22, 23, 25, 28, 31, 33, 34,

5   61, 71, 72, 75, 76, 82, 83, 88, 102.

6   106, 107, 108, 110, 111, 115, 117

7

8

9   Betke        40, 113

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

7

1                S T I P U L A T I O N

2      -----------------------------------------

3      (It is hereby stipulated and agreed by

4      and between counsel for the respective

5      parties that reading, signing,

6      sealing, certification and filing are

7      not waived.)

8      -----------------------------------------

9                P R O C E E D I N G S

10     -----------------------------------------

11                   DAVID PIPHO,

12     CALLED AS A WITNESS IN THE FOLLOWING

13     PROCEEDING, AND HAVING FIRST BEEN DULY

14     SWORN, TESTIFIED AND SAID AS FOLLOWS:

15                      - - -

16                   EXAMINATION

17                      - - -

18     BY ATTORNEY LICATA:

19     Q.     Good morning.  Can you state

20     your full name for the record, please?

21     A.     David Alan Pipho.

22     Q.     Mr. Pipho, have you ever had

23     your deposition taken before?

24     A.     No.

25     Q.     Okay.

8

1        So because we're on a video

2    conference, it is imperative that we

3    don't speak over each other.  And it

4    is also very important that if you

5    don't understand or can't hear what

6    I'm saying you let me know.  Or if you

7    need me to rephrase a question, please

8    ask me and I'll do my best.

9        It is also important that you

10   answer verbally, yes, no, I don't know

11   as opposed to a head nod or uh-huh or

12   uh-uh, because it would be very

13   difficult for the reporter to take

14   that down.

15       Also, just try to let me finish

16   asking my question and I will do the

17   same for you.  I will let you finish

18   answering the question.

19       Other than that, what is your

20   current address?

21   A.    My personal address or my work

22   address?

23   Q.    Personal?

24   A.    14111 Timbergreen Drive,

25   Magnolia, Texas, 77355.

9

1    Q.      And how long have you been at

2    that address?

3    A.      About ten years.

4    Q.      Have you lived in --- how long

5    have you lived in Texas?

6    A.      Pretty much my whole life,

7    except for four years which I lived in

8    Colorado.

9    Q.      And do you live with anyone?

10   A.      I am sorry.  You broke up a

11   little bit.  Could you repeat the

12   question?

13   Q.      Sure.  Do you live with anyone?

14   A.      Yes.

15   Q.      Who do you live with?

16   A.      My wife and five children.

17   Q.      What is your wife's name?

18   A.      Tammy.

19   Q.      I'm sorry.

20           Can you repeat her first name?

21   A.      It's Tammy, T-A-M-M-Y.

22   Q.      Is your wife employed?

23   A.      Yes.

24   Q.      Does she work at HP?

25   A.      No.

10

1    Q.      Does she work in the IT
2    industry?
3    A.      No.
4    Q.      Did you --- where did you
5    attend high school?
6    A.      Concordia Lutheran High School
7    in Tomball, Texas.
8    Q.      What years did you attend high
9    school?
10   A.      Between, I guess, '87 to '91.
11   Q.      Did you graduate?
12   A.      Yes.
13   Q.      Did you attend college?
14   A.      I attended technical college.
15   Q.      What was the name of that?
16   A.      DeVry Institute of Technology.
17   Q.      When did you attend DeVry
18   Institute of Technology?
19   A.      '90 --- approximately '91 to
20   '93.
21   Q.      So you went to DeVry right
22   after graduating high school?
23   A.      Yes.
24   Q.      What did you study at DeVry?
25   A.      Electronics.

11

1    Q.      Any specialty within that

2    field?

3    A.      No specialty.  I have an

4    Associate's of Applied Science in

5    Electronics.

6    Q.      How many years was that

7    program?

8    A.      Two years.

9    Q.      And you graduated from that

10   program?

11   A.      Yes.

12   Q.      Did you have any honors, awards

13   or distinctions while at DeVry?

14   A.      No.

15   Q.      Did you have any education

16   after DeVry?

17   A.      No --- only education on the

18   job.

19   Q.      What was your first job after

20   you graduated from DeVry?

21   A.      First job after graduation

22   would have been at a company that

23   makes surveillance systems, Advanced

24   Surveillance Technologies.

25   Q.      And what was your job title at

12

1    Advanced Surveillance Technologies?

2    A.      Electrical technician.

3    Q.      What did you do as an

4    electrical technician?

5    A.      I assembled and installed

6    camera surveillance systems.

7    Q.      Were these surveillance systems

8    like ones you would find on a building

9    or were they built into an electronic

10   device?

11          Can you just kind of elaborate

12   on that?

13   A.      They were custom surveillance

14   systems in city environments as well

15   as transit bus environments.

16   Q.      How long were you in that job?

17   A.      About --- less than a year.

18   Q.      Did you say less than a year or

19   you left in a year?

20   A.      Less than one year.

21   Q.      Okay.

22          What was your next job after

23   that?

24   A.      HP --- I'm sorry.  At the time,

25   Compaq Computer Corporation.

13

1    Q.    And what was your job title

2    when you first worked for Compaq

3    Computer Corporation?

4    A.    It would have been electrical

5    technician.

6    Q.    What were your job duties as an

7    electrical technician for Compaq?

8    A.    Debug boards for repair

9    purposes.

10    Q.    How long were you an electrical

11    technician for Compaq?

12    A.    I was in that particular

13    position for about six years before I

14    moved to a different position in a

15    group that made tools to support the

16    debug efforts.

17    Q.    A different position within

18    Compaq?

19    A.    Correct.

20    Q.    What was your job title in that

21    next position?

22    A.    It would have been advanced

23    electrical technician.

24    Q.    And how did your job duties

25    differ from when you were an

14

1   electrical technician as opposed to an

2   advanced electrical technician?

3   A.      Rather than being responsible

4   for repairing mother boards, I was

5   responsible for creating tools for

6   other technicians to do the board

7   repair.

8   Q.      And when you say create ---

9   when you created tools, can you

10  describe what you mean by tools?

11  A.      Primarily hardware tools.  We

12  created interposer boards that would

13  interface with the diagnostics, and

14  then that diagnostic would run on a

15  --- on a board and give us better

16  insight into what was wrong with it at

17  the time.

18  Q.      And you worked with a team in

19  that position?

20  A.      I'm sorry.  You broke up.

21  Could you repeat the question?

22  Q.      Sure.  You said you worked with

23  a team in that position?

24  A.      That's correct.

25  Q.      How many people were on your

15

1    team?

2    A.      I believe we had about six

3    people on that team comprised of three

4    technicians and three engineers.

5    Q.      Were you the, for lack of a

6    better term, the leader of that team

7    or was someone else the leader of that

8    team?

9    A.      I was not the leader of the

10   team.  I was one of the three

11   technicians.  I was ---.

12   Q.      How long were you in --- I'm

13   sorry.

14   A.      I was one of the three

15   technicians supporting the three

16   engineers.

17   Q.      How long were you in that

18   position?

19   A.      About one year.

20   Q.      What was your next job after

21   that?

22   A.      I moved to a different position

23   within --- still at the time Compaq

24   Computer Corporation in the notebook

25   design organization in a team

16

1    responsible for notebook options.

2    Q.      Approximately what year was

3    that where you moved to notebook

4    design?

5    A.      It was --- let's see.  It was

6    approximately 2001.

7    Q.      What did you do in that

8    position?

9    A.      Supported testing and some

10   design of various notebook options.

11   Q.      When you say notebook options,

12   can you describe what you mean by

13   that?

14   A.      Hard drive, optical drives,

15   documentation, some primary options.

16   Q.      During this time while you were

17   at Compaq, did they require that you

18   undergo any type of education or

19   training?

20   A.      Yes.  There was a significant

21   amount of training for debugging

22   purposes as well as electrical

23   training.

24   Q.      Was that training onsite or did

25   you go to another facility to get that

17

1    training?

2    A.      At that time, the training was

3    onsite.

4    Q.      Did you get any certifications

5    upon completing that training?

6    A.      Internal certifications.

7    Q.      Okay.

8            What certifications, what

9    internal certifications, did you

10   receive from that training?

11   A.      I don't recall the names of the

12   certifications.

13   Q.      Okay.

14           So after the notebook design

15   position, what was your next job?

16   A.      So that's around the time of

17   the merger between Hewlett-Packard and

18   Compaq.  And shortly thereafter, I did

19   move to a position in a team called

20   TC, total customer experience,

21   primarily supporting various customer

22   escalations from an electrical,

23   hardware, debug standpoint.

24   Q.      When did you go into that

25   position?

18

1    A.      It was around 2002.

2    Q.      Do you have a Curriculum Vitae

3    or a résumé of some kind?

4    A.      I do not.

5    Q.      So how long were you in that

6    customer experience job?

7    A.      I have pretty much been in that

8    job since that time.  I have changed

9    roles slightly, but I have been in the

10   same organization until today.

11   Q.      As we sit here today, what is

12   your job title?

13   A.      It's electrical hardware

14   reliability engineer.

15   Q.      And can you describe your job

16   duties as an electrical hardware

17   reliability engineer?

18   A.      So primarily I am involved in

19   working, again, with customer

20   escalation and identifying the root

21   cause where they are driven from a

22   hardware electrical failure

23   standpoint, and driving the prevention

24   into future development where it is

25   appropriate.

19

1    Q.    How long were you in that job
2    capacity?
3    A.    I would say I have been in this
4    for the past six years or so.
5    Q.    Are you a licensed engineer?
6    A.    I'm not, but my title is an
7    engineer.  But I am not a licensed
8    engineer.
9    Q.    Do you have a supervisor in
10   that job capacity?
11   A.    I'm sorry.  Did you ask if I
12   have a supervisor?
13   Q.    Yes.
14   A.    Yes, I do.
15   Q.    And who is that?
16   A.    His name is Henry D. Lewis.
17   Q.    Can you spell that, please?
18   A.    H-E-N-R-Y, last name is
19   L-E-W-I-S.
20   Q.    What is Mr. Lewis' job title?
21   A.    Manager.
22   Q.    Is there any other education,
23   training or experience that we haven't
24   touched on yet?
25   A.    Not formal, primarily on the

20

1   job.

2   Q.     Do you --- at Compaq and now at

3   Hewlett-Packard, did you have to do a

4   certain amount of training per year or

5   was it just for your position that you

6   were going into?

7   A.     There were no requirements on a

8   certain amount of training.  It was

9   just on the job as working through

10  problems, things like that.

11  Q.     Do you have any specific

12  training regarding the use of lithium

13  ion batteries?

14  A.     No.

15  Q.     Did you review any documents in

16  preparation for today's deposition?

17  A.     Yes.

18  Q.     What documents did you review,

19  without disclosing anything that you

20  may have discussed with your

21  attorneys?

22  A.     With the documents that were

23  provided, I reviewed --- do you want

24  the specific Bates stamp numbers for

25  those documents?

21

1          ATTORNEY LICATA:

2          Are those the ones that

3     I ---?

4          ATTORNEY WEINER:

5          David, are you referring

6     to the email that I sent you

7     last night that I received from

8     Plaintiff's counsel about the

9     exhibits that would be used for

10    the deposition today?

11         THE WITNESS:

12         Yes.

13         ATTORNEY WEINER:

14         Okay.

15         ATTORNEY LICATA:

16         Thanks.

17         THE WITNESS:

18         That was most recently

19    reviewed.  I have skimmed

20    through the bulk of the

21    documents that are listed HP 1

22    through HP 5521.

23   BY ATTORNEY LICATA:

24   Q.    Did you review a document that

25   is titled Amended Notice of Deposition

22

1    pursuant to Fed.R.Civ.P. 30(b)(6)?

2    A.    I believe so.  Yes, I did see

3    that document.

4    Q.    And you reviewed the 16 topics

5    that are listed there?

6    A.    Yes, I did review the 16

7    topics.

8    Q.    I'm sorry.  Can you repeat

9    that?

10   A.    Yes, I did review the 16

11   topics.

12   Q.    So I would just like to ask

13   generally, how is a Hewlett-Packard

14   battery pack identified?

15              ATTORNEY WEINER:

16              Objection to form.  You

17       can answer, David, if you

18       understand the question.

19              THE WITNESS:

20              Could you please repeat

21       the question again?

22              ATTORNEY LICATA:

23              Sure.

24   BY ATTORNEY LICATA:

25   Q.    How is a Hewlett-Packard

23

1  battery pack identified?

2                    ATTORNEY WEINER:

3                    Continuing objection to

4        form.

5                    THE WITNESS:

6                    It is identified through

7        an HP labeling with an HP Logo,

8        a message that states to

9        replace with HP spares, a CT

10       label and tracking number that

11       is tracked in HP databases.

12  BY ATTORNEY LICATA:

13  Q.     Do the HP battery pack labels

14  have a certain sequence that they use

15  that you can determine that it is a

16  Hewlett-Packard product?

17  A.     I'm not sure what you mean by

18  sequence.  Do they have a particular

19  format?

20  Q.     Correct.

21  A.     Yes.

22  Q.     And what is that format?

23  A.     Again, it has an HP logo, a

24  message that states replace with HP

25  spares, an HP cart number, an HP CT

24

1    tracking serial number.

2    Q.      What about the --- let's stick

3    to lithium ion battery.  Let me ask

4    you this.  What is a lithium ion

5    battery?

6    A.      It is a device that stores a

7    charge that is used to power a

8    notebook computer during normal

9    operation.

10   Q.      Are there other types of

11   batteries other than lithium ion

12   batteries?

13   A.      Yes.

14   Q.      What other types of batteries

15   are there?

16   A.      Your question seems kind of

17   broad.  Are you asking what other

18   types of batteries are used in HP

19   notebook products or is the question

20   something else?

21   Q.      Okay.

22           Does HP use other types of

23   batteries in their products --- let's

24   limit it to their laptop products ---

25   other than lithium ion batteries?

25

1       ATTORNEY WEINER:

2            Objection.  The notice

3       is for the particular 8730

4       EliteBook model.  So let's keep

5       our questions to that.  That's

6       my objection.

7            ATTORNEY LICATA:

8            Okay.

9            ATTORNEY BETKE:

10           With respect to this

11      product, go ahead.

12           THE WITNESS:

13           With respect to this

14      product, I'm not aware of any

15      other battery technology other

16      than the lithium ion that is

17      used.

18   BY ATTORNEY LICATA:

19   Q.    So when we're talking about the

20   battery pack, my understanding is that

21   there is almost like a plastic casing

22   and there are battery cells that are

23   inside that casing.

24           Is that correct?

25   A.    That's correct.

26

1    Q.      And how can you identify or how

2    do you identify whether the cells that

3    are contained in that plastic casing

4    are an HP product as opposed to

5    another brand of product?

6    A.      The cells are identified

7    through markings that are familiar

8    based on the cells that was known to

9    be qualified with that particular

10   battery pack.

11   Q.      Did you review any information

12   regarding the battery that was at-

13   issue in this case?

14   A.      I reviewed pictures of the

15   at-issue battery.

16   Q.      Can you tell me what type of

17   battery it is?

18   A.      No.

19   Q.      Did you review any information

20   regarding the laptop that was at-issue

21   in this case?

22   A.      I reviewed pictures.

23   Q.      Can you identify the laptop

24   that is at-issue in this case?

25   A.      Yes.   Based on the markings and

27

1   labels of the laptop, as well as the

2   serial number, we can identify it as

3   being an 8730W notebook computer.

4   Q.     And when that 8730W notebook

5   computer is sold by Hewlett-Packard,

6   does it come with a Hewlett-Packard

7   battery pack?

8   A.     Yes.

9   Q.     And what ---?

10                  ATTORNEY BETKE:

11                  Josh, excuse me for one

12            second.  I just want to

13            clarify, because there might be

14            some misunderstanding.  It is a

15            Hewlett-Packard approved pack,

16            but I don't want Josh to think

17            it is made by Hewlett-Packard.

18            So you may want to clarify

19            that.

20                  The battery pack is not

21            made by Hewlett-Packard.  He

22            said a Hewlett-Packard battery

23            pack.  Do you see what I'm

24            saying?

25                  THE WITNESS:

28

1              Yes.  I apologize.

2       Clarifying my answer, it is

3       sold with an HP-approved

4       battery pack, but it is not

5       manufactured by HP.

6   BY ATTORNEY LICATA:

7   Q.      Who manufactures it?

8              ATTORNEY WEINER:

9              Object to form.  Are you

10      talking about this particular

11      at-issue ---?

12             ATTORNEY LICATA:

13             No, the battery pack

14      that he just identified, the HP

15      approved battery pack that

16      comes with the 8730W notebook

17      computer.

18             THE WITNESS:

19             So you are asking

20      specifically for the at-issue

21      laptop?

22  BY ATTORNEY LICATA:

23  Q.      Well, are there multiple ---

24  let me start with this.  Go ahead.

25             ATTORNEY BETKE:

29

1          Josh, the chargers are

2      just a nomenclature protocol.

3      Don't get caught up on this.

4      So if we're talking about the

5      artifact battery pack, which

6      would be the one that Mr. Power

7      had on his lap that day, let's

8      call it the artifact battery

9      pack.

10          And then if we're

11     talking about the one that

12     would have shipped with the

13     notebook computer that we

14     believe is at-issue, can we say

15     the one that was shipped with

16     the notebook at-issue?  Does

17     that clarify that?

18          ATTORNEY LICATA:

19          Yes.  So okay --- yes,

20     that's fine.

21          ATTORNEY BETKE:

22          Does that make sense to

23     you, David?

24          THE WITNESS:

25          Yes.

30

1      <u>ATTORNEY BETKE:</u>

2              Okay.

3              So let's try that.

4   BY ATTORNEY LICATA:

5   Q.      Okay.

6              So who manufactures the battery

7   pack that is shipped with the at-issue

8   notebook computer?

9   A.      STL Technology.

10  Q.      Where are they located?

11  A.      They are physically --- the

12  plant that did the manufacturing, I'm

13  not aware.

14  Q.      And does STL Technology

15  manufacture all parts of the battery

16  pack that is shipped with the at-issue

17  notebook computer?

18  A.      No.

19  Q.      What parts of the battery pack

20  that is shipped with the at-issue

21  notebook computer does STL Technology

22  manufacture?

23  A.      I am not 100-percent sure, but

24  I know they do the final assembly as a

25  pack and they're responsible for the

31

1    design of the pack.

2    Q.      You said they design the pack?

3    A.      Correct, the battery pack

4    assembly.

5    Q.      Who manufactures the cells that

6    come with the battery pack that is

7    shipped with the at-issue notebook

8    computer?

9    A.      From the information we have,

10   Sony.

11   Q.      Are there any other

12   manufacturers that are involved in the

13   process of making the battery pack

14   that is shipped with the at-issue

15   notebook computer?

16   A.      There are component

17   manufacturers for the various

18   electrical components that are used in

19   the pack.

20   Q.      Could you identify them and

21   identify the component part which they

22   manufacture?

23                ATTORNEY WEINER:

24                Objection to form.  Hold

25           on, David.  Objection to form.

32

1      Are you referring to the

2      specific laptop that Mr. Power

3      had that day or in general the

4      8730?

5               ATTORNEY LICATA:

6           The battery pack that is

7      normally shipped with the

8      at-issue notebook computer.

9  BY ATTORNEY LICATA:

10  Q.     Can you identify those who

11  manufacture the other component parts

12  that you have not identified yet and

13  the component part that they

14  manufacture?

15  A.     Not all of them, no.

16  Q.     Can you do some of them?

17  A.     PI makes the controller.

18  Beyond that, I'm not aware who all the

19  manufacturers were.

20  Q.     Did you say PI?

21  A.     Yes.

22  Q.     What is the controller?  What

23  is that?

24  A.     The controller is what manages

25  the communication between the pack and

33

1  notebook.

2  Q.    Can the battery pack that is

3  shipped with the at-issue notebook

4  computer be used in other brands of

5  laptops?

6              ATTORNEY BETKE:

7              You broke up all over

8        the place with that one.  Can

9        you say that again?

10              ATTORNEY LICATA:

11              I'm sorry, Chris?

12              ATTORNEY WEINER:

13              He said you broke up.

14              ATTORNEY BETKE:

15              You broke up a little

16        bit, too.  Can you do your

17        question again, please?

