IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS POWER,                                              No.: 2:17-CV-00154-MRH

        Plaintiff,

vs.

HEWLETT-PACKARD COMPANY,

        Defendant.

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF MICHAEL DREW**

    Plaintiff, Thomas Power, by and through his counsel, Friday & Cox, LLC, files the following Response in Opposition to Defendant's Motion to Exclude Testimony of Michael Drew:

    1.    Defendant's Motion to Exclude the Testimony of Michael Drew is denied in its entirety as Dr. Drew has employed a reasonable and reliable methodology in reaching his opinions in this case.

    2.    In further opposition to this Motion, Plaintiff hereby incorporates, as if fully set forth herein, his Memorandum of Law in Opposition to Defendant's Motion to Exclude Testimony of Michael Drew, which has been contemporaneously filed with this Court.

    WHEREFORE plaintiff respectfully requests that this Honorable Court deny defendant's Motion to Exclude Testimony of Michael Drew in its entirety.

Respectfully submitted,

FRIDAY & COX LLC

  /s/ *Peter D. Friday*
Peter D. Friday, Esquire
Pa I.D. # 48746

Joshua S. Licata, Esquire
Pa I.D. # 318783

1405 McFarland Road
Pittsburgh, PA  15216
Phone: (412) 561-4290
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 27, 2022 that a copy of the foregoing ***Plaintiff's Response in Opposition to Defendant's Motion to Exclude Testimony of Michael Drew*** was served upon the following via the Court's CM/ECF system:

Michael A. Weiner, Esquire
Bennett, Bricklin & Saltzburg LLC
707 Grant Street, Suite 1800
Pittsburgh, PA 15219
weiner@bbs-law.com

/s/ Peter D. Friday
Peter D. Friday, Esquire
Pa. I.D. # 48746
pfriday@fridaylaw.com

Joshua S. Licata, Esquire
Pa. I.D. # 318783
jlicata@fridaylaw.com

1405 McFarland Road
Pittsburgh, PA  15216
Phone: (412) 561-4290
*Counsel for Plaintiff*