```
 1              UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 2

 3   THOMAS POWER,              :   Docket No.:
                PLAINTIFF       :   2:17-CV-00154-MRH
 4                              :
       vs.                      :
 5                              :
     HEWLETT-PACKARD COMPANY,   :
 6              Defendant       :

 7

 8

 9                     -   -   -

10             Tuesday, March 8, 2022

11                     -   -   -

12

13            Remote videotaped deposition of

14     MICHAEL S. DREW, MD, conducted at the location of

15     137 Hiland Court, Commack, New York, 11725,

16     commencing at 10:09 a.m., on the above date, before

17     Kelly M. Bradley, Registered Professional Reporter

18     and Notary Public.

19

20

21

22
                 NETWORK DEPOSITION SERVICES
23               SUITE 1101, THE GULF TOWER
               PITTSBURGH, PENNSYLVANIA  15219
24                     412-281-7908

25
```

```
 1    APPEARANCES VIA ZOOM VIDEOCONFERENCE:

 2

          FRIDAY & COX, LLC
 3        BY:  BRIAN D. COX, ESQUIRE
          1405 McFarland Road
 4        Pittsburgh, PA  15216
                  (412) 561-4290
 5                bcox@fridaylaw.com
                  -- For the Plaintiff
 6

 7        BENNETT, BRICKLIN & SALTZBURG, LLC
          BY:  MICHAEL A. WEINER, ESQUIRE
 8        Gulf Tower, Suite 1800
          707 Grant Street
 9        Pittsburgh, PA  15219
                  (412) 894-4100
10                weiner@bbs-law.com
                  -- For the Defendants
11

12    ALSO PRESENT VIA ZOOM VIDEOCONFERENCE:

13        Robert Lauff, Videographer

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    INDEX OF WITNESSES

2       EXAMINATION                              PAGE

3                 MICHAEL S. DREW, MD

4          BY MR. WEINER                        6, 49
           BY MR. COX                           46
5

6

7

8

9

10

11

12                   INDEX OF EXHIBITS

13      EXHIBIT NO.          DESCRIPTION          PAGE

14      Exhibit No. 1 - Plaintiff's Expert Report,    24
                         Curriculum Vitae, and
15                       Deposition and Trial Lists

16      Exhibit No. 2 - 9/29/15 Office Visit Notes    30
                         of Dr. Ogagan
17
        Exhibit No. 3 - Michael Drew, MD, Updated     44
18                       Curriculum Vitae

19

20

21

22

23

24

25

1             P R O C E E D I N G S

2                      -   -   -

# NETWORK DEPOSITION SERVICES
## Transcript of Michael S. Drew, M.D.

5





NETWORK DEPOSITION SERVICES
Transcript of Michael S. Drew, M.D.

7



NETWORK DEPOSITION SERVICES
Transcript of Michael S. Drew, M.D.

8







25  you've been in private practice since 1981; is that









NETWORK DEPOSITION SERVICES
Transcript of Michael S. Drew, M.D.

15



# NETWORK DEPOSITION SERVICES
## Transcript of Michael S. Drew, M.D.

16













# NETWORK DEPOSITION SERVICES
## Transcript of Michael S. Drew, M.D.

22















# NETWORK DEPOSITION SERVICES
## Transcript of Michael S. Drew, M.D.

29





NETWORK DEPOSITION SERVICES
Transcript of Michael S. Drew, M.D.

31







# NETWORK DEPOSITION SERVICES
## Transcript of Michael S. Drew, M.D.

34







25    incontinence issues are solely psychological?























NETWORK DEPOSITION SERVICES
Transcript of Michael S. Drew, M.D.

48











CERTIFICATE

I, KELLY M. BRADLEY, Registered Professional Reporter, do hereby certify that prior to the commencement of the examination, MICHAEL S. DREW, MD, was duly remotely sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

KELLY M. BRADLEY
Registered Professional Reporter
Notary Public
Dated:

Commonwealth of Pennsylvania - Notary Seal
KELLY M. BRADLEY, Notary Public
Lycoming County
My Commission Expires May 17, 2024
Commission Number 1079773