IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS POWER,                               No.: 2:17-CV-00154-MRH

        Plaintiff,

vs.

HEWLETT-PACKARD COMPANY,

        Defendant.

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    Plaintiff, Thomas Power, by and through his counsel, Friday & Cox, LLC, files the following Response in Opposition to Defendant's Motion for Summary Judgment:

    1.    Plaintiff opposes defendant's Motion for Summary Judgment as Plaintiff has produced expert evidence establishing a failure to warn claim.

    2.    In further opposition to this Motion, Plaintiff hereby incorporates, as if fully set forth herein, his Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment and Responsive Concise Statement of Material Facts, both of which have been contemporaneously filed with this Court.

    WHEREFORE plaintiff respectfully requests that this Honorable Court deny defendant's Motion for Summary Judgment in its entirety.

Respectfully submitted,

FRIDAY & COX LLC

 /s/ *Peter D. Friday*
Peter D. Friday, Esquire
Pa I.D. # 48746

Joshua S. Licata, Esquire
Pa I.D. # 318783

1405 McFarland Road
Pittsburgh, PA  15216
Phone: (412) 561-4290
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on June 13, 2022 that a copy of the foregoing ***Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment*** was served upon the following via the Court's CM/ECF system:

>Michael A. Weiner, Esquire
>Bennett, Bricklin & Saltzburg LLC
>707 Grant Street, Suite 1800
>Pittsburgh, PA 15219
>weiner@bbs-law.com

>/s/ Peter D. Friday
>Peter D. Friday, Esquire
>Pa. I.D. # 48746
>pfriday@fridaylaw.com
>
>Joshua S. Licata, Esquire
>Pa. I.D. # 318783
>jlicata@fridaylaw.com
>
>1405 McFarland Road
>Pittsburgh, PA 15216
>Phone: (412) 561-4290
>*Counsel for Plaintiff*