IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS POWER,                                             No.: 2:17-CV-00154-MRH

        Plaintiff,

vs.

HEWLETT-PACKARD COMPANY,

        Defendant.

**PLAINTIFF'S APPENDIX TO RESPONSIVE CONCISE STATEMENT OF MATERIAL FACTS**

Plaintiff, Thomas Power, by and through her counsel, Peter D. Friday, Esquire and Friday & Cox, LLC, files the following Appendix to Responsive Concise Statement of Material Facts:

1. Appendix 1 – CV of William Kitzes
2. Appendix 2 – Expert Report of William Kitzes
3. Appendix 3 – CV of Kenneth Kutchek
4. Appendix 4 – Expert Report of Kenneth Kutchek
5. Appendix 5 – Deposition Transcript of Kenneth Kutchek
6. Appendix 6 – CV of Michael Drew
7. Appendix 7 – Expert Report of Michael Drew
8. Appendix 8 – Deposition Transcript of Michael Drew

Respectfully submitted,

FRIDAY & COX LLC

 /s/ *Peter D. Friday*
Peter D. Friday, Esquire
Pa I.D. # 48746

1405 McFarland Road
Pittsburgh, PA  15216
Phone: (412) 561-4290
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on June 13, 2022 that a copy of the foregoing *Plaintiff's Appendix to Responsive Concise Statement of Material Facts* was served upon the following via the Court's CM/ECF system:

> Michael A. Weiner, Esquire
> Bennett, Bricklin & Saltzburg LLC
> 707 Grant Street, Suite 1800
> Pittsburgh, PA 15219
> weiner@bbs-law.com

>  /s/ Peter D. Friday_____
> Peter D. Friday, Esquire
> Pa I.D. # 48746
>
> 1405 McFarland Road
> Pittsburgh, PA  15216
> Phone: (412) 561-4290
> *Counsel for Plaintiff*