# Consumer Safety Associates, LLC

4501 N.W. 25th Way
Boca Raton, Florida  33434

(561) 241-1900

| | | |
|---|---|---|
| **Wm. F. Kitzes, J.D.**<br>Board Certified<br>Product Safety Manager<br>_____<br><br>Safety Analysis<br>Warnings | **CURRICULUM VITAE**<br><br>William F. Kitzes | Safety Management<br>www.productsafety.com<br>kitzes@productsafety.com<br>_____<br><br>Expert Testimony<br>Recalls |

### Education

University of Wisconsin, B.A.; 1972

Washington College of Law, American University, J.D.; 1975

Certificate in Safety Management (1989)
   American Society of Safety Engineers

University of Michigan, College of Engineering,
   Human Factors Engineering, Summer 1990

Executive Program in Safety Management (2007)
   American Society of Safety Engineers

Risk Communication
    Harvard School of Public Health, March 2013

### Professional Safety Associations

National Safety Council  •  American Society of Safety Engineers
Board of Certified Product Safety Management, Executive Level
Board of Certified Hazard Control Management, Master Level
Human Factors Society  •  System Safety Society
International Consumer Product Health and Safety Organization
Florida Propane Gas Safety, Education and Research Council
Chairman, Florida Consumers' Council  (1993-2007)

### Work Experience

<u>U.S. Consumer Product Safety Commission</u>
<u>Washington, D.C.  20207</u>

1975-1981

| | |
|---|---|
| 1975 - 1977 | Legal Advisor to the Director, Section 15<br>Office of Product Defect Identification |
| 1977 - 1980 | Program Manager<br>Sports, Recreation & Power Equipment<br>Office of the Executive Director |
| 1980 - 1981 | Regulatory Counsel<br>Office of the General Counsel |

The Institute for Safety Analysis, Inc.
Rockville, Maryland 20850

1981 - 1983
Vice President and General Manager


Consumer Safety Associates

1983 - Present
Safety Analyst, Product Safety Manager

Professional Experience

Mr. Kitzes has extensive experience in safety analysis, regulatory development, and management systems.  His background includes the following activities:

- o   Managed and supervised professional staff of 18 in preparing safety engineering analysis for nationally-known technical consulting firm which specialized in evaluating the safety performance of automotive and consumer products

- o   Developed the Federal Safety Standard for Power Lawn Mowers, 16 CFR 1205; February 1979

- o   Developed programs to identify and analyze safety performance data to evaluate compliance with the reporting requirements of Section 15 of the Consumer Product Safety Act

- o   Negotiated voluntary corrective action programs and consent agreements with major manufacturers to recall defective products

- o  Managed interdisciplinary task force of engineers, epidemiologists, attorneys, and investigators in developing standards and communications programs for <u>sports</u>, <u>recreation</u>, and <u>power equipment</u>

- o  Conducted special studies of nationwide injury patterns using the National Electronic Injury Surveillance System (NEISS)

- o  CPSC Awards include the Silver Medal for Meritorious Service, 1977 and the Superior Achievement Award, 1979

<u>Seminars and Workshops</u>

Mr. Kitzes is an active speaker, author, and educator on safety-related issues.  The following is a partial list of seminars, workshops, and lectures given by Mr. Kitzes since 1975:

<u>Compliance Issues and The Consumer Product Safety Act</u>, Diebold Research Group, 245 Park Avenue, New York, 1975

<u>Government Action Under the Consumer Product Safety Act</u> with Professor Robert Vaughn, Washington college of Law, American Bar Association, Washington, D.C., 1975

<u>Consumer Safety Officer Training</u> in accident analysis and implementing the provisions of Section 15 of the Consumer Product Safety Act (CPSA), U.S. Consumer Product Safety Commission, New York, Chicago, Minneapolis, and San Francisco, 1975 and 1976

<u>Manufacturers Compliance Seminar</u> on safety analysis and accident investigation for Sections 15 and 19 of the Consumer Product Safety Act (CPSA), U.S. Consumer Product Safety Commission, Kansas City, Missouri

<u>Marketing Analysis and Government Action</u>, panel with Dr. Salvatore Davita, George Washington University, Washington, D.C.  1976

<u>Reporting Requirements and Corrective Action Plans Under Section 15 of the CPSA</u>, Product Safety Conference, Washington, D.C., 1976

<u>Implementing the New Requirements for Notification and Reporting: 16 CFR 1115</u>, Product Safety Conference, Washington, D.C.  1977

<u>Changes in the Proposed Standard for Power Lawn Mowers</u>, Outdoor Power Equipment Institute, Washington, D.C.  1978

<u>The Federal Regulatory Process</u>, National Institute for Paralegal Training, Philadelphia, Pennsylvania, 1978 & 1979

The Art of Applying Technology in Personal Injury Lawsuits, Regulatory Data -- A Buried Treasure, National Center for Technology in Law, Hunt Valley, Maryland, 1981

The Human Factor:  a safety/needs analysis of the modern fire fighting environment, with Richard L.P. Custer, Foundation for Fire Safety, Cliffside Manor, Harpers Ferry, West Virginia, 1981

