## Michael S. Drew, M.D., F.A.C.S.
e-mail: MICHAELDREW916@GMAIL.COM
137 Hiland Court. Commack, New York 11725
Cell Phone: 516-991-5036

**EXHIBIT No. 3  3/8/22**

**Undergraduate Education:**
 Lehigh University
 Bethlehem, Pennsylvania                              B.A., Cum Laude, 1972

**Medical School:**
 Georgetown University School of Medicine
 Washington, D.C.                                     M.D., 1972 ~ 1976

**Internship:**
 The Mount Sinai Medical Center
 New York, NY                                         July 1976 ~ June 1977

**Residency:**
 The Mount Sinai Medical Center
 New York, NY
 Residency in General Surgery                         July 1977 ~ June 1980
 Chief Resident in General Surgery                    July 1980 ~ June 1981

**Post Graduate Courses:**
 Ethicon Endo-Surgery, Ethicon Inc., NJ
 Laparoscopic Cholecystectomy                         May 1990
 Laparoscopic Bowel Resection                         November 1994
 Laparoscopic Nissen Fundoplication                   November 1995
 Laparoscopic Hernia Course                           May 1996
 Laparoscopic Bariatric Surgery                       June 2003
 Lap Band Course                                      December 2005

**Board Certification:**
 American Board of Surgery                            1982
 Re-Certified                                         October 1992
 Re-Certified                                         December 2002
 Re-Certified                                         December 2013

**Medical Specialty:**
 General Surgery                                      1981 to Present

**Academic Appointments:**
 The Mount Sinai School of Medicine, New York, NY
  Department of Surgery, Clinical Instructor in Surgery   July 1981 ~ June 1987
  Department of Surgery, Assistant Clinical Professor     July 1987 ~ 2019
 New York Institute of Technology
  Clinical Assistant Professor of Surgery                 January 2003 – 7/1/2019

1

### North Shore~LIJ Forest Hills Hospital

| | |
|---|---|
| Director Bloodless Medicine and Surgery | September 2001 ~ 7/1/2019 |
| Co-Director of the Bariatric Program | September 2001 ~7/1 /2019 |
| Associate Director of Surgery | September 2001 ~ 2011 |
| Chairman, Operating Room Committee | January 2002 ~ 7/1/2019 |
| Member of the Surgical Review Committee | January 2002 ~ 7/1/2019 |
| Chairman, Performance Improvement Coordinating Group | September 2004 ~ May 2012 |

### Hospital Appointments:

| | |
|---|---|
| The Mount Sinai Medical Center, New York, NY | July 1981 ~ Present |
| North Shore~LIJ Forest Hills Hospital | September 2001 – 7/1/2019 |

### Professional Affiliations:

Fellow, American College of Surgeons
Member, New York County Medical Society
Member, Society of Laparoendoscopic Surgeons
Member, American Society of Abdominal Surgeons
Member, American Society for Bariatric Surgery

### Honors:

The Mount Sinai Medical Center, New York, NY

| | |
|---|---|
| Outstanding Chief Resident, Department of Surgery | 1981 |
| Outstanding Teacher, Chief Resident's Award | 1986 |

### Teaching Experience/Lectures

Paige and William Black Postgraduate School of Medicine

| | |
|---|---|
| Co-Director, Venous Ambulatory Surgery | 1989 ~ 1990 |

The Mount Sinai Medical Center, New York, NY

| | |
|---|---|
| Instructor, Laparoscopic Cholecystectomy Course | 1991 |

### Community Lectures

The Parkway Hospital

| | |
|---|---|
| Breast Cancer Update | 1994, 1996 |
| Treatment of Varicose Veins | 1995 |
| Treatment of Colon Cancer | 1997 |
| Breast Cancer | 2003 |

### Programs ~ Forest Hills Hospital

| | |
|---|---|
| Bloodless Medicine & Surgery Program, Co-Director | 2002- 2019 |
| Bariatric Surgery Program, Co-Director | 2003- 2015 |

### Work History

Private Practice since 1981

| | |
|---|---|
| Theriwave Clinic    Hauppague, New York | May 2020- Present |

2