# MICHAEL DREW M.D., F.A.C.S.

**137 Hiland Court**  
**Commack, New York 11725**

**Cell: 516-991-5036**  
**Fax: 631-858-0447**

October 27.2020

Joshua S. Licata, Esq.
Friday& Cox, LLC
1405 McFarland Road
Pittsburgh, Pa 15216

Re: Thomas Power

Dear Mr. Licata:









Very truly yours,

Michael Drew MD, FACS