**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

```
1                    UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA
2

3   THOMAS POWER,                :   Docket No.:
                 PLAINTIFF       :   2:17-CV-00154-MRH
4                                :
       vs.                       :
5                                :
    HEWLETT-PACKARD COMPANY,     :
6                Defendant       :

7

8

9                          -   -   -

10                  Tuesday, March 8, 2022

11                         -   -   -

12

13          Remote videotaped deposition of

14   MICHAEL S. DREW, MD, conducted at the location of

15   137 Hiland Court, Commack, New York, 11725,

16   commencing at 10:09 a.m., on the above date, before

17   Kelly M. Bradley, Registered Professional Reporter

18   and Notary Public.

19

20

21

22

23             NETWORK DEPOSITION SERVICES
               SUITE 1101, THE GULF TOWER
            PITTSBURGH, PENNSYLVANIA  15219
24                  412-281-7908

25
```

```
 1    APPEARANCES VIA ZOOM VIDEOCONFERENCE:

 2

        FRIDAY & COX, LLC
 3      BY:  BRIAN D. COX, ESQUIRE
        1405 McFarland Road
 4      Pittsburgh, PA  15216
               (412) 561-4290
 5             bcox@fridaylaw.com
               -- For the Plaintiff
 6

 7      BENNETT, BRICKLIN & SALTZBURG, LLC
        BY:  MICHAEL A. WEINER, ESQUIRE
 8      Gulf Tower, Suite 1800
        707 Grant Street
 9      Pittsburgh, PA  15219
               (412) 894-4100
10             weiner@bbs-law.com
               -- For the Defendants
11

12   ALSO PRESENT VIA ZOOM VIDEOCONFERENCE:

13      Robert Lauff, Videographer

14

15

16

17

18

19

20

21

22

23

24

25
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

```
 1                    INDEX OF WITNESSES

 2   EXAMINATION                                    PAGE

 3              MICHAEL S. DREW, MD

 4      BY MR. WEINER                              6, 49
        BY MR. COX                                   46
 5

 6

 7

 8

 9

10

11

12                  INDEX OF EXHIBITS

13   EXHIBIT NO.         DESCRIPTION             PAGE

14   Exhibit No. 1 - Plaintiff's Expert Report,    24
                     Curriculum Vitae, and
15                   Deposition and Trial Lists

16   Exhibit No. 2 - 9/29/15 Office Visit Notes    30
                     of Dr. Ogagan
17
     Exhibit No. 3 - Michael Drew, MD, Updated     44
18                   Curriculum Vitae

19

20

21

22

23

24

25
```

**Johnstown - Erie - Pittsburgh - Greensburg**
**866-565-1929**

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

4

1                    P R O C E E D I N G S

2                           -    -    -

3

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

5

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

6

```
1                    EXAMINATION

2                      -   -   -

3      ████████████████

██      ██     ███████████  ████████████████

██      ██     ██████████

██      ██     █████████████████

██      ████████████████████████████████

██      ██████████████████████████████████

██      █████████████████████████████████████

███     ██     ██████

███     ██     ██████████████████████

███     ████████████  ████████████████████████

███     █████████████████████████████████

███     ████████████

███     ██     █████████

███     ██     ███████  █████████████████████

███     ████████████████  ████████████████████

███     ████████████████████████████████████

███     ███████████████

███     ██     ███████

███     ██     ██████████████████████████

███     ████████████████████████████████████

███     █████████████████

███     ██     ██████████  █████████████

███     ██     █████████████████████████
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

8

1

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

NETWORK DEPOSITION SERVICES
Transcript of Michael S. Drew, M.D.

10

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

12



**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

13

NETWORK DEPOSITION SERVICES
Transcript of Michael S. Drew, M.D.

14

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

15

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

16

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

17

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

18

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

19

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

21

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

22

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

23

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

24



**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

25

NETWORK DEPOSITION SERVICES
Transcript of Michael S. Drew, M.D.

26

NETWORK DEPOSITION SERVICES
Transcript of Michael S. Drew, M.D.

27



**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

29

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

30



**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

31





**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

33



**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

34

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**



NETWORK DEPOSITION SERVICES
Transcript of Michael S. Drew, M.D.

36



**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**



**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

Case 2:17-cv-00154-MRH   Document 184-8   Filed 06/13/22   Page 43 of 53

NETWORK DEPOSITION SERVICES
Transcript of Michael S. Drew, M.D.

43

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**



**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

48

**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

49



**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

51



**NETWORK DEPOSITION SERVICES**
**Transcript of Michael S. Drew, M.D.**

52



53

1                       CERTIFICATE

2

3          I, KELLY M. BRADLEY, Registered Professional
   Reporter, do hereby certify that prior to the
4  commencement of the examination, MICHAEL S. DREW, MD,
   was duly remotely sworn by me to testify to the
5  truth, the whole truth and nothing but the truth.

6          I DO FURTHER CERTIFY that the foregoing is
   a verbatim transcript of the testimony as taken
7  stenographically by me at the time, place and on the
   date hereinbefore set forth, to the best of my
8  ability.

9          I DO FURTHER CERTIFY that I am neither a
   relative nor employee nor attorney nor counsel of
10 any of the parties to this action, and that I am
   neither a relative nor employee of such attorney or
11 counsel, and that I am not financially interested in
   the action.

12

13

14 KELLY M. BRADLEY
   Registered Professional Reporter
15 Notary Public
   Dated:

16

17

18

19

20

21

22

23

24

25

Commonwealth of Pennsylvania - Notary Seal
KELLY M. BRADLEY, Notary Public
Lycoming County
My Commission Expires May 17, 2024
Commission Number 1079773