

TRY OUT AUTOMATED BATTERY CHECK
CLICK HERE

Sign in / Register





      Explore      Shop      Support      

Support Home      Products      Software and Drivers      Diagnostic Tools      Contact Support

Business Support

# HP Notebook PCs - 601 or 60X Error Displays on a Black Screen

This document pertains to HP notebook computers with the HP Unified Extensible Firmware Interface (UEFI) beginning in late 2008.

On startup, the computer performs a battery check by examining the remaining capacity of the primary battery as well as the capacity of any secondary battery that may be installed.

If the system detects that the storage capacity of the battery is very low, it displays one of the following alerts.

> **HP Battery Alert**
>
> BIOS has detected that the capacity of the internal battery has been reduced. This may be caused by environmental factors such as low ambient operating temperature, or it could be due to aging of the battery pack. Operating your system in a warmer location or operating your unit for a while might resolve this condition. If the condition persists or if you have an older system, please contact HP service.
>
> Primary (internal) Battery (601)
>
> ENTER – Continue Startup
>
> For more information, please visit:
> http://www.hp.com/go/601batteryerror

> **HP Battery Alert**
>
> The system has detected the storage capacity of the battery stated below to be very low. For optimal performance, this battery may need to be replaced.
>
> Primary (internal) Battery (601)
>
> ENTER– Continue Startup
>
> For more information, please visit:
> www.hp.com/go/techcenter/startup http://www.hp.com/go/601batteryerror

The message displays for 15 seconds as the normal startup process continues.

# Differences between battery messages (601–605, 607–608)

- 601: If Primary (internal) Battery (601) appears in the alert message, it means the measured storage capacity of the primary (internal) battery is less than 25% of the original storage capacity. The number "601" denotes the associated error code that is recorded in the system log.

- 602: If Secondary (external) Battery (602) appears in the alert message, it means the measured storage capacity of the secondary (external) battery is less than 25% of the original storage capacity. The number "602" denotes the associated error code that is recorded in the system log.
- 603: Battery not present – Primary battery is not detected by the detected by the test.
- 604: Battery Charge Level Error – The test cannot determine the correct charge level of the primary battery.
- 605: AC Adapter Error – The test indicates that the battery is not receiving a charge.
- 605: Battery Counterfeit Check Error (605) – A non-HP battery was detected. If you purchased the battery from a reseller, contact HP.
- 607: Primary (internal) Battery is Weak with Low temperature.
- 608: Secondary (internal) Battery is Weak with Low temperature.

## Resolving the Battery Alert message

[+] Step 1: Update the BIOS to the latest version

[+] Step 2: Test the battery using HP Hardware Diagnostics

**Please help us improve by providing feedback on your experience with**

Was this document helpful?

( ) Yes    ( ) No

Additional support options



Try one of our automated tools or diagnostics

Ask a question on our HP Support Community page



Get in touch with one of our support agents

[See solutions] [Go now] [Contact us]

Country/Region: 🇺🇸 United States ▲

## About Us
- Contact HP
- Careers
- Investor relations
- Sustainable impact
- Press center
- The Garage

## Ways to buy
- Shop online
- Call an HP rep
- Find a reseller
- Enterprise store
- Public sector purchasing

## Support
- Download drivers
- Support & troubleshooting
- Community
- Register your product
- Authorized service providers
- Check repair status
- Training & certification
- Fraud alert
- Security Center

## HP Partners
- HP Partner First program
- HP Partner Portal
- Developers

## Stay connected
[Facebook] [LinkedIn] [Twitter] [YouTube]

Recalls | Product recycling | Accessibility | CA Supply Chains Act | Site Map | Privacy | Use of cookies | Personal data rights | Terms of use | Limited warranty statement | Terms & conditions of sales & service

© Copyright 2020 HP Development Company, L.P.