**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

THOMAS POWER, Civil Division                    No.: 2:17-CV-00154-MRH

      Plaintiff,

   vs.

HEWLETT-PACKARD COMPANY.

      Defendant.

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2022 it is hereby Ordered that

Plaintiff's Motion to Expand the Record and Conduct a Testimonial *Daubert* Hearing is hereby

granted. The *Daubert* hearing shall be held on the _____ day of _____, 2022.


**BY THE COURT:**

_____ J.