# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS POWER,<br>   *Plaintiff*,<br>v.<br>HEWLETT-PACKARD COMPANY,<br>   *Defendant*. | Civil Division<br>Docket No. 2:17-CV-00154-MRH<br><br>Hon. Mark R. Hornak |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2023, upon consideration of Defendant's Motion to Strike Plaintiff's Response Brief to Defendant's Motion for Summary Judgment and Renewed Motion *in Limine* to Preclude the Testimony of William F. Kitzes, and in consideration of any opposition file thereto, it is hereby ORDERED that Defendant's Motion is GRANTED as Plaintiff's Response Brief was filed substantially after the filing deadline and in violation of the Court's prior Orders.

It is further ORDERED, ADJUDGED and DECREED that the Response Brief filed by the Plaintiff on July 11, 2023 at ECF No. 211 is hereby STRICKEN and removed from the Docket with prejudice.

BY THE COURT:

_____
Honorable Mark R. Hornak