UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS POWER, | CIVIL DIVISION |
| Plaintiff, | Docket No.: 2:17-CV-00154-MRH |
| vs. | Hon. Mark R. Hornak |
| HEWLETT-PACKARD COMPANY, | |
| Defendants. | |

### ORDER OF COURT

AND NOW, this 6th day of ____December____, 2024, upon consideration of the parties' Joint Motion to Amend December 5, 2024 Deadlines, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that the December 5, 2024 deadlines contained in the Amended Civil Pre-Trial Order (Document 240) are to be extended as follows:

**3. Exchange of Witness Lists and Exhibits**

c. On or before **December 27, 2024**, counsel shall file on CM/ECF a Joint Exhibit List Chart (with columns) setting forth all trial exhibits, by exhibit number, date, author, type of document, objection as to authenticity (if any) with response, and objection as to admissibility with response. At the same time, a copy of each exhibit in a binder or notebook, shall be delivered to Chambers. (The actual copy of the exhibits should not be filed on CM/ECF, only the Joint Exhibit List Chart shall be filed on CM/ECF). The Joint Exhibit List Chart, with a copy of the exhibits in a binder along with a "flash drive" containing electronic copies of the Exhibit List and all exhibits, shall be hand-delivered to Chambers by **December 27, 2024**.

e. Voluminous data must be presented by summary exhibits pursuant to Fed. R. Evid. 1006, and voluminous exhibits shall be redacted to eliminate irrelevant material (which shall remain available for examination by opposing counsel). Where copies of documents are offered, the originals shall be available for examination, unless waived by stipulation. Counsel shall also prepare and provide to the Court, in a single binder, with accompanying "flash drive" electronic copy, all reports/CV's of any expert

witness who may testify at trial. Such shall be delivered to Chambers on or before **December 27, 2024**.

**4. Designation of Discovery Excerpts to be Offered at Trial**. The parties shall submit a designation of excerpts from depositions, interrogatory answers, and responses to requests for admission to be offered at trial (other than for impeachment) by **December 27, 2024**. These submissions shall have resolved all objections and shall be prepared so as to allow their effective trial presentation, whether by playing video excerpts or otherwise.

All other deadlines contained in the Amended Civil Pre-Trial Order (Document 240) and the Court's Order extending deadlines for motions *in limine* (Document 244) will remain unchanged.

BY THE COURT:

s/ Mark R. Hornak
Hon. Mark R. Hornak