18              ATTORNEY LICATA:

19              Sure.

20  BY ATTORNEY LICATA:

21  Q.    Can --- the battery pack that

22  is shipped with the at-issue notebook

23  computer, can it be used with other

24  brands of laptop computers?

25              ATTORNEY WEINER:

34

1           Object.  It is beyond

2      the scope of ---

3           THE WITNESS:

4           I can't speculate on

5      that.

6           ATTORNEY WEINER:

7           It is beyond the scope

8      of the notice anyway.

9    BY ATTORNEY LICATA:

10   Q.    How did HP determine that the

11   artifact battery used in this machine

12   at the time of the incident was not an

13   HP product?

14   A.    So I think the initial and

15   obvious is based on the photographs.

16   The markings for the labels are not

17   HP.  The serial number listed is not a

18   valid HP serial number.  And the paper

19   label has no HP markings and is not

20   consistent with the format of HP

21   labels.

22   Q.    Who designs the battery that is

23   shipped with the at-issue notebook

24   computer?

25           ATTORNEY WEINER:

35

1          I'm going to object to

2     form, because I don't know if

3     you mean the pack or the cells?

4          ATTORNEY LICATA:

5          Well, if they're

6     different, then let me know, if

7     there's multiple parties that

8     design the different parts of

9     the battery that is normally

10    shipped with the at-issue

11    notebook computer.

12         ATTORNEY BETKE:

13         Okay.

14         I think we lost that

15    question.  So if you don't

16    mind, Josh, can you please

17    repeat the question?

18         ATTORNEY LICATA:

19         Sure.

20 BY ATTORNEY LICATA:

21 Q.     Who designs the battery pack

22 that is shipped with the at-issue

23 notebook computer?

24 A.     The design and manufacturing of

25 the battery pack is owned by STL

36

1   Technology.

2   Q.      And do they also design the

3   cells?

4   A.      They do not design the cells.

5   Q.      Do you know who designs the

6   cells?

7   A.      It is my understanding that is

8   Sony.

9                ATTORNEY BETKE:

10               Again, we're talking

11       about with respect to the

12       battery pack that was in the

13       at-issue notebook when it was

14       sold?

15               ATTORNEY LICATA:

16               Correct.

17  BY ATTORNEY LICATA:

18  Q.      For the battery pack that is

19  sold with the at-issue notebook

20  computer, who tests them?

21               ATTORNEY BETKE:

22               Are you talking about

23       design or are you talking about

24       manufacture or both?

25               ATTORNEY LICATA:

37

1          I mean, who tests them

2     once they're manufactured?

3          ATTORNEY BETKE:

4          Okay.

5          So I'm not trying to be

6     difficult, but I just want to

7     --- you know, you deal with

8     design, right, then it gets

9     tested.  And then when it gets

10    to the manufacturing it gets

11    tested specifically ---

12    basically it comes off the

13    assembly line, if you will.

14         ATTORNEY LICATA:

15         Correct.

16         ATTORNEY BETKE:

17         All right.

18         THE WITNESS:

19         So it is tested by the

20    battery pack manufacturer

21    themselves, STL Technology.

22         Again, to clarify, you

23    are talking about the specific

24    battery pack that was used in

25    the notebook.  You are not

38

1          talking about how the design

2          was ---?

3                ATTORNEY LICATA:

4                I'm talking about the

5          battery --- yeah.  I'm talking

6          about the battery pack that was

7          normally shipped with the ---

8          normally shipped with the

9          at-issue notebook computer.

10         That's what I'm talking about.

11              THE WITNESS:

12              And again, just to

13         clarify, you're talking about

14         the single physical pack that

15         was manufactured that shipped

16         with the at-issue notebook?

17  BY ATTORNEY LICATA:

18  Q.     Correct, the completed product.

19  A.     So it would have been tested by

20  the pack manufacturer, in this case,

21  STL.  And it would have been tested by

22  the notebook ODM, original design

23  Manufacturer, with their technology

24  --- I'm sorry.  I apologize.  It would

25  have been Inventec Corporation.

39

1     Q.     What was that last company you

2     said?

3     A.     Inventec Corporation.

4     Q.     So regarding the battery pack

5     that's normally shipped with the

6     at-issue notebook computer, does

7     Hewlett-Packard have any role in the

8     testing of the battery pack at any

9     stage of the process?

10    A.     Again, it is important to

11    clarify if you're talking about the

12    single physical battery that was

13    shipped with the at-issue notebook

14    versus the validation of the design

15    itself.

16    Q.     The single battery?

17    A.     No.

18    Q.     Do they have a role in testing

19    the design of the battery pack that is

20    normally shipped with the at-issue

21    notebook computer?

22    A.     Their role is auditing the

23    specification and monitoring the

24    testing that is done by the battery

25    manufacturer, the ODM, in this case,

40

1    Inventec Corporation, and the safety
2    testing that is also done by a third
3    party.
4    Q.    So how does Hewlett-Packard
5    monitor that process?
6    A.    The design process is monitored
7    with a --- what we call a system team
8    that manages the process from
9    conception through prototyping until
10   it is released to manufacturing.
11   Q.    So does Hewlett-Packard have a
12   representative that is onsite where
13   these things --- where these battery
14   packs are being manufactured to
15   monitor this process?
16   A.    So you are asking if HP has a
17   representative onsite at the battery
18   manufacturer?
19   Q.    Yes, to do the monitoring that
20   you described.
21              ATTORNEY BETKE:
22              I'm going to object.
23        The monitoring --- I think
24        we're talking right now about
25        two different things.  The

41

1       monitoring he describes, or the
2       work he described, I should
3       say, was in the design stage.
4       You are now asking a question
5       about the manufacturing stage.
6       It is really important that we
7       try to keep those two universes
8       separate.  You can ask about
9       both as much as you want, Josh.
10      I'm not trying to do that, but
11      it has got to be clear when he
12      is answering about design, he's
13      answering about design, and
14      when he is answering about
15      manufacturing, he is answering
16      about manufacturing.  That's
17      all.  Otherwise, we're going to
18      get way off ---.
19              ATTORNEY LICATA:
20              Absolutely.  And please
21      correct me.  I mean, you know
22      more about these batteries than
23      I do.  So if I'm not asking a
24      question that you understand,
25      just please ask me and I'll try

42

1          to do it again.

2               ATTORNEY BETKE:

3               Thank you.

4               I think what threw us a

5          curve in --- the first part of

6          the question was fine, but then

7          you said as you just described,

8          and you had asked a

9          manufacturing question, but he

10         just described the design

11         testing process, if you will.

12    BY ATTORNEY LICATA:

13    Q.    Right.  So let me ask it this

14    way.

15         So HP monitors the design of

16    the battery pack that is normally

17    shipped with the at-issue notebook

18    computer.

19         Correct?

20    A.    We monitor the qualification

21    process and results, yes, that's

22    correct.

23    Q.    And who at Hewlett-Packard is

24    responsible for that?

25    A.    I don't have the name in front

43

1    of me.

2    Q.      Is it a department?

3    A.      There's a team that is

4    responsible for the battery pack.

5    Q.      And that's the system team you

6    described earlier?

7    A.      The system team is responsible

8    for the integration of the battery and

9    other components into the notebook.

10   There's a different team that is

11   responsible for the battery packs and

12   relationships with the battery pack

13   suppliers.

14   Q.      What is a positive temperature

15   coefficient device?

16   A.      There's different ways to take

17   that.  You can take it literally as a

18   PTC fuse, a resettable fuse, or you

19   can take it generally as a device that

20   monitors the temperature.

21   Q.      And is the HP --- is the

22   battery pack that is shipped with the

23   at-issue notebook computer equipped

24   with a PTC?

25   A.      You broke off at the end.

44

1    Could you repeat the question?

2    Q.     Sure.   Is the battery pack that

3    is shipped with the at-issue notebook

4    computer equipped with a PTC?

5    A.     Yes.

6    Q.     Where is this device located in

7    the battery?

8    A.     I couldn't give you the exact

9    location.   I don't know.

10   Q.     Can you just describe generally

11   how the PTC works?

12   A.     So it would tell the battery

13   controller what the current

14   temperature is of the cells, as well

15   as that information would be

16   communicated back to the notebook

17   computer.

18   Q.     So for the battery that is

19   shipped with the at-issue notebook

20   computer, is there just one PTC or are

21   there multiple PTCs?

22   A.     There are multiple.

23   Q.     Is there a PTC --- for the

24   battery that is shipped with the at-

25   issue notebook computer, is there a

45

1  PTC that is --- I'm sorry.  Strike

2  that.

3         For the battery that is

4  normally shipped with the at-issue

5  notebook computer, is there one PTC

6  per battery cell?

7  A.     I am not sure.

8  Q.     Do you know how many PTCs there

9  are for the battery that is shipped

10  with the at-issue notebook computer?

11  A.     I do not.

12  Q.     For the battery that is shipped

13  with the notebook computer, where is

14  the current flow path?

15  A.     You are asking what is the

16  current flow path?

17  Q.     Well, I was asking where --- I

18  was asking where, but if you want to

19  describe what it is, too, that's fine?

20  A.     In general, the current flow

21  path would be from the devices that

22  are drawing power within the notebook

23  through the interconnect to the

24  battery through the discharge.  That's

25  the path itself.  Beyond that, it

46

1    would be too complicated to fully
2    describe.
3    Q.    So that was --- what you
4    described was just in general?
5    A.    Yes.
6    Q.    For the battery that is shipped
7    with the at-issue notebook, are these
8    PTCs internal to the batteries
9    themselves?
10   A.    When you say internal to the
11   battery, are you asking if it is
12   internal to the battery pack or
13   internal to the battery cell?
14   Q.    Let's start with cells.
15   A.    I'm not aware of any internal
16   cells.  I know there are some external
17   to the cell.
18   Q.    When you examined the
19   photographs and everything else you
20   looked at for the artifact battery
21   pack, did you find any of these PTCs?
22   A.    I don't see any in the
23   pictures.
24   Q.    For the battery shipped with
25   the at-issue notebook, does it come

47

1    equipped with a current interrupt
2    device?
3    A.      Yes.
4    Q.      And what is a current interrupt
5    device?
6    A.      The battery pack controller is
7    responsible for monitoring the current
8    that is either going in or coming out
9    of the battery pack and charged or
10   discharged.  So it would be in that
11   respect --- the current interrupt
12   device would be a combination of the
13   battery controller and the charge and
14   discharge fail.
15   Q.      So in the battery that is
16   shipped with the at-issue notebook,
17   where is this device located?
18   A.      Located on a small PCB board
19   inside of the battery pack case.
20   Q.      For the battery that is shipped
21   with the at-issue notebook, are all
22   the cells within the battery pack
23   protected by a single current
24   interrupt device or are there multiple
25   current interrupt devices?

48

1    A.    There is a single and there may

2    be more that I'm not aware of.

3                ATTORNEY BETKE:

4                Is there a design

5         document or ---?

6         THE WITNESS:

7                There are design

8         documents that fully describe

9         that specification and behavior

10        of that battery pack.

11               ATTORNEY BETKE:

12               If you want to ever look

13        at one of those, Josh is not

14        limiting you.  It is not a

15        memory test.  If there's a

16        design document that would help

17        you, you can go ahead and look

18        at it.

19        THE WITNESS:

20               If you need

21        clarification, I would need to

22        look through some of the

23        battery specs for the notebook.

24   BY ATTORNEY LICATA:

25   Q.    Do you have Bates stamp

49

1    HP003116 --- or 3115 and 3116?

2                    ATTORNEY BETKE:

3                    03115 and 3116?

4                    ATTORNEY LICATA:

5                    Correct.

6                    ATTORNEY BETKE:

7                    Give us one second.

8                    ATTORNEY LICATA:

9                    Okay.

10                   ATTORNEY BETKE:

11                   Just so we're on the

12   same page, the document 3115

13   has on top of it the number two

14   and it says specification?

15                   ATTORNEY LICATA:

16                   Correct.

17                   ATTORNEY BETKE:

18                   Then the next page says

19   rating?

20                   ATTORNEY LICATA:

21                   Correct.

22                   ATTORNEY BETKE:

23                   By the way, while we're

24   doing this, probably make a

25   note that the HP side of this

50

1          is designating this deposition

2          as confidential under

3          protective order.  I probably

4          should have said that before,

5          but I think we can do

6          protective both during and

7          after.  So let me just do it

8          now while we're talking about

9          proprietary material.

10                    ATTORNEY WEINER:

11                    The Confidentiality

12         Order entered by Judge Hornack

13         specifies that and it's all

14         being produced within the

15         confines of that Order, so

16         we're --- everything is good to

17         go.

18                    ATTORNEY BETKE:

19                    Great.  Thank you, guys.

20    BY ATTORNEY LICATA:

21    Q.    So when --- you indicated that

22    you would need to look at the specs of

23    the battery in order to determine

24    which battery cells are being --- or

25    I'm sorry, how many of these current

51

1   interrupt devices there are for this

2   particular battery pack.

3           And my question is, is this

4   what you are referring to?

5   A.      No.

6   Q.      Well, for the battery shipped

7   with the at-issue notebook, what are

8   the specs for that battery?

9   A.      Let me find that.

10                  ATTORNEY WEINER:

11                  While David is looking

12          through, if you want to put on

13          the beginning or end, it

14          doesn't really matter, that

15          counsel have agreed to

16          reservation of objections other

17          than form until the time of

18          trial or motion.

19                  ATTORNEY LICATA:

20                  That's correct.

21                  ATTORNEY BETKE:

22                  You just apparently said

23          --- some things breaking up on

24          our end.  If you care to repeat

25          them so we know what you are

52

1    saying, I would appreciate it.

2                    ATTORNEY WEINER:

3         I'm sorry, Chris.  It

4    was directed to the court

5    reporter.  I was just having it

6    noted in the transcript that

7    counsel have agreed to reserve

8    all objections other than those

9    to the form of the question for

10   the time of trial or by motion.

11                   ATTORNEY BETKE:

12        Okay.

13        Great.  Thank you.

14        We forgot about the

15   court reporter.  We can just

16   see one eye ---.

17                    ---

18   (WHEREUPON, AN OFF RECORD DISCUSSION

19   WAS HELD.)

20                    ---

21                   THE WITNESS:

22        So the schematic for the

23   battery pack is Bates stamped

24   HP003036.

25   BY ATTORNEY LICATA:

53

1    Q.      Okay.

2                      ATTORNEY BETKE:

3                      Josh, does that answer

4           your question?

5                      ATTORNEY LICATA:

6                      Yeah.  I mean, if that's

7           the specs.  I was looking ---

8           I'll just continue on.  But

9           yes, it does.

10                     ATTORNEY BETKE:

11                     He pointed to the

12          schematic.  I mean, I suspect

13          the spec as a whole is longer

14          than one page, but you were

15          talking about the specific

16          schematic that would provide

17          the information you were

18          talking about.  Right?  Do I

19          have that right or am I    ---

20          do I have that right?

21   BY ATTORNEY LICATA:

22   Q.      What I'm getting at --- and

23   I'll just continue.  What I'm getting

24   at is for the battery that is shipped

25   with the at-issue notebook, what is

54

1    considered the maximum charge?

2    A.     Maximum charge what?

3    Q.     Voltage?  I believe it is 17

4    volts, but I would have to look at the

5    specification.  Yes, the maximum

6    charge voltage is 17 volts.

7    Q.     And what is the maximum charge

8    current?

9    A.     3.8 amps or 3800 milliamps.

10   Q.     Can you describe the difference

11   between --- for the battery pack that

12   is sold with the at-issue notebook,

13   looking at the specifications, can you

14   describe the difference between

15   nominal voltage and rated charge

16   voltage?

17                  ATTORNEY WEINER:

18                  Do you want to refer him

19           to what page you are looking

20           at?

21                  ATTORNEY LICATA:

22                  Yes.  I'm looking at

23           3116.  I mean, that's what I'm

24           look at but ---.

25                  THE WITNESS:

55

1          Yeah, I'm not sure.

2          ATTORNEY BETKE:

3          Josh, David is here on a

4    broader category.  Can we try

5    to produce somebody who knows

6    something about everything, so

7    he is not --- he knows about

8    batteries, but he is not on the

9    battery team.  We have someone

10   who has a cross section of

11   knowledge to make it easier for

12   you, but I just want you to

13   know that.

14         ATTORNEY LICATA:

15         No.  I understand.

16         ATTORNEY BETKE:

17         You know how that is.

18   You got 16 categories.  You

19   can't --- you can try to get

20   someone who can answer

21   questions about everything.

22         ATTORNEY LICATA:

23         Correct.

24         ATTORNEY BETKE:

25         You might not be the

56

1          expert on the specific topic.

2                    ATTORNEY LICATA:

3                    I understand.  I

4          appreciate it.

5     BY ATTORNEY LICATA:

6     Q.    So I'm going to switch gears a

7     little bit here.  Did you review any

8     photographs, information regarding the

9     charger that was used by Mr. Power

10    during this incident?

11    A.    I believe there was a photo

12    that was provided.

13                   ATTORNEY BETKE:

14                   I don't believe there's

15         one --- I was going to say just

16         so you know what is going on,

17         Josh, he is looking at a list

18         of the documents.  I don't have

19         a recollection of there being a

20         photograph of the artifact in

21         the production.  I think it

22         would have been taken by the

23         expert through you guys

24         separately.

25                   So while he is looking

57

1      for that, I don't want him

2      spending time looking for that

3      if you --- because I don't

4      believe it is in there.  Do

5      you?

6              ATTORNEY LICATA:

7              I don't remember seeing

8      it, but ---?

9              ATTORNEY BETKE:

10             I don't think it's in

11     there.  And I think the

12      photograph he's looking at, I

13            don't think it is there.

14  BY ATTORNEY LICATA:

15  Q.    Did you by chance review HP'S

16  Answers to Plaintiff's

17  Interrogatories?

18  A.    Yes.

19  Q.    So it is stated several times,

20  but I'm looking at question six.

21  A.    Okay.

22  Q.    And if you go down, it is about

23  halfway down.  There's a sentence that

24  reads, the Defendant does not know

25  whether the artifact adapter is

58

1    original to the power notebook.  Do

2    you see that?

3    A.      Okay.

4            I see it.

5    Q.      My question is what

6    investigation did you do to determine

7    whether that adapter was original to

8    the laptop?

9    A.      I was not involved in that

10   investigation.

11   Q.      So for this portion, like we

12   did before, I know you guys referred

13   to it in your Interrogatories as the

14   artifact adapter.  So I will use that

15   term to describe the adapter that Mr.

16   Power was using at the time.  Do you

17   know the make and model of the

18   artifact adapter?

19   A.      I do not.

20                    ATTORNEY BETKE:

21                    Josh, I don't want to be

22           impolite here.  Unlike the

23           battery pack you were saying

24           original, this is saying

25           unknown ---

59

1      ATTORNEY LICATA:

2          Right.

3      ATTORNEY BETKE:

4          --- category, so just so

5      you --- if you want to ask

6      shipped with, he can answer

7      that question.  It could be

8      that we're not saying it is

9      not, we're saying we don't

10     know.

11         ATTORNEY LICATA:

12             I would clarify that for

13     the record.  When I say

14     artifact adapter, that is not

15     to say --- when we say artifact

16     battery pack, it is unknown at

17     this time whether the adapter

18     was original to the at-issue

19     laptop.

20  BY ATTORNEY LICATA:

21  Q.      What is the make and model of

22  the adapter that would be shipped with

23  the at-issue notebook?

24  A.      It is a HIPRO 120-watt adapter.

25  Q.      So some of the documents were

60

1    produced --- and I'm looking at Bates

2    stamp HP002544 through HP002560.

3                    ATTORNEY BETKE:

4                    Can you give us the

5            numbers again?

6                    ATTORNEY LICATA:

7                    2544 through 2560.

8                    ATTORNEY BETKE:

9                    2544 --- give him one

10   second to flip through it here.

11                   ATTORNEY LICATA:

12                   Sure.

13                   ATTORNEY BETKE:

14                   Familiarized.

15   BY ATTORNEY LICATA:

16   Q.      Do you recognize what these 16

17   pages of documents are?

18   A.      Safety certification report.

19   Q.      And are --- these safety

20   certifications, are they all for the

21   same product?

22   A.      When you say, are they all for

23   the same product, you mean are they

24   all for the same adapter?