CPSC and ATVs, AIEG, October 1986, and May 1987

ATV Safety, National Association of Attorneys General, October, 1987

Safety Analysis and the CPSA, American Pleasure Boat Safety Association, January, 1988 and 1989

Safety Management and the CPSC, James Tuck Memorial Lecture, Keynote Address, Detroit, Michigan, June 1990

Safety Analysis and Product Safety Management, Texas Trial Lawyers Product Liability Seminar, Houston, Texas, April 1994

Safety Management and the Consumer Product Safety Commission, The Academy of Florida Trial Lawyers, Orlando, Florida, January 1995

Panel on Child Safety, International Consumer Product Health and Safety Organization, Orlando, Florida, March 1995

Recalls, Defects and Public Disclosure:  Panel Discussion, International Consumer Product Health and Safety Organization, Orlando, Florida, March 1996

National Safety Council Congress and Exposition, Session #51
Post Sale Corrective Action Plans - Recalls and Consumer Notice, Educational Resources Division, Orlando, Florida, October 1996

National Safety Council Congress and Exposition, Session #152
Injury Prevention Analysis:  Guidelines for Product Safety Managers, Educational Resources Division, Chicago, Illinois, October 1997

Worldwide Juvenile Product Safety Panel, International Consumer Product Health and Safety Organization, Orlando, Florida, February 1998

The Faces of the Future Seminar, Keenan's Kids Foundation, Atlanta, Georgia, May 1998

The Role of the Safety Analyst,  Kentucky Academy of Trial Attorneys, Louisville, Kentucky, May 1998

National Safety Council Congress and Exposition, Session #69
When Risk Can't Be Eliminated:  Building Adequate Warnings, Educational Resources Division, Los Angeles, California, October 1998

Freedom of Information, CPSC-ABA Forum, International Consumer Product Health and Safety Organization, Orlando, Florida, February 1999

Protecting Our Kids, Faces of the Future Seminar, Keenan's Kids Foundation, Atlanta, Georgia, March 1999

CPSC Compliance Workshop, Preparing, Developing and Implementing a Successful Recall Program, Los Angeles, California, October 1999

CPSC Compliance Workshop, Conducting a Recall - Fast Track vs. Traditional, International Consumer Product Health and Safety Organization, Orlando, Florida, February 2000

CPSC Compliance Workshop, Designing, Producing and Distributing Safer Consumer Products, International Consumer Product Health and Safety Organization, Orlando, Florida, February 2001

Ten Principles of Product Safety Management, Kentucky Academy of Trial Attorneys, Louisville, Kentucky, May 2001

CPSC Compliance Course, Recall Success Stories, International Consumer Product Health and Safety Organization, Orlando, Florida, February 2002

Masters in Trial, American Board of Trial Advocates, Chicago, Illinois, June 2002

CPSC Compliance Course, CPSC and ICPHSO -- 10 Years Later, International Consumer Product Health and Safety Organization, Orlando, Florida, February 2003

CPSC Compliance Course, Section 15 Reporting Obligations, Panel, International Consumer Product Health and Safety Organization, Orlando, Florida, March 2004

Creating Safe Products--Practical Applications of Hazard Assessment, International Consumer Product Health and Safety Organization, Orlando, Florida, February 2005

Warnings and Instructions, Human Factors Symposium, ICPHSO and CPSC, International Consumer Product Health and Safety Organization, Bethesda, Maryland, September 2005

Introduction to Product Safety, AIG UK Limited, Human Focus, Web based video Instruction Programme, Accredited by the Royal Society for the Prevention of Accidents, London, England, United Kingdom, 2007
Risk Assessment, AIG Consultant, Inc., New York, 2008

Risk Management 101, ICPHSO and CPSC Compliance and Training Seminar, International Consumer Product Health and Safety Organization, Chicago, Illinois, May 2008

<u>Safety Testing: Beyond the Statutes</u>, International Consumer Product Health and Safety Organization, Orlando, Florida, February 2011

<u>Safety Management: NASA and the FAA</u>, Lawyer-Pilots Bar Association, Albuquerque, New Mexico, July 26, 2014

<u>50 States - Managing Risk in a Patchwork of Laws and Regulations</u>, International Consumer Product Health and Safety Organization, Orlando, Florida, February 2017

<u>Publications</u>

<u>Standards, Regulations and Safety Guidelines to Protect Children from Injury</u>, Children and Injuries, Joe Frost, ed., Lawyers & Judges Publishing Company, Inc., Tucson, Arizona, 2001

Columnist, <u>Product Safety: An In-Depth Analysis</u>, Consumer Product Safety Guide, CCH, Chicago, Illinois, 2000 - 2001

<u>Risk Analysis in Product Liability Litigation</u>, 2000 Wiley Expert Witness Update, New Developments in Personal Injury Litigation, Aspen Law & Business, New York, 2000

<u>Protecting Our Kids - Everyone Plays a Part</u>, Forum, Consumer Attorneys of California, Volume 27, No. 10, December 1997