25   Q.      Correct.

61

1    A.      I'm not sure, but it appears

2    that there are multiple model numbers

3    ---

4    Q.      Okay.

5    A.      --- in the documentation.

6    Q.      Are any of the model numbers

7    within the 16 pages the model number

8    of the adapter that would be sold with

9    the at-issue notebook computer?

10   A.      Yes.

11   Q.      Which one is that?

12   A.      Yeah, I'm not sure.

13   Q.      Just so I'm clear, out of these

14   16 pages, we're not sure whether any

15   of these documents refer to the

16   adapter that would be sold with the

17   at-issue notebook?

18                ATTORNEY WEINER:

19                   Objection to form.  You

20          can answer it.

21                THE WITNESS:

22                   You mean adapter?  I'm

23          sorry.

24                ATTORNEY BETKE:

25                   I'm sorry.  I may have

62

1          --- did you say adapter that

2          would have been sold with the

3          at-issue notebook?

4                    ATTORNEY LICATA:

5                    No.  I said --- I just

6          wanted to be clear that out of

7          the 16 pages that I asked the

8          witness to refer to, he is not

9          sure if any of these refer to

10         the adapter that would be sold

11         with the at-issue notebook

12         computer.

13                   ATTORNEY BETKE:

14                   All right.  I believe he

15         said he could not match the

16         model number, could not give

17         you the model number, but go

18         ahead.

19                   THE WITNESS:

20                   That's correct.  I

21         cannot --- with the information

22         that's provided in the shipping

23         records, it is not possible to

24         match the exact model that was

25         certified.

63

1    BY ATTORNEY LICATA:

2    Q.      Is there another way that you

3    could match up the information that's

4    contained in these documents to the

5    adapter that would be sold with the

6    at-issue notebook computer?

7    A.      It may be possible to research

8    the adapter shipped with the at-issue

9    notebook via CTP commodity tracking

10   number to get that level of detail.

11   Q.      For the adapter that would be

12   sold with the at-issue notebook, do

13   you know what the rating is?

14   A.      So you broke up on the first

15   part of your question.  Could you ask

16   that again, please?

17   Q.      Sure.  For the adapter that

18   would be sold with the at-issue

19   notebook computer, do you know what

20   the rating would be?

21   A.      The power rating is 120 watts.

22   Q.      Okay.

23           We'll do the same question but

24   --- the same question, but what about

25   the amps?  It is not listed

64

1    specifically?

2                    ATTORNEY BETKE:

3                    If you don't know, just

4            say you don't know.

5                    THE WITNESS:

6                    Not listed in the

7            information on the at-issue

8            notebook, so I can't be sure.

9    BY ATTORNEY LICATA:

10   Q.      What about the volts?

11   A.      Again, the specific model is

12   not listed, and so we can't be 100

13   percent sure.  The typical voltage is

14   19.5 volts.

15           However, there are some slight

16   differences by adapter model.

17   Q.      So by the way, just because I'm

18   starting to go through documents --- I

19   didn't tell you this before.  If you

20   want to take a break or anything, let

21   me know.  If you want to talk to your

22   attorney, you just let me know.

23                    ATTORNEY BETKE:

24                    Yeah.  I think it might

25            make sense --- if this is a

65

1    good time, he has been going at

2    it about an hour and a half

3    now.  It's probably a good idea

4    to take a little bathroom break

5    and get some coffee in here ---

6    get some coffee and bring it

7    back in here, and you know,

8    just clear our heads for a

9    moment.

10                ATTORNEY LICATA:

11                Okay.

12                Let's take a break.

13                ATTORNEY BETKE:

14                Let's take a five or

15   seven minute break or something

16   like that.  Okay?

17                ATTORNEY LICATA:

18                Sounds good.

19                     ---

20   (WHEREUPON, A SHORT BREAK WAS TAKEN.)

21                     ---

22   (WHEREUPON, COURT REPORTER READS BACK

23   PREVIOUS QUESTION.)

24                     ---

25   BY ATTORNEY LICATA:

66

1    Q.     All right.

2           I would like to direct your

3    attention to Bates stamp HP002519?

4    A.     Did you say 800?

5    Q.     No, just 002519.

6    A.     Okay.

7    Q.     Do you recognize what is

8    depicted here?

9    A.     What I show is a page of the

10   HIPRO specification showing the

11   mechanical dimension of the output

12   cable.

13   Q.     And I think I know the answer

14   to this question because we went over

15   this, but can you tell if this diagram

16   is a diagram of the adapter that would

17   be sold with the at-issue notebook

18   computer?

19   A.     Just to clarify what you're

20   asking, is this diagram of the adapter

21   that should have shipped with the

22   at-issue notebook?

23   Q.     Correct.

24   A.     Yes.

25   Q.     So looking at the diagram on

67

1  the left-most portion of the page, do

2  you see where it has pin one, pin two

3  and pin three?

4  A.     Yes.

5  Q.     What is the --- what are the

6  purpose of those pins?

7  A.     There's three pins for power,

8  ground and what is called adapter ID.

9  Q.     Using the diagram, can you

10  identify which pin is power, which pin

11  is ground and which pin is adapter ID?

12  A.     From this diagram, it looks

13  like pin one is the adapter ID, pin

14  two would be power, pin three would be

15  ground.

16  Q.     And what is the purpose of each

17  of these pins?

18  A.     The purpose of power and ground

19  is to deliver and complete the current

20  path from --- of DC power from the

21  adapter into the notebook computer.

22  The ID pin is used to identify the

23  available wattage of the AC adapter as

24  well as to regulate current and

25  throttling in the notebook.

68

1    Q.    Are any of these pins

2    considered a smart pin?

3    A.    The ID pin could be considered

4    a smart pin.

5    Q.    Could you define for me what

6    you consider to be a smart pin?

7    A.    The ID pin that I previously

8    described that identifies the

9    available wattage of the adapter, as

10   well as is used as a signal to

11   regulate current and throttling inside

12   the notebook.

13   Q.    Okay.

14         And focusing on the adapter ID

15   pin, pin one in the diagram, what is

16   that pin made of as far as material?

17   A.    The pin is made of an internal

18   base metal of copper and may have

19   different plating types.  I'm not sure

20   if it is listed in the specification

21   or not what protective plating they

22   used.

23   Q.    And can --- this pin, pin one

24   in the diagram, can it bend?

25   A.    I am not sure I understand the

69

1    question.

2    Q.      Can --- pin one, which is

3    depicted in the diagram that we're

4    looking at now, can it move from ---

5    can it be moved from its original

6    position to where it was manufactured?

7    A.      It is not designed to be moved.

8    Q.      So I guess my question is, I

9    understand it is not designed to be

10   moved, but can it be moved?

11   A.      So you are asking if someone

12   were to take an object and insert it

13   into the adapter barrel and exhibit

14   some amount of force, could it be

15   moved?  Is that what you're asking?

16   Q.      Yes.

17   A.      I suppose that could be

18   possible.

19   Q.      Okay.

20        Well, here is a personal

21   example.  What if someone like me, who

22   I have done this before, has my

23   computer plugged in, and I forget that

24   it is plugged in.  And I take my

25   computer off the table, and it has the

70

1    cord still attached to it.  Would that
2    bend that center pin there or could it
3    bend that?
4    A.    It should not.  It should not,
5    because the mechanical structure is
6    maintained by the outer barrel.
7    Q.    What would happen to the
8    functionality of that pin if it were
9    to become loose?
10   A.    Become loose?
11   Q.    Correct.
12   A.    You are asking what would
13   happen to the functionality of the pin
14   if it were to become loose or to
15   become bent like you previously
16   stated?
17   Q.    Correct.
18   A.    If it were no longer making
19   contact with the adapter ID detect pin
20   inside the notebook, then the notebook
21   would display a message and default to
22   a lower power state.
23   Q.    When you say the notebook, are
24   you talking about the at-issue
25   notebook?

71

1   A.      Correct.

2   Q.      Can you describe what the

3   at-issue notebook's software would do

4   with the information gained from these

5   pins?

6                   ATTORNEY BETKE:

7                   Mike, can you object to

8           the form on that one?

9                   ATTORNEY WEINER:

10                  Yeah.  I mean, I'll

11          object just in terms of the

12          what it would do part.  Also,

13          there's no foundation for the

14          software question, but go

15          ahead.  If you understand,

16          David, go ahead.

17                  THE WITNESS:

18                  Are you asking what it

19          normally does, the information

20          in the ID?

21                  ATTORNEY BETKE:

22                  In other words, not

23          --- setting aside the prior

24          questions about what would

25          happen in a unique

72

1      circumstance, you are asking

2      --- do you mean generally what

3      is it supposed to do or are you

4      still asking about what it

5      would do if the thing was bent

6      or loose?

7              ATTORNEY LICATA:

8              Let me back up.  I'll

9      back up.

10             THE WITNESS:

11             All right.

12     BY ATTORNEY LICATA:

13     Q.      You testified that the adapter

14     ID pin, pin number one in the diagram,

15     identified available wattage and

16     regulated current and throttling.

17             Correct?

18     A.      Correct.

19     Q.      Okay.

20             Does that pin interact with the

21     software of the at-issue laptop?

22             ATTORNEY WEINER:

23             Object to the form.

24             THE WITNESS:

25             Yes.

73

<u>BY ATTORNEY LICATA</u>:

1  
2   Q.    And how does it interact with

3   the software from the at-issue laptop?

4   A.    There should be a warning

5   message displayed if it does not

6   detect the ID pin stating that the

7   laptop may be used at lower power.

8   Q.    And it is my fault for not

9   being clear, but how does that pin

10  interact with the laptop software if

11  it is not damaged, if it is perfectly

12  normal the way it was manufactured and

13  designed?

14  A.    Just to clarify, when you say

15  software, I believe you are speaking

16  to the operating system on the

17  notebook?

18  Q.    Okay.

19  A.    There's also firmware inside

20  the imbedded controller that could be

21  considered software.  Which

22  specifically are you referring to?

23  Q.    I was referring more to the

24  laptop as a whole, but let's start

25  with the operating system.

74

1    A.      The operating system would be

2    used solely for displaying of

3    messaging.  If that ID pin were no

4    longer making contact for the system

5    as a whole, the primary communication

6    is through --- let me get to the

7    document here.

8    A.      The communication would be

9    through a system signal, adapter

10   signal.

11                   ATTORNEY BETKE:

12                   Explain your answer.

13                   THE WITNESS:

14                   And I apologize.  Could

15           you repeat your initial

16           question?

17   BY ATTORNEY LICATA:

18   Q.      Sure.  So I was asking how the

19   information --- how that adapter ID

20   pin interacts with the laptop itself.

21   You indicated that there's multiple

22   systems, including an operating

23   system.  And then you also said there

24   was a firmware.  It operates with the

25   firmware.

75

1          So I guess my next question

2    would be how does it interact with the

3    firmware?

4    A.      So the imbedded controller in

5    the notebook would utilize the adapter

6    signal primarily to identify the

7    wattage of the AC adapter, ensuring

8    that it is within the appropriate

9    range.  That's for that particular

10   notebook design.

11          And real time, the same signal

12   would be used as the notebook is

13   operating.  It would regulate

14   throttling of the CPU to ensure that

15   the notebook stays within the rating

16   of the adapter.

17   Q.      Does the at-issue laptop permit

18   the batteries to be charged if the

19   power supply is not the correct size?

20               ATTORNEY BETKE:

21               Object to the form,

22          Mike, please.

23               ATTORNEY WEINER:

24               I'll object to the form.

25          I also object to the terms, the

76

1    size of --- what power

2    component are you referring to?

3              ATTORNEY LICATA:

4              Okay.

5    BY ATTORNEY LICATA:

6    Q.    So will the at-issue notebook

7    allow the batteries to be charged if

8    the power supply --- let's say the

9    output cable that is depicted in

10   figure one on HP 002159 is not the

11   correct size?

12             ATTORNEY WEINER:

13             Continuing objection to

14        form.  Go ahead, David, if you

15        understand.

16             THE WITNESS:

17             The depiction on HP

18        002519 is a mechanical drawing.

19        And so when you say the wrong

20        size, are you referring to the

21        wrong mechanical size?

22   BY ATTORNEY LICATA:

23   Q.    Sure.

24   A.    If the connecter is the wrong

25   mechanical size, and it is not to the

77

1    specifications, I could not speculate

2    as to what might occur.

3    Q.    All right.

4            ATTORNEY LICATA:

5            While we're on this,

6            I'll mark this diagram we're

7            talking about as Plaintiff's

8            Exhibit 1.

9                - - -

10          (Whereupon, Deposition

11          Exhibit Number 1, HIPRO

12          Document Bates HP002519,

13          was marked for

14          identification.)

15               - - -

16    BY ATTORNEY LICATA:

17    Q.    I would like to take your

18    attention back to the Interrogatories

19    that we were referencing earlier.

20    A.    Okay.

21    Q.    I'm looking at question 14.

22    A.    Okay.

23    Q.    So I'm looking, and it is a

24    pretty large paragraph here, but I'm

25    looking about nine lines down with the

78

1   sentence that starts with in addition.

2              ATTORNEY BETKE:

3              You said number 14, nine

4        lines down, starts with in

5        addition?

6              ATTORNEY LICATA:

7              Correct.

8              THE WITNESS:

9              Okay.

10  BY ATTORNEY LICATA:

11  Q.    Would you mind reading that

12  sentence, please?

13  A.    Go ahead.

14             ATTORNEY BETKE:

15             I think he wants you to

16        read that --- did you want him

17        to read it aloud or to himself?

18  BY ATTORNEY LICATA:

19  Q.    Can you please read it aloud,

20  please?

21  A.    From in addition to what ---?

22  Q.    To the end of the sentence,

23  yes.

24             ATTORNEY BETKE:

25             In addition ---.

79

1    THE WITNESS:

2             In addition, computer

3         software logic in both the

4         EliteBook 8730w's CPU and in

5         the battery pack which would

6         have shipped with it monitor

7         and control the battery charge

8         and discharge processes to

9         ensure these occur at safe

10        temperatures and voltages.

11   BY ATTORNEY LICATA:

12   Q.      Okay.

13        So my question is what type of

14   computer software logic is contained

15   in the battery pack that would have

16   shipped with the at-issue notebook?

17   A.      You cut off at the end, but I

18   believe you are saying ---.

19   Q.      I can repeat it.  I can repeat

20   it.  My question is what type of

21   computer software logic is contained

22   in the battery pack that would have

23   shipped with the at-issue notebook?

24   A.      There is what is referred to as

25   firmware that is programmed into the

80

1    battery controller that's inside the

2    battery pack.

3    Q.    Can you just describe what

4    exactly it is that this computer

5    software logic in the battery pack

6    that would have shipped with the

7    at-issue notebook does?

8    A.    You broke up at the beginning.

9    Could you repeat?

10                  ATTORNEY BETKE:

11                  Josh, I don't know that

12             --- I'm trying to --- I can't

13             match your mouth movements with

14             your voice, but it looks like

15             you might be looking down at

16             certain times.  And when you

17             look down, I think that's when

18             we lose you.  I'm guessing, but

19             you might want to try if you

20             can as best you can to like

21             speak forward and we'll see how

22             that goes.

23                  ATTORNEY LICATA:

24                  Okay.

25    BY ATTORNEY LICATA:

81

1    Q.      So what type of computer

2    software --- sorry, I already asked

3    you that question.

4          Can you describe what the

5    computer software logic does that is

6    contained in the battery pack that is

7    shipped with the at-issue notebook?

8    A.      High level monitor battery

9    helps communicate with the notebook

10   computer and controls the necessary

11   regulation of charge and/or safety

12   aspects of the battery.

13   Q.      Can a user of the --- let's say

14   the same model as the at-issue

15   notebook.  Can a user go on to their

16   laptop, on their screen and view this

17   information that this computer

18   software logic is interfacing with the

19   laptop?

20         And if that's a bad question,

21   let me know, but my question is can

22   the user see this information that is

23   being exchanged between the battery

24   pack and the laptop itself, the CPU?

25              ATTORNEY WEINER:

82

1          Objection to form.

2          THE WITNESS:

3          No.

4    BY ATTORNEY LICATA:

5    Q.     Did you say no?

6    A.     Not with the as-shipped

7    condition and available software.

8    Q.     For the at-issue notebook, is

9    there an alarm or a warning on the

10   screen that appears if a non-HP

11   approved battery is being used?

12   A.     I'm not sure.

13          ATTORNEY BETKE:

14          Josh, just to clarify,

15          you are asking just simply if

16          it is not approved, not if it

17          somehow malfunctions or has

18          some sort of --- trips

19          something, like that?  You are

20          just saying literally if it is

21          not an HP approved product?

22          ATTORNEY LICATA:

23          Correct.

24          THE WITNES:

25          I can't speculate on

83

1          what the non-approved battery

2          may do or how it may be ---.

3  BY ATTORNEY LICATA:

4  Q.     So I know --- forgive me,

5  because I am not near as computer

6  literate as you are, but I know if I

7  leave my iPhone out in the sun or use

8  it too long, it gives me a message

9  saying it is going to overheat or it

10 even shuts down.

11          My question is does the

12 at-issue notebook have a feature that

13 is similar to that where if it

14 overheats that it will notify the user

15 or shut down?

16                ATTORNEY WEINER:

17                Objection to form.

18                THE WITNESS:

19                Yes, it does.

20 BY ATTORNEY LICATA:

21 Q.     Can you describe that feature?

22 A.     So at a high level, that is

23 described in the Answer to the

24 Interrogatory question 14.   In

25 summary, there's active control of the

84

1    CPU utilizing fan and throttling.

2    There are also secondary controls.  If

3    the CPU were to reach a temperature

4    above the active control, it will send

5    a signal to the power supply that

6    would cut power to the notebook.

7         There are also additional

8    components, that even if the CPU

9    signal is not received, if the

10   temperature goes above a threshold, it

11   will also cut power to the notebook.

12   Q.     Okay.

13        Is it possible for the user of

14   the at-issue notebook to monitor the

15   temperature of the battery?

16   A.     I am not sure with the software

17   that was applied from the factory with

18   the at-issue notebook.

19                    ATTORNEY BETKE:

20                    The user would know

21            that, would they not?

22                    THE WITNESS:

23                    Let me make sure I

24            understood the question you

25            asked.  Can the user monitor

85

1          the battery temperature?

2    BY ATTORNEY LICATA:

3    Q.      Yeah, from the laptop itself?

4              ATTORNEY BETKE:

5              Are you asking, can they

6          take the temperature or are you

7          asking if one of the safety

8          features wouldn't work, would

9          the user know that?

10   ATTORNEY LICATA:

11   Q.      What I'm asking is if the user

12   was curious about how hot their

13   battery was, can they make a few

14   clicks on the mouse and find that

15   information out from the screen of

16   their computer?

17   A.      There is a battery utility that

18   is shipped with --- and I believe was

19   included during this timeframe ---

20   that could allow the user to read the

21   battery temperature.

22   Q.      Did you say a battery utility?

23   A.      Yes.

24   Q.      What do you mean by that?  What

25   is a battery utility?

86

1    A.      It is a software utility called

2    an HP battery check.

3    Q.      And you testified that you

4    believe that it was in the at-issue

5    notebook?

6    A.      I can't say for sure it was ---

7    if it was loaded on the software with

8    the at-issue notebook.

9    Q.      But that software existed at

10   the time that this --- the at-issue

11   notebook was manufactured?

12   A.      Yes.

13   Q.      So if that software was loaded

14   into the at-issue notebook, what

15   information could the user look at?

16   A.      It would --- I don't know

17   everything.  I know that it would show

18   the battery temperature and the

19   battery health based on the battery

20   internal assessment of itself.

21   Q.      What do you mean by battery

22   health?

23   A.      The primary indicator of

24   battery health is the number of

25   charge/discharge cycles that it's

87

1    experienced.  And the utility would
2    validate if it is --- if the remaining
3    capacity is at an acceptable level
4    based on the number of charge and
5    discharge cycles.
6    Q.    If this software was loaded
7    into the at-issue notebook, could the
8    user view the temperature of each of
9    the individual cells in the battery
10   pack that would have been shipped with
11   the notebook?
12   A.    No.
13   Q.    Same question, but what about
14   fan speed?  Can they view fan speed?
15   A.    Not with the factory provided
16   software.
17   Q.    What is a thermtrip?
18   A.    It is a term to identify if the
19   system is to be shut down because of
20   thermal --- because the temperature
21   has gone too high.
22   Q.    Could you describe how exactly
23   a thermtrip works?
24   A.    So in general system contact,
25   the thermtrip would indicate that the

88

1   CPU has gone above a certain

2   temperature, and the system should be

3   shut down to prevent overheating.