<u>Forensic Safety Analysis: Investigation and Evaluation</u>, 1996 Wiley Expert Witness Update, New Developments in Personal Injury Litigation, John Wiley & Sons, Inc., New York, 1996

<u>The Role of the Safety Analyst in Product Liability Litigation</u>, Trial Diplomacy Journal, Vol. 18, No. 2, March/April 1995

<u>Safety Management and the Consumer Product Safety Commission</u>, Professional Safety, Vol. 36, No. 4, April 1991

<u>ATVs -- The Hidden Danger</u>, Journal of Law, Medicine and Health Care, Vol. 17, No. 1, Spring, 1989

<u>Private Causes of Action Under the Consumer Product Safety Act</u>, Trial Lawyers Quarterly, Vol. 17, No. 1, 1985

<u>Administrative Civil Penalties Are Here To Stay, But How Should They Be Implemented?</u>  Wm. F. Kitzes and David Schmeltzer, American University Law Review, Vol. 26, No. 4, Washington, D.C., 1977

<u>Substantial Hazards in Consumer Products</u>, (Investigators Manual), Wm. F. Kitzes, U.S. Consumer Product Safety Commission, 1977

# Consumer Safety Associates, LLC

- Safety Analysis
- Warnings
- Recalls
- Expert Testimony

Wm. F. Kitzes, J.D

Board Certified
Product Safety Manager

Hazard Control Manager

561-241-1900



Children's Products

Sports & Recreation

Power Equipment

Motor Vehicles

Household Products

Workplace & Industrial

Hazardous Substances

4501 N.W. 25th Way
Boca Raton, FL 33434

---

Bill Kitzes has over 30 years of safety management experience at the U. S. Consumer Product Safety Commission, the Institute for Safety Analysis and Consumer Safety Associates, where he currently serves as Principal Safety Analyst and Product Safety Manager. Mr. Kitzes is a Board Certified Product Safety Manager and Hazard Control Manager, and holds a Certificate in Safety Management from the American Society of Safety Engineers and has completed their more advanced Executive Program in Safety Management. He has testified in over 115 trials in 28 states, Canada and Australia.

From 1974 to 1981, Mr. Kitzes worked at the U. S. Consumer Product Safety Commission (CPSC). For 3 years, he served as Legal Advisor to the Director, Office of Product Defect Identification, and was responsible for identifying product defects, implementing recalls and developing voluntary corrective action plans under Section 15 of the Consumer Product Safety Act.

As CPSC Program Manager for Sports, Recreation and Power Equipment (1977-1980), Mr. Kitzes directed the application of injury statistics, engineering data, and foreseeable consumer use to achieve a reduction in injuries, through standards, warnings, and safety education campaigns. He led the development of the Federal Safety Standard for Walk-Behind Power Lawn Mowers (16 CFR 1205) in 1979. Mr. Kitzes served as Commission representative to various standards development committees, including American National Standards Institute (ANSI) and American Society for Testing & Materials (ASTM).

Mr. Kitzes has been retained as a consultant for a number of major manufacturers, including the *Toro Company* on product safety issues, the *Vendo Company* for developing warning labels and safety bulletins, the *Jensen Corporation* for safe operation of industrial equipment, *BernzOmatic*, a division of the Rubbermaid/Newell Group, for development of point-of-purchase recall displays and advertising, *Arctic Cat, Inc.* for analysis of all-terrain vehicle off-road safety, including instructions, warnings and foreseeable use, and *Visioneer, Inc.* in developing a program to upgrade computer scanners. He has developed a program for *Global Industries* to improve executive chair stability, reviewed warnings on heavy equipment for *Daewoo Heavy Industries America*, investigated safety issues for *Carson Industries, Inc.* and assisted *CISCO Systems* in recall development. Bill has designed a warning label for *Whisper Communications, Inc.*, and assisted *Wham-O, Inc.* in recall procedures. He has provided risk analysis, recall assistance and consumer warnings for *Restoration Hardware, Inc.* and has developed warnings for *Plastics Research Corp.* for use on decorative building materials. He has reviewed advertising and promotional material for *ACH Foods* and assisted *Hilton Hotels* on recalls. Bill has advised *Swimways Corporation* on product safety management and warnings. He has assisted *Dick's Sporting Goods* in developing safety communications and warnings. He served as Product Safety Coordinator for compliance with a Department of Justice/CPSC Consent Agreement and Order for *LM Imports*. For *Rollz International* (Netherlands), he revised the user manual for American and Canadian markets.

Mr. Kitzes has served as an advisor to the National Association of Attorneys General, the State of New York and is the former Chairman of the Florida Consumers' Council (1993-2007). He is the author of numerous articles in professional journals on risk analysis, standards development, forensic safety and children's safety issues.

Mr. Kitzes has been an active speaker at the *National Safety Council* and the *International Consumer Product Health and Safety Organization*. He has worked with the CPSC staff in presenting compliance seminars to manufacturers, distributors and retailers around the country.

**www.productsafety.com**