4   Q.     Does the at-issue notebook shut

5   down battery charging or limit the

6   amperage if high battery temperatures

7   are found?

8              ATTORNEY WEINER:

9              Objection to form.

10             THE WITNESS:

11             Yes.

12  BY ATTORNEY LICATA:

13  Q.     You said yes?

14  A.     Yes.

15  Q.     How does that work?

16  A.     If the battery --- I apologize.

17  Could you repeat the question, the

18  last question that you asked me?

19  Q.     Sure.  I asked does the laptop

20  shut down the battery charging or

21  limit the amperage if high battery

22  temperatures are found?

23             ATTORNEY WEINER:

24             Continuing objection.

25             THE WITNESS:

89

1          You used the term high

2      battery temperatures.

3      Generally, the notebook does

4      regulate charging or not

5      charging based on temperature

6      reported by the battery.

7  BY ATTORNEY LICATA:

8  Q.      And how does that work?

9  A.      The battery --- there is a

10  single battery temperature that is

11  reported by the battery controller to

12  the embedded controller in the

13  notebook.  If that goes above a

14  threshold, then the charging will be

15  discontinued.

16  Q.      For the battery pack that is

17  shipped with the at-issue notebook, is

18  there an acceptable range of

19  temperature that the battery should

20  operate at?

21  A.      Yes.

22  Q.      And what is that range?

23  A.      From the battery specification

24  --- so it is Bates stamped HP003116.

25  The allowable operating temperature

90

1    range is zero degrees Celsius to 45

2    degrees Celsius for charging.

3    Q.     What happens if it goes ---

4    what happens if the temperature of the

5    battery pack that is shipped with the

6    at-issue notebook goes beyond 45

7    degrees Celsius?

8    A.     The embedded controller inside

9    the notebook computer will tell the

10   charger controller to not allow

11   charging.

12   Q.     So does it --- does the

13   controller completely turns the charge

14   off or does it limit the charging?

15   A.     Based on the information I

16   have, it does not allow any charging

17   above 45 degrees.

18                    ATTORNEY LICATA:

19                    I may refer back to this

20            document, but for now I would

21            like to mark it as Plaintiff's

22            Exhibit 2, HP003116.

23                    ---

24            (Whereupon, Deposition

25            Exhibit Number 2, Form

91

1        ·        Number DC-002EA, was

2                 marked for

3                 identification.)

4                    - - -

5   BY ATTORNEY LICATA:

6   Q.       So I hate to keep moving you

7   around here, but going back to HP'S

8   Answer to Interrogatory number 14, I'm

9   looking one, two, three, four, five,

10  six, seven lines up from the bottom, a

11  sentence that starts, an operating

12  system based.

13  A.       Okay.

14  Q.       So that line --- that sentence

15  says an operating system based, quote,

16  critical shutdown, end quote, function

17  will cause the system to turn off even

18  in the event the aforementioned safety

19  features are nonfunctional.

20           Did I read that correct?

21  A.       Yes.

22  Q.       So critical shutdown is in

23  quotations.  Can you describe what

24  that critical shutdown function is?

25  A.       So what's being described here

92

1    is still in the operating system and

2    the aforementioned safety features are

3    referring to the active thermal

4    management of the CPU throttling and

5    fan.

6              So the critical shutdown

7    function would put the system into ---

8    it would put it into I believe a

9    forced state, hibernation state which

10   would --- a forced state, hibernation

11   state, which would save the ram to

12   hard drive and turn off the power.

13   Q.       And that critical shutdown

14   function is activated once the other

15   safety features become nonfunctional?

16   A.       If it were to reach a threshold

17   beyond indicating the aforementioned

18   controls were not successful.

19   Q.       So on the next paragraph it

20   reads, further answering, the

21   EliteBook 8730w shipped with a battery

22   pack which contains design features to

23   monitor and control temperature,

24   voltage and current to ensure the

25   lithium ion battery cells charge and

93

1    discharge within safe ranges.

2            Did I read that correctly?

3    A.      Yes.

4    Q.      So when you reviewed the

5    pictures and other information you may

6    have reviewed regarding the battery

7    pack that Mr. Power was using on the

8    day of the incident, did you see any

9    of the same design features that

10   monitor and control temperature,

11   voltage and current that are

12   referenced in this part of the answer

13   to Interrogatory 14?

14   A.      There's --- from the pictures

15   that were provided, there's no way to

16   determine if those features were

17   present or not.

18   Q.      Why is that?

19   A.      I guess a few reasons.  One,

20   you would have to look at the control

21   board.  And then, two, there would be

22   no way to physically identify whether

23   all of those features were present,

24   because they are also part of firmware

25   that are programmed into the

94

1    controller ID.

2                    ATTORNEY BETKE:

3                    Josh, just to make it

4            clear, he looked at --- what he

5            referred to was a very limited

6            universe of photographs not

7            like all of the photographs

8            that were taken by our experts.

9            He did not review those.

10                   ATTORNEY LICATA:

11                   Okay.

12                   ATTORNEY BETKE:

13                   It is a --- I don't know

14           in my head what is in those

15           photographs, that batch, but he

16           is looking at a discrete

17           universe of photographs.

18                   ATTORNEY LICATA:

19                   Okay.

20   BY ATTORNEY LICATA:

21   Q.     Can you identify all warnings

22   and instructions that were contained

23   on the battery pack that would have

24   been shipped with the at-issue

25   notebook?

95

1    A.      I cannot provide all of them,

2    because I don't have a picture of the

3    at-issue --- of the battery pack that

4    was shipped with the at-issue

5    notebook.  However, we do have a label

6    that states replace with HP spares.

7    Q.      I'm sorry.  Can you repeat the

8    last part that you said?  I missed it.

9    A.      There's a marking on the label

10   that states replace with HP spares.

11   Q.      Are you looking at a picture of

12   a label right now?

13   A.      I am not sure if that was

14   included in the documentation or not.

15   Q.      Are there any other warnings

16   and instructions that you can think of

17   off the top of your head that were

18   contained on the battery pack that

19   would have been shipped with the at-

20   issue notebook?

21              ATTORNEY BETKE:

22              You are saying on the

23      battery pack?

24              ATTORNEY LICATA:

25              Correct.

Sargent's Court Reporting Service, Inc.
(814) 536-8908

96

1    THE WITNESS:

2         I believe there's a

3    warning that says do not

4    dispose of it in fire.  I would

5    have to get the labels located

6    to give you any others.

7         ATTORNEY BETKE:

8         Josh, why don't we go

9    ahead?  I'll make a note and

10   take a little break and see if

11   he can find the labels and come

12   back to that.  Is that okay?

13        ATTORNEY LICATA:

14        Fine with me.

15        ATTORNEY BETKE:

16        Why don't you --- unless

17   you feel like you have it right

18   there.  If you can't read it,

19   we'll note what the page is.

20        THE WITNESS:

21        I can give you the Bates

22   stamp page label.

23        ATTORNEY LICATA:

24        Sure.

25        THE WITNESS:

97

1          HP003134 for the

2      instruction labels, and then

3      the HP CTP label is HP003135.

4          ATTORNEY LICATA:

5          Do you still want to

6      take a break or keep going?

7          THE WITNESS:

8          I'm sorry?

9          ATTORNEY LICATA:

10         Did you guys still want

11     to take a break or keep going?

12         ATTORNEY BETKE:

13         I was actually just

14     looking at the clock and

15     thinking it might be time to

16     take a quick bathroom break,

17     probably as good a time as any.

18     Take a quick break.

19              - - -

20  (WHEREUPON, A SHORT BREAK WAS TAKEN.)

21              - - -

22  BY ATTORNEY LICATA:

23  Q.    So for the power for the

24  adapter here, the one that is shipped

25  with the at-issue notebook, are there

98

1    any other manufacturers of any of the

2    parts of that adapter other than what

3    we discussed today already which I

4    believe was HIPRO?

5    A.     When you say are there any

6    other manufacturers, are you asking

7    for ones shipped with the specific at-

8    issue notebook or that were qualified

9    to ship?

10   Q.     I guess I'm not quite sure what

11   that distinction is.  What do you mean

12   by qualified to ship as opposed to

13   shipped?

14   A.     So the at-issue adapter, at

15   issue on both, shipped with a single

16   HIPRO adapter.  And so is your

17   question, were there other suppliers

18   other than HIPRO that were qualified

19   to ship with this model of notebook?

20   Q.     Okay.

21          So how many other models of

22   chargers were qualified to be used

23   with this at-issue notebook?

24              ATTORNEY BETKE:

25              Give me one second.

99

1    ATTORNEY WEINER:

2     Hey, David and Chris, if

3  it helps, I think what you are

4  looking for is Answer to

5  Interrogatory number 10 and the

6  attached Exhibit A to it.

7    ATTORNEY BETKE:

8     Yeah.  I think that's

9  just going to speak to the

10  actual, the one at-issue.  I

11  thought, for some reason, the

12  Interrogatory Answers discussed

13  other qualified manufacturers,

14  but I think it might have been

15  in a document response.  And

16  I'm referring to this document

17  that David, I think, now has in

18  front of him ---.

19    ATTORNEY WEINER:

20     Okay.

21    ATTORNEY BETKE:

22     I probably delayed him

23  actually.

24    THE WITNESS:

25     So you are asking other

100

1           than HIPRO, is there another
2           supplier qualified ---?
3    BY ATTORNEY LICATA:
4    Q.     Qualified, yeah, that's
5    qualified to be shipped with the
6    at-issue notebook?
7    A.     Yes.
8    Q.     And then I asked how many other
9    power cords and adapters were
10   qualified to ship with the at-issue
11   notebook?
12   A.     I know you are asking power
13   cords, which is a trick question.
14   Q.     Oh, okay.
15          Well, my apologies.  I'm not
16   trying to trick you.  Just the adapter
17   then.
18   A.     Lite-On is also qualified as an
19   adapter.
20   Q.     Can you repeat --- what was
21   that name?
22   A.     Lite-On, L-I-T-E dash O-N.
23   Q.     Are you referencing a certain
24   Bates stamp number right now?
25   A.     I am.

101

1    Q.    Can you just tell me which one

2    that is?

3    A.    HP002317.

4    Q.    Are you finished answering?

5    A.    Yes.  Yes.  Sorry.  That is the

6    only other supplier of adapters ---

7    Q.    Okay.

8    A.    --- that was qualified to ship

9    with the at-issue notebook.

10   Q.    When these qualified adapters

11   are shipped with the at-issue

12   notebook, is HP'S logo put on them

13   prior to them being shipped?

14   A.    Yes.

15   Q.    Has the HP --- or has the

16   battery pack that would have been

17   shipped with the at-issue notebook

18   ever been recalled?

19   A.    I'm sorry.  Could you repeat

20   that?

21   Q.    Sure.  Has the battery pack

22   that would have been shipped with the

23   at-issue notebook ever been recalled?

24   A.    Not that I'm aware, no.

25   Q.    Has the adapter that would have

1    been shipped with the at-issue

2    notebook ever been recalled?

3    A.    Not that I'm aware of, no.

4    Q.    Has the at-issue notebook, the

5    same model as that notebook, has that

6    ever been recalled?

7    A.    No.

8    Q.    Do you know if the model

9    at-issue notebook is still sold today?

10   Strike that.  Bad question.

11          Can --- the battery pack that

12   would have been shipped with the

13   at-issue notebook, can it be used in

14   other brands of laptops?

15                    ATTORNEY WEINER:

16                    Objection.  It goes

17          beyond the scope of the notice.

18                    ATTORNEY LICATA:

19                    I mean, I would say

20          number three puts it in that

21          scope, but are you going to say

22          for him not to answer?

23                    ATTORNEY BETKE:

24                    Josh, how about this?

25          I'll allow him to answer to his

103

1    knowledge, but it won't be a

2    30(b)(6) response.  Is that a

3    fair compromise?

4          ATTORNEY LICATA:

5          That's fair.

6          ATTORNEY BETKE:

7          Okay.  Go ahead.

8          THE WITNESS:

9          I couldn't speculate

10   that it would fit mechanically

11   or work, function electrically

12   with anything other than this

13   particular notebook.

14   BY ATTORNEY LICATA:

15   Q.    One of the topics we requested

16   that we talk about today is number 16,

17   safety testing of the subject laptop

18   battery pack and cells.  Can you

19   describe the safety testing of the

20   cells of the subject battery pack?

21         ATTORNEY BETKE:

22         Sorry.  You left out

23   like every other word.  We

24   could probably guess the

25   question, but obviously you

104

1    don't want us to guess the

2    question.  Could you

3    please ---?

4              ATTORNEY LICATA:

5              Sure.

6    BY ATTORNEY LICATA:

7    Q.    One of the topics we asked you

8    to review today was number 16, the

9    safety testing of the subject laptop

10   battery pack and cells.  My question

11   was, can you describe the process of

12   safety testing for the cells of the

13   battery pack that would have been sold

14   or shipped with the subject laptop?

15             ATTORNEY BETKE:

16             Just remember what I was

17        saying about design and

18        manufacture, that there may be

19        two separate categories on

20        that.  So if you want him to do

21        both, he'll do the best he can.

22        But I just wanted to be ---

23        it's important that you and he

24        are on the same page in that

25        regard.

105

1 ATTORNEY LICATA:

2 Correct.

3 BY ATTORNEY LICATA:

4 Q. Let's go with design, because I

5 believe you testified HP is involved

6 with the design part of it, so we'll

7 go with the design.

8 A. Yeah.  So we require that the

9 pack go through 6950 testing, and

10 there is additional cell level safety

11 testing that is done.

12 ATTORNEY BETKE:

13 UL6950.

14 THE WITNESS:

15 UL6950, and there --- I

16 don't know if I have the cell

17 level safety support number.

18 ATTORNEY BETKE:

19 Why don't you just tell

20 him who does the testing?  We

21 can figure out the standard

22 later.

23 THE WITNESS:

24 Okay.

25 So at a high level, the

106

1       pack cell suppliers do their

2       own internal testing.  HP

3       requires a third party validate

4       and go through the industry

5       standard 6950 and 1642 testing

6       that cell level.  Does that

7       answer your question?

8   BY ATTORNEY LICATA:

9   Q.      Yeah.  So I'm just going to

10  switch gears a little bit here, but

11  --- well, let me make sure here.  Are

12  you aware that there are battery packs

13  and cells that are not approved for

14  use by HP that can fit into the

15  at-issue laptop?

16              ATTORNEY WEINER:

17              Objection to form.

18              THE WITNESS:

19              You asked if I am aware

20      that there are battery packs

21      and/or cells that would fit ---

22      I'm sorry.  Could you repeat

23      the question?

24  BY ATTORNEY LICATA:

25  Q.      Sure.  Are you aware that there

107

1    are battery packs and cells that are

2    not approved by HP that can fit into

3    the at-issue laptop?

4              ATTORNEY WEINER:

5              Continuing.

6              THE WITNESS:

7              Yes, I am aware.

8    BY ATTORNEY LICATA:

9    Q.    Are you aware that there are

10   hundreds of manufacturers of batteries

11   out there where they make batteries

12   that can fit into HP products?

13             ATTORNEY WEINER:

14             Objection to form.

15             THE WITNESS:

16             I'm not aware of a

17        number of, a quantity of

18        manufacturers.

19   BY ATTORNEY LICATA:

20   Q.    I'm not asking for a specific

21   number, but you are aware that there's

22   a lot of them.

23        Correct?

24             ATTORNEY WEINER:

25             Continuing.

108

1  THE WITNESS:

2  I won't speculate.

3  There's likely more than one,

4  yes.

5  BY ATTORNEY LICATA:

6  Q.    Does Hewlett-Packard in the

7  manufacturing of their product ---

8  manufacturers and designers of their

9  product --- design their laptops,

10  specifically the at-issue notebook,

11  knowing that their consumers may

12  possibly purchase battery packs that

13  are non-HP approved?

14  ATTORNEY WEINER:

15  Objection to form.

16  ATTORNEY BETKE:

17  I'm going to allow him

18  to testify on his personal

19  knowledge, but the choices made

20  by consumers is not a category

21  in the deposition notice.  And

22  I don't think David really has

23  any particular knowledge about

24  the choices made by consumers.

25  So I'll let him --- he is

109

1    sitting here.  I'll let him

2    testify to his personal

3    knowledge, but can we agree

4    that it is not binding on the

5    corporation?  It is not a

6    30(b)(6) response.

7                ATTORNEY LICATA:

8                Well, I'm not --- here

9    is the thing.  I'm not

10   necessarily asking whether they

11   have knowledge that consumers

12   actually do that.  I'm just

13   wondering if HP designs their

14   products with that assumption

15   in mind, that their consumers

16   may do that.  I think there's a

17   distinction there, but ---.

18               ATTORNEY BETKE:

19               Are you still asking him

20   about his knowledge about what

21   consumers may do?  I'm not

22   really sure I understand it.

23               Do you want to take a

24   break and discuss it to see if

25   --- let's go off the record for

110

1      a moment.

2              ATTORNEY LICATA:

3              Okay.  You guys can

4      discuss.  I'll leave.

5                   - - -

6  (WHEREUPON, A SHORT BREAK WAS TAKEN.)

7                   - - -

8              ATTORNEY BETKE:

9              Go ahead.

10             THE WITNESS:

11             To answer that last

12     question, we design the

13     notebook to interact

14     specifically with HP approved

15     battery packs.  And I can't

16     speculate or comment on what

17     the behavior would be beyond

18     that.

19  BY ATTORNEY LICATA:

20  Q.     Okay.

21         What software inputs are

22  received by the CPU from the battery

23  pack that would have been shipped with

24  the at-issue notebook?

25             ATTORNEY WEINER:

111

1          Objection to form.

2          THE WITNESS:

3          Are you asking

4     specifically what would have

5     been received by the CPU or

6     just in general by the

7     notebook?

8     BY ATTORNEY LICATA:

9     Q.     Let's start with in general and

10    we may go to specifics, but let's

11    start with in general.

12    A.     So the communication between

13    the battery controller in the system

14    is handled by the embedded controller

15    in the notebook, which is a

16    subcomponent.  It is not the CPU.

17    Q.     Okay.

18    A.     So what specific about that

19    communication are you asking about?

20    Q.     Well, the communication from

21    the battery that I am more interested

22    in is voltage and temperature that the

23    battery would communicate with the

24    CPU?

25          ATTORNEY WEINER:

112

1          Object to the form.  Do

2    you understand what he is

3    asking, David?

4          THE WITNESS:

5          So are you asking for

6    battery current, voltage,

7    temperature, how that is

8    communicated, what specifics

9    --- I'm not ---.

10   BY ATTORNEY LICATA:

11   Q.     What specifically is --- I'm

12   sorry.  I didn't mean to cut you off.

13   What specifically is communicated

14   regarding those measurements?

15   A.     Well, at a high level, the

16   current status of the temperature is

17   reported and s request for a

18   particular charge current and charge

19   voltage is requested from the battery

20   controller or notebook.

21   Q.     Okay.

22          Regarding the battery pack that

23   would have been shipped with the

24   at-issue notebook, does HP have a

25   recommendation as to how long those

113

1  battery packs last?

2  A.     In terms of charge cycles or

3  warranty, I believe --- I don't have

4  the warranty details of the particular

5  notebook.

6          However, we sell one and three

7  year warranties.  I believe this

8  particular warranty most likely would

9  have been a three year warranty for

10 the system and a one year warranty for

11 the battery.

12 Q.     And you mentioned charge

13 cycles.  Does HP have a number of

14 charge cycles after which they

15 recommend you replace the battery,

16 speaking about the specific battery

17 that is shipped with the at-issue

18 notebook?

19 A.     We do have a recommendation.

20 I'm not sure if we have that document.

21 Q.     I hate to ask you to

22 approximate, but do you have an

23 educated guess as to how many cycles

24 that is?

25          ATTORNEY BETKE:

114

1           Objection to the form,

2       but you can go ahead and do it.

3           Michael can object.  I'm

4       sorry.  I can't help myself,

5       Josh.

6           ATTORNEY LICATA:

7           That's all right.

8       That's all right.

9           ATTORNEY BETKE:

10          Go ahead.  You can go

11      ahead and answer it.

12          THE WITNESS:

13          I don't have the

14      document with me.  I believe it

15      is roughly 300 charges per

16      cycle.

17          ATTORNEY WEINER:

18          David, my understanding

19      of the question is Josh is

20      asking you for your own

21      personal knowledge not on

22      behalf of HP.

23          ATTORNEY LICATA:

24          Right, that's fine.

25          ATTORNEY WEINER:

115

1          Correct.

2          ATTORNEY LICATA:

3          I just want to know

4     since we don't have the

5     document if he has an educated

6     guess and that's fine.  It

7     doesn't have to be binding on

8     the 30(b)(6).

9  BY ATTORNEY LICATA:

10  Q.     So you mentioned there's a one

11  year warranty on the battery that

12  would ship with the at-issue notebook.

13  If the battery fails within that one

14  year, does HP replace that battery

15  free of charge?

16  A.     Yes.

17  Q.     And do you know what the

18  requirements to meet the terms of that

19  one year warranty are?

20          ATTORNEY WEINER:

21          Object to form.

22  BY ATTORNEY LICATA:

23  Q.     I can be more specific.  Does

24  the battery have to not be able to

25  retain any charge at all?  Does it

116

1    have to be at 20 percent of its full

2    power or whatever it is?  You know,

3    you mentioned the battery health

4    earlier.  Is there a certain criteria

5    that a user has to meet in order to

6    get that one year warranty and have HP

7    replace it for free?

8    A.     I'm not aware of the details to

9    validate a specific warranty, approved

10   or not.

11   Q.     Do you know what VDC stands

12   for?

13   A.     Just to clarify, you said

14   victor bravo charley?

15   Q.     Victor delta charley.

16   A.     No.  I can't say that I do.  It

17   may help with the context.

18   Q.     Okay.

19          So what if I represented to you

20   that the at-issue notebook could

21   operate at 18.5 VDC at 120 watts?

22   A.     Oh, voltage DC.

23   Q.     Okay.

24          So if I represented to you that

25   the at-issue notebook could operate at

1  18 and a half VDC at 120 watts or 19

2  and half VDC at 150 watts, can the

3  batteries themselves also run at that

4  VDC?

5                    ATTORNEY WEINER:

6                    Object to the form.

7                    THE WITNESS:

8                    No.

9  BY ATTORNEY LICATA:

10  Q.      Why not?

11  A.      The VDC you referenced

12  previously was the direct output of

13  the adapter into the notebook and

14  there's not a direct linkage from that

15  to the battery.

16  Q.      Okay.

17          And although you may have

18  testified to this before, why isn't

19  there a direct linkage between the

20  adapter and to the battery?

21  A.      Because the charging voltage

22  and current has to be carefully

23  controlled.  There are --- there's a

24  battery charger sub-system within the

25  notebook computer that controls the

118

1    current and voltage to the battery

2    pack as the communicated levels have

3    been identified by the EC in the

4    notebook.

5                    ATTORNEY LICATA:

6                    While I'm thinking, I'm

7            going to mark the

8            Interrogatories as Plaintiff's

9            Exhibit 3.

10                       - - -

11                   (Whereupon, Deposition

12                   Exhibit Number 3,

13                   Defendant's Answers to

14                   Plaintiff's

15                   Interrogatories, was

16                   marked for

17                   identification.)

18                       - - -

19                   ATTORNEY LICATA:

20                   And I referenced the

21           Notice, so I'll mark that as 4.

22                       - - -

23                   (Whereupon, Deposition

24                   Exhibit Number 4,

25                   Amended Notice of

119

1          Deposition, was marked

2          for identification.)

3                - - -

4          ATTORNEY BETKE:

5          Did you say

6     Interrogatory three?

7          ATTORNEY WEINER:

8          No.  He's marking the

9     Interrogatories as Plaintiff's

10    3 and the Deposition Notice as

11    Plaintiff's Exhibit 4.

12         ATTORNEY BETKE:

13         All right.

14         I was responding to an

15    email someone sent me when you

16    said that.

17         ATTORNEY LICATA:

18         We're all guilty of that

19    at some point.

20 BY ATTORNEY LICATA:

21 Q.     Are you aware that there was

22 surveillance video that captured this

23 incident on camera?

24 A.     I heard there was a video

25 provided.  I'm not privy to that.

120

1    Q.       Okay.

2             Did you happen to read Mr.

3    Power's deposition transcript?

4    A.       I'm not sure ---.

5                      ATTORNEY BETKE:

6                      No, that is not part of

7             our stuff.

8                      ATTORNEY LICATA:

9                      Okay.

10                     ATTORNEY BETKE:

11                     I only interjected

12            because he was looking at some

13            of our discovery responses,

14            Josh.  I'm not sure if you saw

15            that, but --- it is not in our

16            discovery response.

17                     ATTORNEY LICATA:

18                     Okay.

19                     Well, I'm winding down,

20            so if you have any questions

21            that's fine.  I'm just going to

22            take a few minutes to look over

23            everything to see if I'm ---.

24                     ATTORNEY BETKE:

25                     Do you want to take a

121

1          few minutes to look at your

2          notes and then we'll come back?

3                    ATTORNEY LICATA:

4                    Sure, yeah, unless you

5          guys have anything.

6                    ATTORNEY BETKE:

7                    We're not going to.

8                    ATTORNEY WEINER:

9                    No, no questions.

10                    ATTORNEY LICATA:

11                    All right.  Let me take

12          a look at this.

13                    - - -

14    (WHEREUPON, A SHORT BREAK WAS TAKEN.)

15                    - - -

16    BY ATTORNEY LICATA:

17    Q.    I have just a couple questions.

18    and they're both referencing

19    Plaintiff's Exhibit 3, which is HP'S

20    Answers to Plaintiff's

21    Interrogatories.

22          Number 14, last paragraph,

23    three lines down there's a sentence

24    that starts with, in addition, HP

25    tests.  Let me know when you see that?

122

1    A.      You did say number 14?

2    Q.      Third paragraph, three lines

3    down on the third paragraph, it starts

4    with, in addition, HP tests?

5    A.      Yeah.

6                    ATTORNEY BETKE:

7                    You got it.

8    BY ATTORNEY LICATA:

9    Q.      It says, in addition, HP tests

10   lithium ion battery cells by

11   overcharging cells at various voltages

12   to ensure they will fail safely and in

13   a benign manner.

14           Did I read that correctly?

15   A.      Yes.

16   Q.      So can you describe or can you

17   tell me to what degree these cells are

18   overcharged?  Can you just give me a

19   voltage?

20   A.      I don't know off the top of my

21   head.  It may be listed in the spec or

22   the --- as well as the UL standard

23   parameters, but I don't have that at

24   hand.

25   Q.      Okay.

123

1    A.      Do you need us to find that?

2    Q.      Well, I'm looking at what we

3    marked as Plaintiff's Exhibit 2, which

4    is Bates stamp HP003116.  And it lists

5    a maximum charge current and a maximum

6    charge voltage.

7    A.      All right.

8            That's for the pack.

9    Q.      That's for the pack, not

10   necessarily the individual cells?

11   A.      Right.  And it is not

12   representative of the safety testing

13   parameters.

14   Q.      Also, at the very end ---

15   Interrogatory 14 at the very end of

16   the first paragraph, it mentions that

17   the EliteBook's housing is also made

18   of UL 94 V-0 rated plastic, which is

19   self-extinguishing and will not

20   sustain combustion.  Do you see that?

21   A.      Yes.

22   Q.      Do you know who makes that

23   plastic?

24   A.      No, I do not know the supplier.

25   There's typically several suppliers

124

1    that are qualified for the chassis

2    plastic, and it is not something that

3    is tracked in the database.

4    Q.    And you are saying if I wanted

5    to find what these battery cells are

6    overcharged to, it is somewhere in the

7    specs of the cells themselves?

8    A.    It would be in the parameters

9    of the test, the overcharge test,

10   which is in the UL specification,

11   16.2.

12                   ATTORNEY LICATA:

13                   Okay.

14                   I have nothing further.

15             Thank you very much.

16                   ATTORNEY BETKE:

17                   Okay.

18                   Thank you.  We want to

19             do a little housekeeping real

20             quick with you, Josh.

21                   ATTORNEY LICATA:

22                   Sure.

23   (WHEREUPON, AN OFF RECORD DISCUSSION

24   WAS HELD.)

25                      - - -

125

1                    *   *   *   *   *   *   *   *

2        D E P O S I T I O N   C O N C L U D E D   A T   1 : 2 7   P . M .

3                    *   *   *   *   *   *   *   *

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

126

COMMONWEALTH OF PENNSYLVANIA  )

COUNTY OF INDIANA             )

                    CERTIFICATE

        I, Lacey C. Scott, a Notary Public in

and for the Commonwealth of Pennsylvania, do

hereby certify:

        That the witness, David Pipho, whose

testimony appears in the foregoing deposition,

was duly sworn by me on 11-27-18 and that the

transcribed deposition of said witness is a

true record of the testimony given by said

witness;

        That the proceeding is herein recorded

fully and accurately;

        That I am neither attorney nor counsel

for, nor related to any of the parties to the

action in which these depositions were taken,

and further that I am not a relative of any

attorney or counsel employed by the parties

hereto, or financially interested in this

action.

Dated the 8th day of December, 2018

Commonwealth of Pennsylvania - Notary Seal
Lacey C Scott, Notary Public
Cambria County
My Commission Expires June 8, 2022
Commission Number 1189278

_Lacey C. Scott_

Lacey Scott, Court Reporter

Sargent's Court Reporting Service, Inc.
(814) 536-8908

**A**

**a.m** 2:13
**able** 115:24
**Absolutely**
  41:20
**AC** 67:23
  75:7
**acceptable**
  87:3 89:18
**accurately**
  126:14
**action**
  126:17,21
**activated**
  92:14
**active** 83:25
  84:4 92:3
**actual** 99:10
**adapter**
  57:25 58:7
  58:14,15
  58:18
  59:14,17
  59:22,24
  60:24 61:8
  61:16,22
  62:1,10
  63:5,8,11
  63:17
  64:16
  66:16,20
  67:8,11,13
  67:21,23
  68:9,14
  69:13
  70:19
  72:13 74:9
  74:19 75:5
  75:7,16
  97:24 98:2
  98:14,16
  100:16,19
  101:25
  117:13,20
**adapters**
  100:9
  101:6,10
**addition**
  78:1,5,21
  78:25 79:2

121:24
122:4,9
**additional**
  84:7
  105:10
**address** 8:20
  8:21,22
  9:2
**advanced**
  11:23 12:1
  13:22 14:2
**aforemen...**
  91:18 92:2
  92:17
**agency** 1:25
**agree** 109:3
**agreed** 7:3
  51:15 52:7
**ahead** 25:11
  28:24
  48:17
  62:18
  71:15,16
  76:14
  78:13 96:9
  103:7
  110:9
  114:2,10
  114:11
**Alan** 7:21
**alarm** 82:9
**allow** 76:7
  85:20
  90:10,16
  102:25
  108:17
**allowable**
  89:25
**aloud** 78:17
  78:19
**Amended** 5:11
  21:25
  118:25
**amount** 16:21
  20:4,8
  69:14
**amperage**
  88:6,21
**amps** 54:9
  63:25

**and/or** 81:11
  106:21
**answer** 8:10
  22:17 28:2
  53:3 55:20
  59:6 61:20
  66:13
  74:12
  83:23 91:8
  93:12 99:4
  102:22,25
  106:7
  110:11
  114:11
**answering**
  8:18 41:12
  41:13,14
  41:15
  92:20
  101:4
**Answers** 5:8
  57:16
  99:12
  118:13
  121:20
**anyway** 34:8
**apologies**
  100:15
**apologize**
  28:1 38:24
  74:14
  88:16
**apparently**
  51:22
**appears** 61:1
  82:10
  126:8
**applied** 11:4
  84:17
**appreciate**
  52:1 56:4
**appropriate**
  18:25 75:8
**approved**
  27:15
  28:15
  82:11,16
  82:21
  106:13
  107:2

108:13
110:14
116:9
**approximate**
  113:22
**approxim...**
  10:19 16:2
  16:6
**artifact**
  29:5,8
  34:11
  46:20
  56:20
  57:25
  58:14,18
  59:14,15
**as-shipped**
  82:6
**aside** 71:23
**asked** 42:8
  62:7 81:2
  84:25
  88:18,19
  100:8
  104:7
  106:19
**asking** 8:16
  24:17
  28:19
  40:16 41:4
  41:23
  45:15,17
  45:18
  46:11
  66:20
  69:11,15
  70:12
  71:18 72:1
  72:4 74:18
  82:15 85:5
  85:7,11
  98:6 99:25
  100:12
  107:20
  109:10,19
  111:3,19
  112:3,5
  114:20
**aspects**
  81:12

108:13
**assembled**
  12:5
**assembly**
  30:24 31:4
  37:13
**assessment**
  86:20
**Associate's**
  11:4
**assumption**
  109:14
**at-** 26:12
  44:24
  95:19 98:7
**at-issue**
  26:15,20
  26:24
  28:11,20
  29:14,16
  30:7,16,20
  31:7,14
  32:8 33:3
  33:22
  34:23
  35:10,22
  36:13,19
  38:9,16
  39:6,13,20
  42:17
  43:23 44:3
  44:19 45:4
  45:10 46:7
  46:25
  47:16,21
  51:7 53:25
  54:12
  59:18,23
  61:9,17
  62:3,11
  63:6,8,12
  63:18 64:7
  66:17,22
  70:24 71:3
  72:21 73:3
  75:17 76:6
  79:16,23
  80:7 81:7
  81:14 82:8
  83:12
  84:14,18

47:19,20
47:22
48:10,23
50:23,24
51:2,6,8
52:23
53:24
54:11 55:9
58:23
59:16 79:5
79:7,15,22
80:1,2,5
81:6,8,12
81:23
82:11 83:1
84:15 85:1
85:13,17
85:21,22
85:25 86:2
86:18,19
86:19,21
86:24 87:9
88:5,6,16
88:20,21
89:2,6,9
89:10,11
89:16,19
89:23 90:5
92:21,25
93:6 94:23
95:3,18,23
101:16,21
102:11
103:18,20
104:10,13
106:12,20
107:1
108:12
110:15,22
111:13,21
111:23
112:6,19
112:22
113:1,11
113:15,16
115:11,13
115:14,24
116:3
117:15,20
117:24

118:1
122:10
124:5
**beginning**
2:12 51:13
80:8
**behalf** 2:3
114:22
**behavior**
48:9
110:17
**believe** 15:2
22:2 29:14
54:3 56:11
56:14 57:4
62:14
73:15
79:18
85:18 86:4
92:8 96:2
98:4 105:5
113:3,7
114:14
**bend** 68:24
70:2,3
**benign**
122:13
**Bennett** 3:10
**bent** 70:15
72:5
**best** 8:8
80:20
104:21
**Betke** 3:15
3:16 6:9
25:9 27:10
28:25
29:21 30:1
33:6,14
35:12 36:9
36:21 37:3
37:16
40:21 42:2
48:3,11
49:2,6,10
49:17,22
50:18
51:21
52:11 53:2
53:10 55:2

55:16,24
56:13 57:9
58:20 59:3
60:3,8,13
61:24
62:13 64:2
64:23
65:13 71:6
71:21
74:11
75:20 78:2
78:14,24
80:10
82:13
84:19 85:4
94:2,12
95:21 96:7
96:15
97:12
98:24 99:7
99:21
102:23
103:6,21
104:15
105:12,18
108:16
109:18
110:8
113:25
114:9
119:4,12
120:5,10
120:24
121:6
122:6
124:16
**better** 14:15
15:6
**beyond** 32:18
34:1,7
45:25 90:6
92:17
102:17
110:17
**binding**
109:4
115:7
**bit** 9:11
33:16 56:7
106:10

**board** 14:6
14:15
47:18
93:21
**boards** 13:8
14:4,12
**Boston** 3:18
**bottom** 91:10
**brand** 26:5
**brands** 33:4
33:24
102:14
**bravo** 116:14
**break** 64:20
65:4,12,15
65:20
96:10 97:6
97:11,16
97:18,20
109:24
110:6
121:14
**breaking**
51:23
**Bricklin**
3:10
**bring** 65:6
**broad** 24:17
**broader** 55:4
**broke** 9:10
14:20 33:7
33:13,15
43:25
63:14 80:8
**building**
12:8
**built** 12:9
**bulk** 21:20
**bus** 12:15
————————
————— C —————
**C** 2:6 3:1
7:9 126:4
**cable** 66:12
76:9
**call** 29:8
40:7
**called** 7:12
17:19 67:8
86:1

**camera** 12:6
119:23
**can't** 8:5
34:4 55:19
64:8,12
80:12
82:25 86:6
96:18
110:15
114:4
116:16
**capacity**
19:2,10
87:3
**captured**
119:22
**care** 51:24
**carefully**
117:22
**cart** 23:25
**case** 1:6
26:13,21
26:24
38:20
39:25
47:19
**casing** 25:21
25:23 26:3
**categories**
55:18
104:19
**category**
55:4 59:4
108:20
**caught** 29:3
**cause** 18:21
91:17
**cell** 45:6
46:13,17
105:10,16
106:1,6
**cells** 25:22
26:2,6,8
31:5 35:3
36:3,4,6
44:14
46:14,16
47:22
50:24 87:9
92:25

controlled
117:23
controller
32:17,22
32:24
44:13 47:6
47:13
73:20 75:4
80:1 89:11
89:12 90:8
90:10,13
94:1
111:13,14
112:20
controls
81:10 84:2
92:18
117:25
copper 68:18
cord 70:1
cords 100:9
100:13
corporation
12:25 13:3
15:24
38:25 39:3
40:1 109:5
correct
13:19
14:24
23:20
25:24,25
31:3 36:16
37:15
38:18
41:21
42:19,22
49:5,16,21
51:20
55:23
60:25
62:20
66:23
70:11,17
71:1 72:17
72:18
75:19
76:11 78:7
82:23
91:20

95:25
105:2
107:23
115:1
correctly
93:2
122:14
Coughlin
3:16
couldn't
44:8 103:9
counsel 3:7
3:13,19
7:4 21:8
51:15 52:7
126:15,19
COUNTY 126:2
couple
121:17
court 1:1
2:7 52:4
52:15
65:22
126:25
Cox 2:10 3:4
CPU 75:14
79:4 81:24
84:1,3,8
88:1 92:4
110:22
111:5,16
111:24
create 14:8
created 14:9
14:12
creating
14:5
criteria
116:4
critical
91:16,22
91:24 92:6
92:13
cross 55:10
CT 23:9,25
CTP 63:9
97:3
curious
85:12
current 8:20

44:13
45:14,16
45:20 47:1
47:4,7,11
47:23,25
50:25 54:8
67:19,24
68:11
72:16
92:24
93:11
112:6,16
112:18
117:22
118:1
123:5
Curriculum
18:2
curve 42:5
custom 12:13
customer
17:20,21
18:6,19
cut 79:17
84:6,11
112:12
cycle 114:16
cycles 86:25
87:5 113:2
113:13,14
113:23

_____
D
_____

D 4:1 7:9
19:16
damaged
73:11
dash 100:22
database
124:3
databases
23:11
Dated 126:22
David 1:13
2:3 4:3
7:11,21
21:5 22:17
29:23
31:25
51:11 55:3

71:16
76:14 99:2
99:17
108:22
112:3
114:18
126:7
day 29:7
32:3 93:8
126:22
DC 67:20
116:22
DC-002EA 5:7
91:1
deal 37:7
debug 13:8
13:16
17:23
debugging
16:21
December
126:22
default
70:21
Defendant
1:10 3:13
3:19 57:24
Defendant's
5:8 118:13
define 68:5
degree
122:17
degrees 90:1
90:2,7,17
delayed
99:22
deliver
67:19
delta 116:15
department
43:2
depicted
66:8 69:3
76:9
depiction
76:17
deposition
1:12 2:1
5:12 7:23
20:16

21:10,25
50:1 77:10
90:24
108:21
118:11,23
119:1,10
120:3
125:2
126:8,10
depositions
126:17
describe
14:10
16:12
18:15
44:10
45:19 46:2
48:8 54:10
54:14
58:15 71:2
80:3 81:4
83:21
87:22
91:23
103:19
104:11
122:16
described
40:20 41:2
42:7,10
43:6 46:4
68:8 83:23
91:25
describes
41:1
DESCRIPTION
5:4
design 15:25
16:4,10
17:14 31:1
31:2 35:8
35:24 36:2
36:4,23
37:8 38:1
38:22
39:14,19
40:6 41:3
41:12,13
42:10,15
48:4,7,16

**event** 91:18
**exact** 44:8
  62:24
**exactly** 80:4
  87:22
**EXAMINATION**
  4:4 7:16
**examined**
  46:18
**example**
  69:21
**exchanged**
  81:23
**excuse** 27:11
**exhibit** 5:1
  69:13 77:8
  77:11
  90:22,25
  99:6 118:9
  118:12,24
  119:11
  121:19
  123:3
**exhibits**
  21:9
**existed** 86:9
**experience**
  17:20 18:6
  19:23
**experienced**
  87:1
**expert** 56:1
  56:23
**experts** 94:8
**Explain**
  74:12
**external**
  46:16
**eye** 52:16

──────── F ────────
**facility**
  16:25
**factory**
  84:17
  87:15
**fail** 47:14
  122:12
**fails** 115:13
**failure**

  18:22
**fair** 103:3,5
**familiar**
  26:7
**Familiar...**
  60:14
**fan** 84:1
  87:14,14
  92:5
**far** 68:16
**fault** 73:8
**feature**
  83:12,21
**features**
  85:8 91:19
  92:2,15,22
  93:9,16,23
**Fed.R.Civ.P**
  22:1
**Federal** 3:17
**feel** 96:17
**field** 11:2
**figure** 76:10
  105:21
**filing** 7:6
**final** 30:24
**financially**
  126:20
**find** 12:8
  46:21 51:9
  85:14
  96:11
  123:1
  124:5
**fine** 29:20
  42:6 45:19
  96:14
  114:24
  115:6
  120:21
**finish** 8:15
  8:17
**finished**
  101:4
**fire** 96:4
**firmware**
  73:19
  74:24,25
  75:3 79:25
  93:24

**first** 7:13
  9:20 11:19
  11:21 13:2
  42:5 63:14
  123:16
**fit** 103:10
  106:14,21
  107:2,12
**five** 9:16
  65:14 91:9
**flip** 60:10
**flow** 45:14
  45:16,20
**focusing**
  68:14
**FOLLOWING**
  7:12
**FOLLOWS** 7:14
**force** 69:14
**forced** 92:9
  92:10
**foregoing**
  126:8
**forget** 69:23
**forgive** 83:4
**forgot** 52:14
**form** 5:7
  22:16 23:4
  28:9 31:24
  31:25 35:2
  51:17 52:9
  61:19 71:8
  72:23
  75:21,24
  76:14 82:1
  83:17 88:9
  90:25
  106:17
  107:14
  108:15
  111:1
  112:1
  114:1
  115:21
  117:6
**formal** 19:25
**format** 23:19
  23:22
  34:20
**forward**

  80:21
**found** 88:7
  88:22
**foundation**
  71:13
**four** 9:7
  91:9
**free** 115:15
  116:7
**Friday** 2:10
  3:4
**front** 42:25
  99:18
**full** 7:20
  116:1
**fully** 46:1
  48:8
  126:14
**function**
  91:16,24
  92:7,14
  103:11
**function...**
  70:8,13
**further**
  92:20
  124:14
  126:18
**fuse** 43:18
  43:18
**future** 18:24

──────── G ────────
**G** 7:9
**gained** 71:4
**gears** 56:6
  106:10
**general** 32:3
  45:20 46:4
  87:24
  111:6,9,11
**generally**
  22:13
  43:19
  44:10 72:2
  89:3
**getting**
  53:22,23
**give** 14:15
  44:8 49:7

  60:4,9
  62:16 96:6
  96:21
  98:25
  122:18
**given** 126:11
**gives** 83:8
**go** 16:25
  17:24
  25:11
  28:24
  48:17
  50:17
  57:22
  62:17
  64:18
  71:14,16
  76:14
  78:13
  81:15 96:8
  103:7
  105:4,7,9
  106:4
  109:25
  110:9
  111:10
  114:2,10
  114:10
**goes** 80:22
  84:10
  89:13 90:3
  90:6
  102:16
**going** 20:6
  35:1 40:22
  41:17 47:8
  56:6,15,16
  65:1 83:9
  91:7 97:6
  97:11 99:9
  102:21
  106:9
  108:17
  118:7
  120:21
  121:7
**good** 7:19
  50:16 65:1
  65:3,18
  97:17

70:19
71:20
72:14 73:6
74:3,19
94:1
**idea** 65:3
**identifi...**
77:14 91:3
118:17
119:2
**identified**
5:4 22:14
23:1,6
26:6 28:14
32:12
72:15
118:3
**identifies**
68:8
**identify**
26:1,2,23
27:2 31:20
31:21
32:10
67:10,22
75:6 87:18
93:22
94:21
**identifying**
18:20
**imbedded**
73:20 75:4
**imperative**
8:2
**impolite**
58:22
**important**
8:4,9
39:11 41:6
104:23
**incident**
34:12
56:10 93:8
119:23
**included**
85:19
95:14
**including**
74:22
**INDIANA**

126:2
**indicate**
87:25
**indicated**
50:21
74:21
**indicating**
92:17
**indicator**
86:23
**individual**
87:9
123:10
**industry**
10:2 106:4
**information**
26:11,19
31:9 44:15
53:17 56:8
62:21 63:3
64:7 71:4
71:19
74:19
81:17,22
85:15
86:15
90:15 93:5
**initial**
34:14
74:15
**inputs**
110:21
**insert** 69:12
**inside** 25:23
47:19
68:11
70:20
73:19 80:1
90:8
**insight**
14:16
**installed**
12:5
**Institute**
10:16,18
**instruction**
97:2
**instruct...**
94:22
95:16

**integration**
43:8
**interact**
72:20 73:2
73:10 75:2
110:13
**interacts**
74:20
**intercon...**
45:23
**interested**
111:21
126:20
**interface**
14:13
**interfacing**
81:18
**interjected**
120:11
**internal**
17:6,9
46:8,10,12
46:13,15
68:17
86:20
106:2
**interposer**
14:12
**Interrog...**
5:10 57:17
58:13
77:18
118:8,15
119:9
121:21
**Interrog...**
83:24 91:8
93:13 99:5
99:12
119:6
123:15
**interrupt**
47:1,4,11
47:24,25
51:1
**Inventec**
38:25 39:3
40:1
**investig...**
58:6,10

**involved**
18:18
31:12 58:9
105:5
**ion** 20:13
24:3,4,11
24:25
25:16
92:25
122:10
**iPhone** 83:7
**isn't** 117:18
**issue** 26:13
44:25
95:20 98:8
98:15
**it's** 9:21
18:13
50:13
57:10 65:3
86:25
104:23

**J**
**job** 11:18,19
11:21,25
12:16,22
13:1,6,20
13:24
15:20
17:15 18:6
18:8,12,15
19:1,10,20
20:1,9
**Josh** 27:11
27:16 29:1
35:16 41:9
48:13 53:3
55:3 56:17
58:21
80:11
82:14 94:3
96:8
102:24
114:5,19
120:14
124:20
**JOSHUA** 3:3
**Judge** 50:12

**K**
**keep** 25:4
41:7 91:6
97:6,11
**kind** 12:11
18:3 24:16
**know** 8:6,10
30:24 35:2
35:6 36:5
37:7 41:21
44:9 45:8
46:16
51:25
55:13,17
56:16
57:24
58:12,17
59:10
63:13,19
64:3,4,21
64:22 65:7
66:13
80:11
81:21 83:4
83:6 84:20
85:9 86:16
86:17
94:13
100:12
102:8
105:16
115:3,17
116:2,11
121:25
122:20
123:22,24
**knowing**
108:11
**knowledge**
55:11
103:1
108:19,23
109:3,11
109:20
114:21
**known** 26:8
**knows** 55:5,7

**L**
**L** 7:1

**M**

MA 3:18
machine
 34:11
Magnolia
 8:25
maintained
 70:6
making 31:13
 70:18 74:4
malfunct...
 82:17
management
 92:4
Manager
 19:21
manages
 32:24 40:8
manner
 122:13
manufacture
 30:15,22
 31:22
 32:11,14
 36:24
 104:18
manufact...
 28:5 37:2
 38:15
 40:14 69:6
 73:12
 86:11
manufact...
 37:20
 38:20,23
 39:25
 40:18
manufact...
 31:12,17
 32:19 98:1
 98:6 99:13
 107:10,18
 108:8
manufact...
 28:7 30:6
 31:5
manufact...
 30:12
 35:24
 37:10

40:10 41:5
41:15,16
42:9 108:7
mark 77:6
 90:21
 118:7,21
marked 77:13
 91:2
 118:16
 119:1
 123:3
marking 95:9
 119:8
markings
 26:7,25
 34:16,19
match 62:15
 62:24 63:3
 80:13
material
 50:9 68:16
matter 51:14
maximum 54:1
 54:2,5,7
 123:5,5
McFarland
 2:10 3:5
mean 14:10
 16:12
 23:17 35:3
 37:1 41:21
 53:6,12
 54:23
 60:23
 61:22
 71:10 72:2
 85:24
 86:21
 98:11
 102:19
 112:12
measurem...
 112:14
mechanical
 66:11 70:5
 76:18,21
 76:25
mechanic...
 103:10
meet 115:18

116:5
memory 48:15
mentioned
 113:12
 115:10
 116:3
mentions
 123:16
merger 17:17
message 23:8
 23:24
 70:21 73:5
 83:8
messaging
 74:3
metal 68:18
Michael 3:9
 114:3
Mike 71:7
 75:22
milliamps
 54:9
mind 35:16
 78:11
 109:15
minute 65:15
minutes
 120:22
 121:1
missed 95:8
misunder...
 27:14
model 25:4
 58:17
 59:21 61:2
 61:6,7
 62:16,17
 62:24
 64:11,16
 81:14
 98:19
 102:5,8
models 98:21
moment 65:9
 110:1
monitor 40:5
 40:15
 42:20 79:6
 81:8 84:14
 84:25

92:23
93:10
monitored
 40:6
monitoring
 39:23
 40:19,23
 41:1 47:7
monitors
 42:15
 43:20
morning 7:19
mother 14:4
motion 51:18
 52:10
mouse 85:14
mouth 80:13
move 17:19
 69:4
moved 13:14
 15:22 16:3
 69:5,7,10
 69:10,15
movements
 80:13
moving 91:6
multiple
 28:23 35:7
 44:21,22
 47:24 61:2
 74:21

**N**

N 3:1 4:1
 7:1,9
name 7:20
 9:17,20
 10:15
 19:16,18
 42:25
 100:21
names 17:11
NATIONAL
 3:19
near 83:5
necessarily
 109:10
 123:10
necessary
 81:10

need 8:7
 48:20,21
 50:22
 123:1
neither
 126:15
night 21:7
nine 77:25
 78:3
nod 8:11
nomencla...
 29:2
nominal
 54:15
non-appr...
 83:1
non-HP 82:10
 108:13
nonfunct...
 91:19
 92:15
normal 24:8
 73:12
normally
 32:7 35:9
 38:7,8
 39:5,20
 42:16 45:4
 71:19
Notary 2:7
 126:4
note 49:25
 96:9,19
notebook
 15:24 16:1
 16:3,10,11
 17:14 24:8
 24:19 27:3
 27:4 28:16
 29:13,16
 30:8,17,21
 31:7,15
 32:8 33:1
 33:3,22
 34:23
 35:11,23
 36:13,19
 37:25 38:9
 38:16,22
 39:6,13,21

31:13,19
32:6,25
33:2,21
35:3,21,25
36:12,18
37:20,24
38:6,14,20
39:4,8,19
42:16 43:4
43:12,22
44:2 46:12
46:21 47:6
47:9,19,22
48:10 51:2
52:23
54:11
58:23
59:16 79:5
79:15,22
80:2,5
81:6,24
87:10
89:16 90:5
92:22 93:7
94:23 95:3
95:18,23
101:16,21
102:11
103:18,20
104:10,13
105:9
106:1
110:23
112:22
118:2
123:8,9
**packs** 40:14
43:11
106:12,20
107:1
108:12
110:15
113:1
**page** 5:1,3
6:1,3
49:12,18
53:14
54:19 66:9
67:1 96:19
96:22

104:24
**pages** 60:17
61:7,14
62:7
**paper** 34:18
**paragraph**
77:24
92:19
121:22
122:2,3
123:16
**parameters**
122:23
123:13
124:8
**part** 31:21
32:13 42:5
63:15
71:12
93:12,24
95:8 105:6
120:6
**particular**
13:12
23:18 25:3
26:9 28:10
51:2 75:9
103:13
108:23
112:18
113:4,8
**parties** 4:6
7:5 35:7
126:16,19
**parts** 30:15
30:19
32:11 35:8
98:2
**party** 40:3
106:3
**path** 45:14
45:16,21
45:25
67:20
**PCB** 47:18
**Pennsylv...**
1:3 2:9,11
126:1,5
**people** 14:25
15:3

**percent**
64:13
116:1
**perfectly**
73:11
**permit** 75:17
**personal**
8:21,23
69:20
108:18
109:2
114:21
**photo** 56:11
**photograph**
56:20
57:12
**photographs**
34:15
46:19 56:8
94:6,7,15
94:17
**physical**
38:14
39:12
**physically**
30:11
93:22
**PI** 32:17,20
**picture** 95:2
95:11
**pictures**
26:14,22
46:23 93:5
93:14
**pin** 67:2,2,3
67:10,10
67:11,13
67:13,14
67:22 68:2
68:3,4,6,7
68:15,15
68:16,17
68:23,23
69:2 70:2
70:8,13,19
72:14,14
72:20 73:6
73:9 74:3
74:20
**pins** 67:6,7

67:17 68:1
71:5
**Pipho** 1:13
2:3 4:3
7:11,21,22
126:7
**Pittsburgh**
2:11 3:6
3:12
**place** 33:8
**Plaintiff**
1:6 2:4
3:7
**Plaintiff's**
5:9 21:8
57:16 77:7
90:21
118:8,14
119:9,11
121:19,20
123:3
**plant** 30:12
**plastic**
25:21 26:3
123:18,23
124:2
**plating**
68:19,21
**please** 7:20
8:7 19:17
22:20
33:17
35:16
41:20,25
63:16
75:22
78:12,19
78:20
104:3
**plugged**
69:23,24
**point** 119:19
**pointed**
53:11
**portion**
58:11 67:1
**position**
13:13,14
13:17,21
14:19,23

15:18,22
16:8 17:15
17:19,25
20:5 69:6
**positive**
43:14
**possible**
62:23 63:7
69:18
84:13
**possibly**
108:12
**power** 1:5
24:7 29:6
32:2 45:22
56:9 58:1
58:16
63:21 67:7
67:10,14
67:18,20
70:22 73:7
75:19 76:1
76:8 84:5
84:6,11
92:12 93:7
97:23
100:9,12
116:2
**Power's**
120:3
**preparation**
20:16
**present** 3:21
93:17,23
**pretty** 9:6
18:7 77:24
**prevent** 88:3
**prevention**
18:23
**PREVIOUS**
65:23
**previously**
68:7 70:15
117:12
**primarily**
14:11
17:21
18:18
19:25 75:6
**primary**

75:13 89:4
**regulated**
72:16
**regulation**
81:11
**related**
126:16
**relation...**
43:12
**relative**
126:18
**released**
40:10
**reliability**
18:14,17
**remaining**
87:2
**remember**
57:7
104:16
**repair** 13:8
14:7
**repairing**
14:4
**repeat** 9:11
9:20 14:21
22:8,20
35:17 44:1
51:24
74:15
79:19,19
80:9 88:17
95:7
100:20
101:19
106:22
**rephrase** 8:7
**replace** 23:9
23:24 95:6
95:10
113:15
115:14
116:7
**report** 60:18
**reported**
89:6,11
112:17
**reporter** 2:7
8:13 52:5
52:15

65:22
126:25
**represen...**
40:12,17
123:12
**represented**
116:19,24
**reproduc...**
1:23
**request**
112:17
**requested**
103:15
112:19
**require**
16:17
105:8
**requirem...**
20:7
115:18
**requires**
106:3
**research**
63:7
**reservation**
51:16
**reserve** 52:7
**resettable**
43:18
**respect**
25:10,13
36:11
47:11
**respective**
7:4
**responding**
119:14
**response**
99:15
103:2
109:6
120:16
**responses**
120:13
**responsible**
14:3,5
16:1 30:25
42:24 43:4
43:7,11
47:7

**results**
42:21
**résumé** 18:3
**retain**
115:25
**review** 20:15
20:18
21:24 22:6
22:10
26:11,19
56:7 57:15
94:9 104:8
**reviewed**
20:23
21:19 22:4
26:14,22
93:4,6
**right** 10:21
37:8,17
40:24
42:13
53:18,19
53:20 59:2
62:14 66:1
72:11 77:3
95:12
96:17
100:24
114:7,8,24
119:13
121:11
123:7,11
**Road** 2:10
3:5
**role** 39:7,18
39:22
**roles** 18:9
**root** 18:20
**roughly**
114:15
**Rules** 2:5
**run** 14:14
117:3
——————— S ———————
**s** 3:1,3 7:1
7:9 112:17
**safe** 79:9
93:1
**safely**

122:12
**safety** 40:1
60:18,19
81:11 85:7
91:18 92:2
92:15
103:17,19
104:9,12
105:10,17
123:12
**Saltzburg**
3:10
**save** 92:11
**saw** 120:14
**saying** 8:6
27:24 52:1
58:23,24
59:8,9
79:18
82:20 83:9
95:22
104:17
124:4
**says** 49:14
49:18
91:15 96:3
122:9
**schematic**
52:22
53:12,16
**school** 10:5
10:6,9,22
**Science** 11:4
**scope** 34:2,7
102:17,21
**Scott** 2:6
126:4,25
**screen** 81:16
82:10
85:15
**sealing** 7:6
**second** 27:12
49:7 60:10
98:25
**secondary**
84:2
**section**
55:10
**see** 16:5
22:2 27:23

46:22
52:16 58:2
58:4 67:2
80:21
81:22 93:8
96:10
109:24
120:23
121:25
123:20
**seeing** 57:7
**self-ext...**
123:19
**sell** 113:6
**send** 84:4
**sense** 29:22
64:25
**sent** 21:6
119:15
**sentence**
57:23 78:1
78:12,22
91:11,14
121:23
**separate**
41:8
104:19
**separately**
56:24
**sequence**
23:14,18
**serial** 24:1
27:2 34:17
34:18
**setting**
71:23
**seven** 65:15
91:10
**ship** 98:9,12
98:19
100:10
101:8
115:12
**shipped**
29:12,15
30:7,16,20
31:7,14
32:7 33:3
33:22
34:23

**subject**
103:17,20
104:9,14
**successful**
92:18
**Suite** 3:11
3:17
**summary**
83:25
**sun** 83:7
**supervisor**
19:9,12
**supplier**
100:2
101:6
123:24
**suppliers**
43:13
98:17
106:1
123:25
**supply** 75:19
76:8 84:5
**support**
13:15
105:17
**Supported**
16:9
**supporting**
15:15
17:21
**suppose**
69:17
**supposed**
72:3
**sure** 9:13
14:22
22:23
23:17
30:23
33:19
35:19 44:2
45:7 55:1
60:12 61:1
61:12,14
62:9 63:17
64:8,13
68:19,25
74:18
76:23

82:12
84:16,23
86:6 88:19
95:13
96:24
98:10
101:21
104:5
106:11,25
109:22
113:20
120:4,14
121:4
124:22
**surveill...**
11:23,24
12:1,6,7
12:13
119:22
**suspect**
53:12
**sustain**
123:20
**switch** 56:6
106:10
**sworn** 7:14
126:9
**system** 40:7
43:5,7
73:16,25
74:1,4,9
74:23
87:19,24
88:2 91:12
91:15,17
92:1,7
111:13
113:10
**systems**
11:23 12:6
12:7,14
74:22

——————
**T**
**T** 7:1,1
**T-A-M-M-Y**
9:21
**table** 69:25
**take** 8:13
43:16,17

43:19
64:20 65:4
65:12,14
69:12,24
77:17 85:6
96:10 97:6
97:11,16
97:18
109:23
120:22,25
121:11
**taken** 2:3,5
7:23 56:22
65:20 94:8
97:20
110:6
121:14
126:17
**talk** 64:21
103:16
**talking**
25:19
28:10 29:4
29:11
36:10,22
36:23
37:23 38:1
38:4,5,10
38:13
39:11
40:24 50:8
53:15,18
70:24 77:7
**Tammy** 9:18
9:21
**TC** 17:20
**team** 14:18
14:23 15:1
15:3,6,8
15:10,25
17:19 40:7
43:3,5,7
43:10 55:9
**technical**
10:14
**technician**
12:2,4
13:5,7,11
13:23 14:1
14:2

**technicians**
14:6 15:4
15:11,15
**Technolo...**
11:24 12:1
**technology**
10:16,18
25:15 30:9
30:14,21
36:1 37:21
38:23
**tell** 26:16
44:12
64:19
66:15 90:9
101:1
105:19
122:17
**temperature**
43:14,20
44:14 84:3
84:10,15
85:1,6,21
86:18 87:8
87:20 88:2
89:5,10,19
89:25 90:4
92:23
93:10
111:22
112:7,16
**temperat...**
79:10 88:6
88:22 89:2
**ten** 9:3
**term** 15:6
58:15
87:18 89:1
**terms** 71:11
75:25
113:2
115:18
**test** 48:15
124:9,9
**tested** 37:9
37:11,19
38:19,21
**testified**
7:14 72:13
86:3 105:5

117:18
**testify**
108:18
109:2
**testimony**
126:8,11
**testing** 16:9
39:8,18,24
40:2 42:11
103:17,19
104:9,12
105:9,11
105:20
106:2,5
123:12
**tests** 36:20
37:1
121:25
122:4,9
**Texas** 8:25
9:5 10:7
**Thank** 42:3
50:19
52:13
124:15,18
**Thanks** 21:16
**that's** 14:24
17:16 25:5
25:25
29:20
38:10 39:5
41:16
42:21 43:5
45:19,24
51:20 53:6
54:23
62:20,22
63:3 75:9
80:1,17
81:20 99:8
100:4
103:5
114:7,8,24
115:6
120:21
123:8,9
**there's** 35:7
43:3,10,16
48:15
56:14

117:1, 2, 4
117:11
**verbally**
8:10
**versus** 39:14
**victor**
116:14, 15
**video** 8:1
119:22, 24
**view** 81:16
87:8, 14
**Vitae** 18:2
**voice** 80:14
**voltage** 54:3
54:6, 15, 16
64:13
92:24
93:11
111:22
112:6, 19
116:22
117:21
118:1
122:19
123:6
**voltages**
79:10
122:11
**volts** 54:4, 6
64:10, 14
**vs** 1:7

_____
**W**
**waived** 7:7
**want** 20:23
27:12, 16
27:18 37:6
41:9 45:18
48:12
51:12
54:18
55:12 57:1
58:21 59:5
64:20, 21
78:16
80:19 97:5
97:10
104:1, 20
109:23
115:3

120:25
124:18
**wanted** 62:6
104:22
124:4
**wants** 78:15
**warning** 73:4
82:9 96:3
**warnings**
94:21
95:15
**warranties**
113:7
**warranty**
113:3, 4, 8
113:9, 10
115:11, 19
116:6, 9
**wattage**
67:23 68:9
72:15 75:7
**watts** 63:21
116:21
117:1, 2
**way** 41:18
42:14
49:23 63:2
64:17
73:12
93:15, 22
**ways** 43:16
**we'll** 63:23
80:21
96:19
105:6
121:2
**we're** 8:1
25:19 29:4
29:10
36:10
40:24
41:17
49:11, 23
50:8, 16
59:8, 9
61:14 69:3
77:5, 6
119:18
121:7
**Weiner** 3:9

6:4 21:4
21:13
22:15 23:2
25:1 28:8
31:23
33:12, 25
34:6, 25
50:10
51:10 52:2
54:17
61:18 71:9
72:22
75:23
76:12
81:25
83:16 88:8
88:23 99:1
99:19
102:15
106:16
107:4, 13
107:24
108:14
110:25
111:25
114:17, 25
115:20
117:5
119:7
121:8
**went** 10:21
66:14
**WESTERN** 1:2
**what's** 91:25
**wife** 9:16, 22
**wife's** 9:17
**winding**
120:19
**WITNESS** 82:24
**witness** 4:3
7:12 21:11
21:17
22:19 23:5
25:12
27:25
28:18
29:24 34:3
37:18
38:11 48:6
48:19

52:21
54:25
61:21 62:8
62:19 64:5
71:17
72:10, 24
74:13
76:16 78:8
79:1 82:2
83:18
84:22
88:10, 25
96:1, 20, 25
97:7 99:24
103:8
105:14, 23
106:18
107:6, 15
108:1
110:10
111:2
112:4
114:12
117:7
126:7, 10
126:12
**won't** 103:1
108:2
**wondering**
109:13
**word** 103:23
**words** 71:22
**work** 8:21
9:24 10:1
41:2 85:8
88:15 89:8
103:11
**worked** 13:2
14:18, 22
**working**
18:19 20:9
**works** 44:11
87:23
**wouldn't**
85:8
**wrong** 14:16
76:19, 21
76:24

_____
**X**

**X** 4:1

_____
**Y**
**yeah** 38:5
53:6 55:1
61:12
64:24
71:10 85:3
99:8 100:4
105:8
106:9
121:4
122:5
**year** 12:17
12:18, 19
12:20
15:19 16:2
20:4 113:7
113:9, 10
115:11, 14
115:19
116:6
**years** 9:3, 7
10:8 11:6
11:8 13:13
19:4
**you're** 38:13
39:11
66:19
69:15

_____
**Z**
**zero** 90:1
**Zoom** 3:21

_____
**0**
**002159** 76:10
**002519** 66:5
76:18
**02110** 3:18
**03115** 49:3

_____
**1**
**1** 5:5 21:21
77:8, 11
**1:27** 125:2
**10** 99:5
**10:05** 2:12
**100** 64:12
**100-percent**

LAWYER'S NOTES

| Page | Line | |
|------|------|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PITTSBURGH, PA
HARRISBURG, PA
GREENSBURG, PA
ERIE, PA
INDIANA, PA
HOLLIDAYSBURG, PA
STATE COLLEGE, PA
PHILADELPHIA, PA
WILKES-BARRE, PA



**SARGENT'S
COURT REPORTING
SERVICE, INC.**

210 MAIN STREET
JOHNSTOWN, PA  15901
(814) 536-8908

OIL CITY, PA
SOMERSET, PA
CLEARFIELD, PA
READING, PA
WILLIAMSPORT, PA
*CHARLESTON, WV*
MORGANTOWN, WV
HAGERSTOWN, MD
PIKEVILLE, KY



## 7.2. Input AC socket Type:

IEC 320 C6 Type

## 7.3. Output cable:

The output cable shall meet the electrical and MTBF requirements of this specification. The cable shall be UL wire style #1571, 2 X 16AWG and 1 X 24AWG. The connector shall be equivalent to FOXCONN JPD0038-506 and pin out as shown in Figure 1.

**FIGURE 1**
**OUTPUT CABLE**





**HIPRO**
HIPRO ELECTRONICS
CONFIDENTIA
HP002519

STL DCC 05/28/2015

表頭編號　Form No：DC-002EA

## 2.2 Rating

| Item | Function | Specification | Remarks |
|------|----------|---------------|---------|
| 1. | Nominal Capacity | 68Wh** | 0.2C discharge rate at 25°C 3.0V/cell cut off, Standard charge |
| 2. | Minimum Capacity | 66.7Wh** | |
| 3. | Nominal Voltage | 14.4V | OCV |
| 4. | Rated Charge Voltage | 16.4V | CC-CV Mode |
| 5. | Maximum Charge Voltage | 17.0V | |
| 6. | End of Discharge Voltage | 12.0V | |
| 7. | Rated Charge Current | 3,360mA | End of Charge Current ∴ 240mA |
| 8. | Maximum Charge Current | 3,800mA | |
| 9. | Maximum Discharge current | 7.7A(peak) | ∴ at ambient temperature ∴ 40°C ∴ 88W(Continuous) |
| 10. | Surge Current | 30A | Duration Time< 0.8m Sec |
| | | 50A | Duration Time< 0.6m Sec |
| 11. | Operation Allowable Temperature Range | 0°C~45°C | Charge Initial Temperature |
| | | 0°C~45°C | Continuous Charging |
| | | -10°C~60°C | For start of discharge below 0°C, The battery pack must have a charge ∴ 80% |
| 12. | Storage Temperature Range | -20~60°C: Max. 1 month -20~45°C : Max. 3 month -20~30°C : Max. 6 month | Each period shows 90% of initial discharge capacity can be assured after re-charged for shipping conditioned battery pack. |
| 13. | Allowable Humidity Range | 10~90% RH | Operational |

** Battery Pack should be firstly charged and discharged for 3 complete cycles as a warm-up before performance capacity test.

PLAINTIFF'S EXHIBIT 2

tabbies®

...ology Co., Ltd. | Spec. No. | NBP8A82E2* | *HP* | Ver: 4.7 | Spec. page | 8/28

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS POWER,                                  CIVIL DIVISION

                  Plaintiff,            Docket No.: 2:17-CV-00154-MRH

    vs.

HEWLETT-PACKARD COMPANY,            Hon. Mark R. Hornak

            Defendants.

      Defendant HP, Inc. (named herein as Hewlett-Packard Company) makes this its answers to interrogatories.   Based on a review of photographs, HP, Inc. believes it has identified the "at issue" artifact notebook computer in this case as an Elitebook Mobile WorkStation 8730w with a serial no. of CNU93328HY [hereinafter, the "at issue" artifact notebook will be referred to as the "Power Notebook."].

## DEFENDANT'S ANSWERS TO PLAINTIFF'S INTERROGATORIES

1. Please state the full name, address, and title of any and all persons involved in answering these interrogatories.

**ANSWER:**

The Defendant objects to this interrogatory to the extent it seeks information protected by the attorney-client privilege and/or the work-product doctrine. Subject to and without waiving the foregoing objections, the answers to interrogatories will be signed on behalf of the Defendant by Ivar Cuellar in his capacity as Program Manager, Global Risk for HP, Inc.

2. Please state how you or your business is organized (e.g. corporation, partnership, non-profit organization, association, joint-venture, etc.) and provide information relating to any of your subsidiary, parent companies, or corporations, which, may be related to the herein litigation.

**ANSWER:**

The Defendant objects to this interrogatory on grounds it is overly broad, vague, not reasonably calculated to lead to the discovery of admissible evidence, seeks confidential and proprietary information, and seeks information not relevant to the claims and defenses of this case.  Subject to and without waiving the foregoing objections, the Defendant states HP, Inc. is a corporation that was formed in or around November 1, 2015.  The named defendant herein, Hewlett Packard Company no longer exists.  However, HP, Inc. is its successor for purposes of the product at issue in this case.



CONFIDENTIAL

## WARRANTIES

3. Please identify all warranties, express or implied, that were made in relation to the sale or contract to transfer or distribute the at issue laptop and laptop charger, and if the warranty or guarantee was not made in writing or was made orally, please give the names of all parties involved and a complete description of what was represented.

**ANSWER:**

Defendant objects to this interrogatory on grounds it is not reasonably calculated to lead to the discovery of admissible evidence, is overly broad, unduly vague and is not proportional to the needs of this case in light of the amount in controversy, the importance of this discovery in resolving the issues and the burden and expense of such discovery outweighs its likely benefits. Subject to and without waiving the foregoing objections, the Defendant states that is has no warranty record for Richard Sanderson (the alleged eBay seller) and the Power Notebook and has no first-hand knowledge of what, if any, warranty that the eBay seller may have provided to plaintiff at the time of sale to him.  Defendant refers plaintiff to eBay for any information it may have regarding the terms and conditions of the sale from Sanderson to him.

## PRODUCT LITERATURE

4. Please identify any and every piece of product literature related to the at issue laptop, including but not limited to, brochures, manuals, safety manuals, training materials, warranties or guaranties, safety bulletins, published safety notices, and all documentation relating to modifications, aftermarket products, or accessories. If available, please provide copies of said documents.

**ANSWER:**

Defendant objects to this interrogatory on grounds it is not reasonably calculated to lead to the discovery of admissible evidence, is overly broad, unduly vague and is not proportional to the needs of this case in light of the amount in controversy, the importance of this discovery in resolving the issues and the burden and expense of such discovery outweighs its likely benefits. Subject to and without waiving the foregoing objections, the Defendant states that it has no knowledge of what, if any, product literature, including but not limited to, brochures, manuals, safety manuals, training materials, warranties or guarantees, safety bulletins, published safety notices and documentation relating to modifications, aftermarket products, or accessories documents warranty that the eBay seller may have provided to plaintiff at the time of sale to him.

## DESIGN, MANUFACTURE, AND TESTING

5. Please state the date on which a working prototype of the at issue laptop model first existed.

**ANSWER:**

Defendant objects to this interrogatory on grounds it is not reasonably calculated to lead to the discovery of admissible evidence, is overly broad, unduly vague and is not proportional to the

CONFIDENTIAL

needs of this case in light of the amount in controversy, the importance of this discovery in resolving the issues and the burden and expense of such discovery outweighs its likely benefits. Subject to and without waiving the foregoing objections, the defendant states the Elitebook 8730w model was brought to market in or around August of 2008. The specific Power Notebook was manufactured on 8/18/09.

6. Please state the date on which the at issue laptop, lithium ion battery, laptop charger and power cord were designed, manufactured, assembled and tested.

**ANSWER:**

Defendant objects to this interrogatory on grounds it is not reasonably calculated to lead to the discovery of admissible evidence, is overly broad, unduly vague and is not proportional to the needs of this case in light of the amount in controversy, the importance of this discovery in resolving the issues and the burden and expense of such discovery outweighs its likely benefits. Subject to and without waiving the foregoing objections, the Defendant states that the artifact battery pack retained in evidence from the Power Notebook was not the original battery pack shipped with it, is not an HP-approved battery pack and is of unknown origin. Therefore, Defendant does not know when it was manufactured, assembled, tested or by whom. The Defendant does not know whether the artifact adapter is original to the Power Notebook. The manufacture date for the Power Notebook was 8/18/09. The manufacture date for the components original to the Power Notebook when it shipped from HP would have been: battery pack [week of 6/22/09]; adapter [week of 7/27/09]. Defendant states that each Elitebook 8730w notebook was subject to function and run-in testing after it was assembled and before it was shipped. Therefore, the Power Notebook would have been subject to function and run-in testing including both human and automated testing of its systems on or around 8/18/09. The particular component parts (lithium ion batteries, charger) would have been tested by their respective manufacturer/suppliers before being shipped for inclusion in the Power Notebook. In addition, Defendant states that the Elitebook 8730w and component parts thereof were subject to testing done to qualify for UL listing and CB certification.

7. Please state the name, home and business address of an individual, business, firm, or other organization that was in any way responsible for the design, manufacture, fabrication, testing, and/or quality control of the at issue laptop, lithium ion battery, laptop charger, power cord and any similar laptop models.

**ANSWER:**

Please see answer/objections #6 incorporated herein by reference. Further answering, Defendant states that the Power Notebook was assembled on behalf of the Defendant by Inventec Corporation incorporating component parts designed and manufactured by other entities including the original battery pack from STL Technology Co. Ltd. with Sony cells and an A/C adapter from Hipro Electronics Co. Ltd. Defendant states that the artifact battery pack retained in evidence from the Power Notebook is not the original battery pack, is not an HP-approved battery pack and is of unknown origin to Defendant.

CONFIDENTIAL

8. Please identify and describe in detail any and every test or inspection that was performed on the at issue laptop, lithium ion battery, laptop charger, component parts, and similar models of laptops <u>prior to</u> the at issue incident. Please provide the results of these tests and inspections if they exist.

**ANSWER:**

Please see answer/objections #6 incorporated herein by reference. Defendant states that the artifact battery pack retained in evidence from the Power Notebook is not the original battery pack, is not an HP-approved battery pack and is of unknown origin to HP and, therefore, Defendant does not know when it was tested or by whom.

9. Please identify and describe in detail the production, manufacturing, fabrication or assembly processes involved in creating the at issue laptop, lithium ion battery, charger and power cord.

**ANSWER:**

Defendant objects to this interrogatory on grounds it is not reasonably calculated to lead to the discovery of admissible evidence, is overly broad, unduly vague and is not proportional to the needs of this case in light of the amount in controversy, the importance of this discovery in resolving the issues and the burden and expense of such discovery outweighs its likely benefits. Subject to and without waiving the foregoing objections, Defendant states that the Power Notebook was assembled on behalf of the Defendant by Inventec Corporation on or about August 18, 2009 originally incorporating component parts designed and manufactured by other entities including a battery pack from STL Technology Co. Ltd. with Sony cells and an A/C adapter from Hipro Electronics Co. Ltd.   Defendant states that the artifact battery pack retained in evidence from the Power Notebook is not the original battery pack that would have shipped with it, is not a HP-approved battery pack and is of unknown origin to Defendant.

10. Please identify all suppliers and manufacturers of all original equipment suppliers of lithium ion laptop batteries, chargers and power cords defendant Hewlett-Packard used in and/or old with any and all of its laptops produced between January 1, 2005 through December 31, 2005.

**ANSWER:**

Defendant objects to this interrogatory on grounds it is not reasonably calculated to lead to the discovery of admissible evidence, is overly broad, unduly vague and is not proportional to the needs of this case in light of the amount in controversy, the importance of this discovery in resolving the issues and the burden and expense of such discovery outweighs its likely benefits. Subject to and without waiving the foregoing objections, the Defendant states that vendor for the applicable component parts original to the Power Notebook were:

1. Battery Pack/Cells: STL Technology Co. Ltd/Sony
2. Power Adapter: Hipro Electronics Co. Ltd

CONFIDENTIAL

Further answering, Defendant states that the supplier name of other component parts original to the Power Notebook are set forth in the attached Exhibit A.

11. Please state the name, home, business address of each and every original equipment supplier and manufacturer of the at issue laptop, lithium ion battery, charger and power cord, and indicate the supplier and manufacture's relationship(s) to defendant Hewlett-Packard Company.

**ANSWER:**

Please see answer/objections #10 incorporated herein by reference.

> 11. Please provide a detailed list of any and all parts you obtained from the manufacturers and suppliers identified in Interrogatories Nos. 7 through 11 from January 1, 2005 through December 31, 2005.

**ANSWER:**

Please see answer/objections #10 incorporated herein by reference.

> 12. Please provide a detailed list of any parts you obtained from the manufacturers and suppliers identified in your answer to Interrogatories Nos. 7 through 11 lithium ion laptop batteries, power cords, chargers and/or component parts from January 1, 2005 through December 31, 2005.

**ANSWER:**

Please see answer/objections #10 incorporated herein by reference.

> 13. Please describe in detail the chemicals contained within the lithium ion battery(ies) used in the at issue laptop, whether those chemicals are normally contained in lithium batteries used in your laptops and other similar laptop models.

**ANSWER:**

Defendant objects to this interrogatory on grounds it is not reasonably calculated to lead to the discovery of admissible evidence, is overly broad, unduly vague and is not proportional to the needs of this case in light of the amount in controversy, the importance of this discovery in resolving the issues and the burden and expense of such discovery outweighs its likely benefits. Subject to and without waiving the foregoing objections, Defendant states that the artifact battery pack retained in evidence from the Power Notebook was an after-market battery pack of unknown origin. Thus, Defendant has no knowledge of what chemicals were contained in it.

> 14. Please describe in detail any design and safety features built into the at-issue laptop to prevent overheating, explosions, and fires.

CONFIDENTIAL

**ANSWER:**

Defendant objects to this interrogatory on grounds it is not reasonably calculated to lead to the discovery of admissible evidence, is overly broad, unduly vague and is not proportional to the needs of this case in light of the amount in controversy, the importance of this discovery in resolving the issues and the burden and expense of such discovery outweighs its likely benefits. Subject to and without waiving the foregoing objections, features of the Elitebook 8730w including the Power Notebook when it was originally shipped from HP include, but are not limited to, current limiting features (including those for secondary power supplies on the system board), the battery pack, and the A/C adapter which would have shipped with any Elitebook 8730w from HP. In addition, computer software logic in both the Elitebook 8730w's CPU and in the battery pack which would have shipped with it monitor and control the battery charge and discharge processes to ensure these occur at safe temperatures and voltages. The Elitebook 8730w furthermore includes multiple safety features to monitor its temperature and prevent it from operating at a temperature outside the allowable parameters. Multiple thermal sensors located inside and outside the CPU detect and measure the CPU temperature. If the CPU temperature rises, an embedded controller will cause the fan to increase speed to cool the system. If the CPU temperature continues to rise and the fan has reached its highest speed, an operating system-based mechanism called passive throttling will occur to slow the CPU, thereby reducing the temperature of the CPU. A second, independent mechanism called Hardware Thermal Control will also cause the CPU to slow, even in the event the fan and passive throttling mechanism are non-functional. An operating system-based "critical shutdown" function will cause the system to turn off even in the event the aforementioned safety features are non-functional. Two additional levels of hardware protection inside the processor include a "Thermtrip" mechanism and an internal sensor on the CPU's internal thermal sensor, either of which will shut off the main power supply in the event they are tripped. The Elitebook's housing is also made of UL 94 V-0 rated plastic which is self-extinguishing and will not sustain combustion.

Further answering, the Elitebook 8730w shipped with a battery pack which contains design features to monitor and control temperature, voltage and current to ensure the lithium-ion battery cells charge and discharge within safe ranges. The original battery pack furthermore contains a single-use fuse causing a shut down in the event of variation between individual cell charge states or an overvoltage condition.

The lithium ion battery cells contained in the battery pack which would have shipped with the Elitebook 8730w are equipped with safety design features, including a positive temperature co-efficient device and a current interrupt device. In addition, HP tests lithium ion battery cells by overcharging cells at various voltages to ensure they fail safely and in a benign manner. Only cells which pass inspection are placed on an Approved Vendor List enabling a battery pack manufacturer to use the cells.

15. Please identify any and all laws, rules, regulations, standards, statutes, ordinances, recommendations, or other requirements establishes by any local, state or federal government body or officer, whether legislative, executive, or administrative in character,

CONFIDENTIAL

which deal with, define, limit, or specify the design, manufacture, composition, distribution, and /or use of the at issue product or similar products.

**ANSWER:**

Defendant objects to this interrogatory on grounds it seeks disclosure of information subject to attorney-client privilege, seeks a legal conclusion, is not reasonably calculated to lead to the discovery of admissible evidence, is overly broad, unduly vague and is limitless in its application and, as such, is not proportional to the needs of this case in light of the amount in controversy, the importance of this discovery in resolving the issues and the burden and expense of such discovery outweighs its likely benefits.

## **RECALLS**

16. Please state whether you were aware of any mandatory or voluntary recalls, warnings, or recommendations to modify or repair the at issue laptop, lithium ion battery, charger, and any of their component parts, or similar products, for the ten (10) years preceding this incident. If so, please describe each in detail and provide copies of relevant documentation.

**ANSWER:**

Defendant objects to this interrogatory on grounds it is not reasonably calculated to lead to the discovery of admissible evidence, is overly broad, unduly vague and is not proportional to the needs of this case in light of the amount in controversy, the importance of this discovery in resolving the issues and the burden and expense of such discovery outweighs its likely benefits. Subject to and without waiving the foregoing objections, the Defendant states that the Elitebook Mobile WorkStation 8730w has not been subject to recall. Further answering, recalls related to other HP products or component parts thereof can be found on the website for the Consumer Product Safety Commission. As Defendant has previously disclosed to plaintiff, the artifact battery pack retained in evidence from the Power Notebook was an after-market battery pack of unknown origin. Thus, Defendant has no knowledge of whether it (or the cells therein) have been subject to recall.

17. Please state whether you ever issued or distributed any mandatory or voluntary recalls, warnings, or recommendations to modify or repair the at issue laptop or similar laptop models that use a lithium ion battery and charger products. If so, please describe each event or recall in detail, and provide all relevant documentation.

ANSWER: Please see answer #16 incorporated herein by reference.

18. Please state whether you have been involved in any lawsuits or litigation relating to similar events or alleged defects regarding the at issue product or similar products over the past ten (10) years.

CONFIDENTIAL

**ANSWER:**

Defendant objects to this interrogatory on grounds it is not reasonably calculated to lead to the discovery of admissible evidence, is overly broad, unduly vague and is not proportional to the needs of this case in light of the amount in controversy, the importance of this discovery in resolving the issues and the burden and expense of such discovery outweighs its likely benefits. Subject to and without waiving the foregoing objections, the Defendant states that it is not aware of other lawsuits in the United States where it has been alleged that an Elitebook 8730w had caused a fire or caused personal injury by fire/burning.

## REPORTS

19. Have you prepared any reports regarding the incident alleged in plaintiffs Complaint? If so, please provide the names of the persons or entities who prepared these reports, the dates of their creation, and please attach a copy of said reports hereto.

**ANSWER:**

Defendant objects to this interrogatory on grounds it seeks disclosure of information subject to attorney-client privilege, seeks a legal conclusion, is not reasonably calculated to lead to the discovery of admissible evidence, is overly broad, unduly vague and is not proportional to the needs of this case in light of the amount in controversy, the importance of this discovery in resolving the issues and the burden and expense of such discovery outweighs its likely benefits. Subject to and without waiving the foregoing objections, Defendant refers to the report from plaintiff related to this incident attached hereto as Exhibit B.

20. Please identify any plans, drawings, maps, photographs, films, schematic diagrams, electrical schematics, charts, graphs, recordings or any other writings related to this case or the at issue laptop. Please attach copies of the requested documentation.

**ANSWER:**

Defendant objects to this interrogatory on grounds it is not reasonably calculated to lead to the discovery of admissible evidence, is overly broad, unduly vague and is not proportional to the needs of this case in light of the amount in controversy, the importance of this discovery in resolving the issues and the burden and expense of such discovery outweighs its likely benefits. Subject to and without waiving the foregoing objections, the Defendant refers to its initial disclosure documents HP000001 – HP001494. Defendant further states that photographs, x-rays and a video from the examination of the battery pack from the "at issue" notebook computer have already been produced to plaintiff.

## POST-INCIDENT ALTERATIONS

21. Please state whether you in any way changed the design, construction, manufacturing process, or materials used in the production process of the at issue laptop, lithium ion battery, and/or charger at any time _after_ the incident described in the plaintiffs Complaint.

CONFIDENTIAL

If so, please describe these changes with specificity and attach all relevant documentation.

**ANSWER:**

Defendant objects to this interrogatory on grounds it is not reasonably calculated to lead to the discovery of admissible evidence, is overly broad, unduly vague and is not proportional to the needs of this case in light of the amount in controversy, the importance of this discovery in resolving the issues and the burden and expense of such discovery outweighs its likely benefits. Subject to and without waiving the foregoing objections, the Defendant states it did not make any changes to the Elitebook 8730w or any component part thereof related to the incident in plaintiff's complaint or any other incidents.

## WITNESS AND STATEMENTS

22. Please indicate whether you or any of your representatives have had any conversations with anyone having information relative to any of plaintiff's claims or the incident giving rise to this lawsuit. If so, please describe in detail and attach a copy of any notes, recordings, or compilations relating thereto.

**ANSWER:**

Defendant objects to this interrogatory on grounds it seeks information protected by attorney-client privilege and/or the work product doctrine, on grounds it is not reasonably calculated to lead to the discovery of admissible evidence, is overly broad, unduly vague and is not proportional to the needs of this case in light of the amount in controversy, the importance of this discovery in resolving the issues and the burden and expense of such discovery outweighs its likely benefits. Subject to and without waiving the foregoing objections, please see Exhibit B attached hereto.

23. Please identify any and every person you intend to call as an expert witness at trial m this case. Additionally, please provide their names, addresses, telephone numbers; the substance or facts to which they will testify or opine; the grounds for their opinions; any tests they performed or will rely upon; the backgrounds or areas of specialization of each expert; and the CV or other qualifications of each expert.

**ANSWER:**

The Defendant objects to this interrogatory on grounds it seeks information protected by attorney-client privilege and/or the work product doctrine, and seeks disclosure of expert information prior to the deadlines set by the Court's scheduling order(s).  Subject to and without waiving the foregoing objections, the Defendant states that it will disclose the requested information pertaining to experts it expects to testify in conformity with the Federal Rules of Civil Procedure and the Court's order(s) on expert disclosure.

CONFIDENTIAL

24. Do you contend that the negligence or fault of another person or party to this action caused or contributed to the ultimate harm alleged by plaintiff? If so, please describe your assertions in detail:

**ANSWER:**

The Defendant objects to this interrogatory on grounds it seeks information protected by attorney-client privilege and/or the work product doctrine, and seeks disclosure of expert information prior to the deadlines set by the Court's scheduling order(s). Subject to and without waiving the foregoing objections, the Defendant states that it is has no warranty record of Richard Sanderson (the purported seller of the "at issue laptop" to plaintiff) owning an Elitebook 8730w and, as such, has no first-hand knowledge regarding the alleged seller of the Power Notebook or what might have been done to the Power Notebook by him or before he owned it. Defendant has confirmed that the artifact battery pack retained in evidence from the Power Notebook was an after-market battery pack of unknown origin. Thus, if, as alleged, the battery pack malfunctioned and caused an injury to the plaintiff such would presumably be the fault of the parties responsible for the design, manufacture, sale and distribution of that battery pack. Defendant was not present at the time of the alleged incident and, therefore, does not have first-hand knowledge regarding whether the incident occurred, how it occurred and how plaintiff was using the Power Notebook at the time of the incident. Discovery is on-going and Defendant reserves the right to supplement this answer.

CONFIDENTIAL

The undersigned deposes and states under penalties of perjury, on this ___ day of January, 2018, I am the Program Manager, Global Risk Management with HP Inc., named herein as defendant Hewlett Packard Company in the above-captioned action. I have read the foregoing answers to interrogatories and know the contents thereof; that these answers were prepared with the assistance of counsel upon whose advice I have relied; that the answers set forth herein, subject to inadvertent or undiscoverable errors, are not all within my personal knowledge and there is no employee of HP Inc. f/k/a Hewlett-Packard Co. who has knowledge of all such matters; that the answers herein are based on and are, therefore, necessarily limited by records in and information still in existence, presently recollected and thus far discovered in the course of preparation of these answers; that I reserve the right to supplement or make any changes in the answers if it appears at any time that omissions or errors have been made or that more accurate information is available; that subject to the limitations set forth herein these answers are true to the best of my knowledge, information and belief.

HP, Inc. named herein as
HEWLETT-PACKARD COMPANY

BY:_____
Ivar Cuellar
Its: Program Manager, HP Inc.

As to objections,

_____
Michael Weiner, Esq.
Bennett Bricklin & Saltzburg LLC
707 Grant Street
Suite 1800
Pittsburgh, PA  15219
(412) 894-4101
weiner@bbs-law.com

CONFIDENTIAL

# EXHIBIT A

CONFIDENTIAL

CONFIDENTIAL

HP002466

**Back**
Server Pull Date: 1/23/2018 8:51:58 PM (UTC)

## CNU93328HY

### System Info (NEW TRACEABILITY / RAS)

| SKU | PLANT_CODE | MFG DATE | Prod Line | Family Desc | Product Desc | Model Desc |
|---|---|---|---|---|---|---|
| Partnum_Desc/rev/CONFIGURATION | W122009 | | Mobile Workstation Ubs | Mobile Workstation | Mobile WS33 1 X, 19" 8x16x64 1920x1111 Alloria WS31 b | PAGO 9701(D) 1 ESPbno19Z9A010 3 MGH9v00000D01 |

### Manufacture Site (detailed)

| SerCode | SerNum | |
|---|---|---|
| CNU | Inventec (Pudong) Corporation (repair & detailed) | |

### World Wide Receipts (View)

| SKU | PartNumber | View Top Version | Qty/CallConversion | PartView/Cfg | ConvertNum | PartNum Type | Color | Vendor |
|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION | 09996-001 | SCI Partno | LE | 0/23/2018 | LY | | | |

### IQDC

| Building | SKU | CONFIG DATE | CONF_PART | CONFIG_REVISION | CONFIG_SN | COMMODITY_TYPE | COMMODITY_NAME | GROUP | MFG WEEK | SUPPLIER_CODE | SUPPLIER_NAME | COMP_PART_DESC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PDO | 01/07/2009 | N446LD CW | 07 | CRANPER9PKBR4 | 0 | Combination Device | 0 | 8/10/2009 | 84 | Intel | 1 Gb N Base WLAN BT modu les AAT 5215 LAN7 |
| PDO | 01/10/2009 | M4119L1 511 | 09 | TLFTADWHS5HCN | 0 | Memory | | 10/15/2018 | 94 | Hynix | SODIMM DDR3, PC3-6400, WY67 speaks |
| PDO | 01/19/2009 | M4119v 7CL9 | 40 | TTEPLHD3DWN | 0 | CD-ROM | | 8/7/2009 | 12 | Optiarc | 8IRV STD DVD5AR LS SATA 12.7 Shin |
| PDO | 01/19/2009 | M4177 AD01 | 04 | BATGEN4L MTF1GL | 35 | Keyboard | | 8/27/2009 | 6,MV | Darry | ASSY Kd Adoda e 17 US |
| PDO | 01/19/2009 | M4179K-001 | | BLNKAPUF01 | 0 | PCA | | 8/27/2009 | 268 | | Inventec Electronics Corp. |
| PDO | 01/19/2009 | 4407V4-001 | 00 | FAVR8LDN747VVC | F | PCA | | 9/10/2009 | 24 | VTC | 1-35 BD. SYSTEM w/AT7 |
| PDO | 01/19/2009 | 435551-002 | 04 | IWVL0A2AV0U7ZP | 1F | PCA | | 10/22/2009 | 1H4 | IEC | CORE PA. 117 DVDRV + AG, Intl/15 Aben J |
| PDO | 01/19/2009 | 13914 CE01 | 01 | TLVLOA19U01D | 3 | Power Adapters | | 7/17/2009 | 1H4 | Hipro Electronics Co. Ltd | PFC, 90W PFC ADPTR, 90W Chine |
| PDO | 01/19/2009 | 413174-A43 | 02 | LACHPDLA27V41 | 6 | Hard Drive | | 7/11/2009 | 14 | Toshiba Corporation | HDD, 160GB SATA 5.4TH Disk BS |
| PDO | 01/19/2009 | 446903-114 | 04 | CA3789LEL43LABD | 1C | LCD Display Module | | 9/25/2009 | 14 | STL Technology Co Ltd | Reart, APPLPH, BOEL, STL Com |
| PDO | | | | | 1C | LCD Display Module | | 6/16/2009 | 13 | Samsung | PNL 17 INSTDIA ALBWxLSTC |

# EXHIBIT B

CONFIDENTIAL

| Incident Information | | |
|---|---|---|
| Incident Number: | 134076 | Status: | Unit Requested |
| Incident Created: | Aug 18, 2016 | | |

| Originator Information | | |
|---|---|---|
| Name: | John Camparone | Source: | Other |
| Email: | john.camparone@hp.com | Call center ID: | |

| Customer Information | | |
|---|---|---|
| Name: | Thomas Power | Phone: | 412-733-8487 |
| Email: | powerx3@gmail.com | Incident Date: | Aug 18, 2016 |
| Address: | 424 Carothers Avenue Apt 5 Carnegie, PA 15116 | | |
| Country: | UNITED STATES | | |
| Region: | NORTH AMERICA | | |

| Product Information | | |
|---|---|---|
| Product Name: | HP EliteBook 8730w Mobile Workstation | Product Number: | SF114UP |
| Serial Number: | Illegible | Product Line: | TA |
| Personal Injury: | Yes | | |
| Property Damage: | No | | |
| Claim Against HP: | Yes | | |
| Customer Statement: | "While using this computer, an explosion and fire burst out of the bottom causing 1st, 2nd, and 3rd degree burns to both of my legs resulting in a 20 day hospitalization. The cause may have been the power cord, the computer, the battery, or some combination of all." | | |
| Description of Product Setup: | On customer's lap, AC power attached. | | |
| Description of Product Environment: | In customer home. | | |
| Description of Weather at the Time of the Incident: | Unknown | | |
| Additional Notes: | Customer indicated he has retained an attorney and is not able to send the laptop to HP at this time. Note that the p/n listed is a representative p/n; unable to determine correct p/n due to extensive damage to laptop. Pictures have been provided. | | |

| Analysis Information | |
|---|---|
| Born on Date: | Tear Down Date: |

CONFIDENTIAL

Site Received
Date:                                          Tear Down Team:

Reg Model No:     HSTNN-I43C

Page Count:                                    Picture Count

Flash Count:                                   Battery Charge
                                               Cycle Count:

Firmware Rev. No:                              Unexpected
                                               Findings:          No

Battery Returned:                              Pens Returned:

Power Supply:                                  Power Supply
                                               Specs:

Power Cord:

Justification:     Based on the documented symptoms, this incident qualifies for review. Please
                   have unit captured for evaluation.

Observations:      Paul C. 8/19/2016
                   Attached pictures show the following:
                   - AC adapter label: CT# 5979c0cymv808x
                   - D cover with severely damaged battery pack, one cell visible
                   - A cover with large black trace starting from the battery pack location
                   - AC adapter with DC cord insulator partially melted

Safety Comments:

Affected Parts:

Conclusions:

Next Steps:

**Additional Comments**

**Incident Summary**

**Incident Information**

CONFIDENTIAL

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS POWER,                              CIVIL DIVISION

     Plaintiff,    Docket No.: 2:17-CV-00154-MRH

   vs.       Hon. Mark R. Hornak

HEWLETT-PACKARD COMPANY,

     Defendants.

**<u>AMENDED NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(B)(6)</u>**

TO: COUNSEL FOR DEFENDANT
  Michael A. Weiner, Esquire
  Bennett, Bricklin & Saltzburg LLC
  707 Grant Street, Suite 1800
  Pittsburgh, PA 15219
  <u>weiner@bbs-law.com</u>

   PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiff will take

the depositions upon oral examination, to be recorded by stenographic means and/or videotape,

at the offices of the Law Offices of Friday & Cox LLC, 1405 McFarland Road, Pittsburgh, PA

15216, of HP, Inc. (named in Plaintiff's Complaint as Hewlett-Packard Company and

hereinafter "HPI"). HPI is requested to designate the person or persons most knowledgeable

and prepared to testify on behalf of HPI concerning the subject matter described in **Exhibit A**,

attached hereto. The deposition(s) will commence at 10:00 a.m. on November 27, 2018. If

necessary, each deposition will be adjourned until completed.

Dated: November 21, 2018   Respectfully submitted,

           **FRIDAY & COX LLC**

           <u>*/s/ Peter D. Friday*</u>
           Peter D. Friday, Esquire
           Pa. I.D. # 48746
           <u>pfriday@fridaylaw.com</u>



PLAINTIFF'S
EXHIBIT
4

Jesse A. Drumm, Esquire
Pa. I.D. # 319471
jdrumm@fridaylaw.com

Josh S. Licata, Esquire
Pa. I.D. # 318783
jlicata@fridaylaw.com

Friday & Cox LLC
1405 McFarland Road
Pittsburgh, PA 15216
Tele: (412) 561-4290
Fax:  (412) 561-4291

*Attorneys for Plaintiff*

## EXHIBIT A

The "subject laptop" shall refer to the HP EliteBook Mobile Workstation, model number HP8730w identified in Plaintiff's Complaint filed in the above-captioned matter.

At the time of the deposition, the Corporate Designee is to testify to the following matters known or reasonably available to Defendant:

1.  The design of the subject laptop

2.  The battery pack and cells sold with the subject laptop

3.  Battery packs and cells approved for use in the subject laptop

4.  The power adapter sold with the subject laptop

5.  Power adapters approved for use in the subject laptop

6.  How HP, Inc. determined the artifact battery pack was not original to the subject laptop

7.  Warnings provided with the subject laptop

8.  Safety features of the subject laptop related to heat protection

9.  Safety Testing of the subject laptop

10. Safety testing of component parts in the subject laptop

11. The identity of non-HP entities involved in the design and manufacture of the subject laptop

12. Any non-privileged investigation into the incident alleged in the Plaintiff's Complaint

13. Information contained in HP, Inc.'s answers to interrogatories

14. Recalls of the subject laptop or component parts sold therewith

15. Safety features of the subject laptop related to battery charging

16. Safety testing of the subject laptop battery pack and cells